**GREENBERG TRAURIG, LLP**
Michael Burshteyn (SBN 295320)
Marcelo Barros (SBN 339069)
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Michael.Burshteyn@gtlaw.com
Marcelo.Barros@gtlaw.com

Jake Evans (*pro hac vice* forthcoming)
Jordana R. Sternberg (*pro hac vice* forthcoming)
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: 678.553.2100
Jake.Evans@gtlaw.com
Jordana.Sternberg@gtlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## COUNTY OF SAN FRANCISCO

| | |
|---|---|
| BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>APPFOLIO, INC., a California corporation,<br><br>        Defendant. | CASE NO.<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR AN EX PARTE TEMPORARY RESTRAINING ORDER** |

CASE NO.
PLAINTIFFS' NOTICE OF MOTION FOR A TEMPORARY RESTRAINING ORDER

Plaintiffs Beagle Labs, Inc., Beagle Technologies, Inc., Big Beagle, Inc., Rental Property Managers Association LLC, and YRIG Risk Retention Group, Inc. ("Beagle" or "Beagle Entities") hereby give notice that on December 14, 2025, Beagle seeks Emergency Temporary Restraining Order pursuant to Federal Rule of Civil Procedure 65.

This is unfortunately a time-sensitive emergency. Days ago, Plaintiffs learned that Defendant AppFolio, Inc. intends to **disable all customer-authorized accounts used by Beagle on the AppFolio platform on December 16, 2025**, a move that will have catastrophic consequences for Beagle, through the destruction of more than 80% of Beagle's business, destruction of more than $10 million dollars in revenue, and hundreds of millions of dollars in enterprise value, while causing irreparable harm to property managers and renters nationwide procuring insurance who are Beagle's customers. AppFolio's planned cutoff is not based on any legitimate security concern—which has been pretextually put forth by AppFolio—but a desire to stamp out competition and foreclose consumer choice.

Absent immediate relief, Beagle will suffer an **extinction-level event** before this Court can hold a preliminary injunction hearing. The requested TRO is narrowly tailored to preserve the status quo and prevent irreparable harm, pending a fuller evidentiary hearing.

Plaintiffs have attempted to persuade AppFolio that its plans are unlawful but, as recently as the last court day on Friday, December 12, AppFolio did not express any willingness to refrain from tortiously interfering with all of Beagle's customer contracts that use AppFolio and destroying Beagle's business through unfair competition this coming Tuesday, December 16, 2025. Beagle thus has no choice but to seek an emergency ex parte TRO.

Plaintiffs respectfully request that the Court issue an ex parte TRO order enjoining AppFolio from disabling Beagle's customer-authorized accounts or otherwise interfering with Beagle's ability to access data through AppFolio's platform until the Court can consider Plaintiffs' motion for preliminary injunction.

This application is based on the accompanying memorandum of points and authorities, declarations, exhibits, and all pleadings and papers on file. Plaintiffs respectfully request that this Court grant their motion for a Temporary Restraining Order.

///

///

PLAINTIFFS' NOTICE OF MOTION FOR A TEMPORARY RESTRAINING ORDER

DATED: December 15, 2025                Respectfully submitted,


By  */s/ Michael Burshteyn*


**GREENBERG TRAURIG, LLP**
Michael Burshteyn (SBN 295320)
Marcelo Barros (SBN 339069)
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Michael.Burshteyn@gtlaw.com
Marcelo.Barros@gtlaw.com

Jake Evans (*pro hac vice* forthcoming)
Jordana R. Sternberg (*pro hac vice* forthcoming)
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: 678.553.2100
Jake.Evans@gtlaw.com

Jordana.Sternberg@gtlaw.com