# EXHIBIT A

Introducing Real Estate Performance Management. Learn More.

Login     Contact Us



Products ⌄     Why AppFolio ⌄     Resources ⌄     Pricing     🔍          Book a Free Demo

## Terms of Service

**AppFolio Property Manager Core** ⌃

**Overview**

1. Scope of services

2. Modification of These Terms of Service

3. Customer Support

4. Training

5. Your Rights and Restrictions

6. Term and Termination

7. Fees

8. Representations and Warranties; Disclaimer

9. Confidential Information and Business Data

10. Indemnification

11. Limitation on Liability

12. Data Protection

13. Ownership Disputes

14. Customer Interactions

15. Third Party Products and Services

16. General Provisions

**AppFolio Property Manager Plus** ⌄



# AppFolio Property Manager Core

Last updated: August 5, 2025

Welcome to AppFolio Property Manager Core! Please carefully review these AppFolio Property Manager Core Terms of Service (these "Terms of Service"), as they contain important information about your legal rights, remedies and obligations. By subscribing to or using any of our Services (as defined below), you are entering into a legally binding agreement with AppFolio, Inc. (also referred to as "AppFolio," "we," and "our") that governs your access to and use of the Services.

The agreement consists of (i) your order form and (ii) these Terms of Service, which incorporate by reference (a) the Add-On Service Terms for any Service to which you subscribe or use, including the AppFolio Value+ Terms, the AppFolio Tenant Screening Terms, the AppFolio Payments Terms, the AppFolio Sites Terms, the AppFolio Beta Terms and (b) any other terms or policies applicable to your use of the Services that we make available, such as through an online signup flow. Any terms contained in your order form will supersede these Terms of Service.

In addition, our Privacy Notice contains information on how we collect, use and share your personal information for our own purposes. The Privacy Notice is not a part of these Terms of Service and may be changed from time to time, but by agreeing to these Terms of Service, you acknowledge and consent to the collection, use, sharing and disclosure of your personal information and data as described in our Privacy Notice, as may be modified from time to time.

## 1. Scope of services

We offer a hosted suite of property management software services, which include our property management software solution, AppFolio Property Manager Core, and Add-On services to which you may subscribe or use in addition to your base subscription (collectively the "Services" and each a "Service").

Some Services are offered on a subscription basis, while others are made available per-use. To subscribe to or use a Service, you must sign an order form or complete the online sign-up flow, which identifies the Service,

additional terms, and the fees payable for such Service. You may access and use the Service to manage and account for the real property units (collectively, the "Units" and each a "Unit"). If the Service is billed on a per-unit basis, we will assess your Unit count at regular intervals and invoice you appropriately.

We reserve the right to modify the Services (or any part thereof) from time to time, and we are not liable to you or to any third party for any modification of the Services.

## Terms of Service

AppFolio Property Manager Core ⌃

**Overview**

1. Scope of services

2. Modification of These Terms of Service

3. Customer Support

4. Training

5. Your Rights and Restrictions

6. Term and Termination

7. Fees

8. Representations and Warranties; Disclaimer

9. Confidential Information and Business Data

10. Indemnification

11. Limitation on Liability

12. Data Protection

13. Ownership Disputes

14. Customer Interactions

15. Third Party Products and Services

16. General Provisions

AppFolio Property Manager Plus ⌄

### 1.1 Intended Use

The Services are designed and intended to be used for property management purposes in the United States. Your use of the Services for any other purpose or in any other manner is at your own risk and may be grounds for termination.

### 1.2 No Legal Advice

The Services contain features and tools designed to assist you in the operation of your business and are capable of being used to comply with certain of your regulatory or other legal obligations. Notwithstanding the foregoing, we do not make any representations or warranties that your use of the Services will satisfy or ensure compliance with any legal obligations or laws, rules, or regulations. AppFolio does not provide legal advice and is not engaged in the practice of law. We encourage you to consult with your legal counsel before utilizing any of the Services that may have legal ramifications.

### 1.3 Expanding the Services

You may subscribe to or use additional Services and add additional databases. These additions may be subject to eligibility and your execution of an order form or completion of an additional online sign-up flow. All new Services are subject to these Terms of Service.

### 1.4 Migration of Data

Promptly following your initial subscription to the Services, we will coordinate and work with you to migrate certain of your data into the Services (referred to as "Onboarding"). You will be responsible for providing data in a format deemed acceptable to us and will provide materials and reasonable assistance for the migration of your data. You represent and warrant that you are the rightful owner of your data and have the requisite authority to perform the migration of such data. You will retain all right, title and interest in and to your data.

Together, we will mutually agree upon a date by which Onboarding will be completed and your access to the Services will go live (the "Go-Live Date"). If it becomes necessary to move back your Go-Live Date, we will mutually agree on a new date. But if the Go-Live Date is moved more than once due to your failure to provide us with the requested data, information, or assistance required to complete such onboarding, we reserve the right to charge you an additional Onboarding Fee (as defined below). You must complete migration of your data before receiving access to the Services.

In some instances, changes to your business may require setting up a new database and/or migrating the data within the existing database; for

example, a change of your business name, tax identification number, or business structure. If Such a "Re-Migration" is necessary we will charge an additional one-time non-refundable Onboarding Fee for setting up a new database and/or migrating the data within the existing database. We will help determine the optimal plan for Re-Migration based upon the individual situation. Additional Onboarding Fees are non-refundable and due and payable by you on the date of invoice.

### 1.5 Set-Up and Configuration

You are solely responsible for determining the appropriate set-up and configuration of the Services. In the event you request our assistance in the set-up or configuration of the Services, without in any way limiting Section 8.2, we make no representations or warranties with respect to any changes we may make or work we may perform on your behalf and at your request.

## Terms of Service

**AppFolio Property Manager Core** ∧

**Overview**

1. Scope of services

2. Modification of These Terms of Service

3. Customer Support

4. Training

5. Your Rights and Restrictions

6. Term and Termination

7. Fees

8. Representations and Warranties; Disclaimer

9. Confidential Information and Business Data

10. Indemnification

11. Limitation on Liability

12. Data Protection

13. Ownership Disputes

14. Customer Interactions

15. Third Party Products and Services

16. General Provisions

**AppFolio Property Manager Plus** ∨

# 2. Modification of These Terms of Service

We work constantly to improve our Services with updates, new features, and new services. And we may need to change these Terms of Service from time to time to accurately reflect our Services and practices. If we do, those revised Terms of Service will supersede prior versions. Unless we say otherwise, changes will be effective upon the "Last Updated" date located at the top of this page. We agree that changes cannot be retroactive. We will provide you advance notice of any material changes to these Terms of Service. For any other changes, we will publish the revised Terms of Service and update the "Last Updated" date above. We hope that you will continue to use our Services, but if any change has a negative material impact on your business and you object to such changes, you may terminate your subscription to the Services without penalty and in accordance with the terms herein. Your continued use of the Services after we modify these Terms of Service constitutes your acceptance of any revisions.

# 3. Customer Support

We will use commercially reasonable efforts to provide complimentary technical support services to you and your authorized users of the Services. Our standard support is available Monday through Friday from 8:00 a.m. - 8:00 p.m. Eastern Time, excluding major holidays, which include Memorial Day, Independence Day, Labor Day, Thanksgiving, Christmas, and New Year's Day.

# 4. Training

We will make training materials and sessions available to you and your

authorized users. These include tutorials, which are accessible via the Help Articles and Training Sessions sections of our website at no additional charge. If you purchase custom training, the hours must be used within 90-days of contract signing or 90-days of your Go-Live date, whichever comes second. Custom training fees are considered Service Fees and are non-refundable.

## Terms of Service

### AppFolio Property Manager Core ^

**Overview**

1. Scope of services

2. Modification of These Terms of Service

3. Customer Support

4. Training

5. Your Rights and Restrictions

6. Term and Termination

7. Fees

8. Representations and Warranties; Disclaimer

9. Confidential Information and Business Data

10. Indemnification

11. Limitation on Liability

12. Data Protection

13. Ownership Disputes

14. Customer Interactions

15. Third Party Products and Services

16. General Provisions

### AppFolio Property Manager Plus ∨

# 5. Your Rights and Restrictions

### 5.1 Authorization to Use the Services

Subject to (i) your timely payment of all fees set forth in the order form or online sign-up flow and (ii) your compliance with these Terms of Service, we authorize you to use (and permit your authorized users to use) the Services to which you have subscribed.

### 5.2 Authorized Users

You (i) are responsible for your authorized users' compliance with these Terms of Service, and (ii) will use commercially reasonable efforts to prevent unauthorized access to or use of the Services. If the authorized status of a user changes, it is your responsibility to promptly remove such user's access to the Services. Third parties are not permitted to access or use the Services or any application programming interface we may make available to you without our prior consent. Even if we provide prior consent for a third party to access or use the Services, we disclaim all liability for any actions taken by that third party with respect to the Services, and you assume all risk for any actions taken by that third party. We reserve the right to disable or delete access to the Services and any application programming interface for any of your authorized users to enforce these Terms of Service or otherwise protect our interests.

### 5.3 Your Responsibilities; Use of the Services In Compliance With Laws

The Services contain various features, tools and workflows that assist you in the conduct of your business. We do not make any representations or warranties that your use of the Service will satisfy or ensure compliance with any legal obligations or applicable laws, rules, or regulations. For example, you may be able to use the Services to, among other things, text, email, and accept and make payments. Such activities can be highly regulated, and while we assist you in carrying out such activities, you are solely responsible for ensuring compliance with all applicable laws and regulations including, without limitation, the Fair Credit Reporting Act, Equal Credit Opportunity Act, the Fair Housing Act, Title VII of the Civil Rights Act of 1964, the Telephone Consumer Protection Act of 1991, and utility billing practices. You are responsible for all activities that occur under your account or by your authorized users. Without limiting the foregoing, you will (i) have sole responsibility for the accuracy, quality, integrity, legality, reliability, and appropriateness of all data that you submit to the Services; (ii) use commercially reasonable efforts to prevent unauthorized control or tampering or any other unauthorized access to, or use of, the Services and notify us immediately of any unauthorized use or security breach; (iii) comply with all applicable local, state, federal, and foreign laws (including

laws regarding privacy and protection of personal or consumer information) in using the Services; and (iv) obtain and maintain all computer hardware, software and communications equipment needed to access the Services in connection with your use of the Services.

### 5.4 Your Restrictions

You may not, and you will ensure your authorized users do not, (i) disassemble, reverse engineer, decompile or otherwise attempt to decipher any code in connection with the Services, or modify, adapt, create derivative works based upon, or translate the Services; (ii) license, sublicense, sell, rent, assign, distribute, time share transfer, lease, loan, resell for profit, distribute, or otherwise commercially exploit, grant rights in or make the Services or any content offered therein available to any third party; (iii) use the Services except as expressly authorized under these Terms of Service or in violation of any applicable laws; (iv) engage in any illegal or deceptive trade practices with respect to the Services; (v) circumvent or disable any security or other technical features or measures of the Services or any other aspect of the software or, in any manner, attempt to gain unauthorized access to the Services or its related computer systems or networks; (vi) use the Services to transmit infringing, obscene, threatening, libelous, or otherwise unlawful, unsafe, malicious, abusive or tortious material, or to store or transmit material in violation of third-party privacy rights; (vii) use the Services to store or transmit any viruses, worms, time bombs, Trojan horses and other harmful or malicious code, files, scripts, agents or programs or to send spam or otherwise duplicative or unsolicited messages in violation of applicable laws; (viii) interfere with or disrupt the integrity or performance of the Services or third-party data contained therein; (ix) use any robot, spider, or other automated device, process or means to access, retrieve, scrape or index any portion of the Services; (x) reformat or frame any portion of the Services; or (xi) make available or otherwise provide all or any portion of the Services, our Confidential Information (as defined below), or any application programming interface we make available to you to any of our direct or indirect competitors.

Although we have no obligation to monitor your use of the Services, we may do so at our discretion and may prohibit any use of the Services we believe may be in violation of these Terms of Service or applicable laws and regulations.

### 5.5 Reservation of Rights

No other rights are granted except as expressly stated in these Terms of Service, and nothing herein conveys any rights or ownership or license in, or to, the Services or any underlying software or intellectual property. We own all rights, title and interest, including all intellectual property rights, in and to the Services and the underlying software, and any and all updates, upgrades, modifications, enhancements, improvements or derivative works thereof.

# 6. Term and Termination

### 6.1 Term

---

## Terms of Service

### AppFolio Property Manager Core ⌃

**Overview**

1. Scope of services

2. Modification of These Terms of Service

3. Customer Support

4. Training

5. Your Rights and Restrictions

6. Term and Termination

7. Fees

8. Representations and Warranties; Disclaimer

9. Confidential Information and Business Data

10. Indemnification

11. Limitation on Liability

12. Data Protection

13. Ownership Disputes

14. Customer Interactions

15. Third Party Products and Services

16. General Provisions

**AppFolio Property Manager Plus** ⌄

If a Service is subject to a term, the term will be set forth on the order form or in the online sign-up flow. Unless either party provides written notice of non-renewal at least thirty (30) days prior to the expiration of the current term of a Service, the Service will automatically renew. Your base Service subscription will automatically renew for the same period as your initial term; and add-on services will automatically renew to become coterminous with your base subscription.

# Terms of Service

## AppFolio Property Manager Core ∧

**Overview**

1. Scope of services

2. Modification of These Terms of Service

3. Customer Support

4. Training

5. Your Rights and Restrictions

6. Term and Termination

7. Fees

8. Representations and Warranties; Disclaimer

9. Confidential Information and Business Data

10. Indemnification

11. Limitation on Liability

12. Data Protection

13. Ownership Disputes

14. Customer Interactions

15. Third Party Products and Services

16. General Provisions

## AppFolio Property Manager Plus ∨

At least sixty (60) days prior to the expiration of your base Service Subscription, we will provide you with an updated order form reflecting the Services, rates, unit counts, and terms applicable to your next term. Any active addenda to your order form will remain incorporated and unchanged, unless replaced by a new addendum.

WRITTEN NOTICE OF NON-RENEWAL MUST BE SUBMITTED:

via email to: billing@appfolio.com

or via USPS or courier to: AppFolio, Inc.

70 Castilian Drive Santa Barbara, CA 93117

Attn.: Billing Department

## 6.2 Termination

Either party may terminate any subscription to Services (i) if the other party breaches any of its obligations under these Terms of Service and such breach is not cured within thirty (30) days of receipt of notice from the non-breaching party, or (ii) if the other party becomes insolvent or bankrupt, liquidated or is dissolved, or ceases substantially all of its business. Notwithstanding the foregoing, we may immediately terminate your subscription to the Services if: (a) you materially breach of these Terms of Service, as determined by us in our sole and absolute discretion; (b) we reasonably believe that you are associated with conduct that is illegal, fraudulent, or that could otherwise cause a real risk of harm to us or others (whether financial, legal, business or reputational harm); or (c) upon the request of any of our financial service providers. Upon termination of your subscription, you will immediately discontinue all use of the Services, cease to represent that you are a user of the Services, and destroy all our Confidential Information (as defined in Section 9 below) in your possession.

## 6.3 Handling of Your Data in the Event of Termination

You agree that following expiration or termination of any of your subscriptions to the Services, we may immediately deactivate the affected Services and that, following a reasonable period, we may delete your account and data. In the event you terminate your subscriptions, or allow them to expire, you are expected to retrieve your data prior to the termination or expiration. However, in the event that the Services are terminated by us, we will grant you temporary, limited access to the Services, not to exceed thirty (30) days, for the sole purpose of permitting you to retrieve your proprietary data, provided that you have paid in full all undisputed amounts owed to us. You further agree that we will not be liable to you or to any third party for any termination of your access to the Services or deletion of your data, provided that we are in compliance with the terms of this Section 6.3.

### 6.4. Termination for Convenience; Early Termination Fee

You have and may invoke an option terminate your subscription to the Services for convenience at any time by providing thirty (30) days' prior written notice and paying to us (a) any outstanding fees and (b) an early termination fee equal to fifty percent (50%) of the Service Fees (as defined below) payable for the remaining period of your subscription, calculated on a pro rata basis (the "Early Termination Fee"). You hereby expressly acknowledge and agree that we shall have the right to charge the Early Termination Fee to the payment method associated with your AppFolio account. You will not be entitled to a refund of any pre-paid amounts under any circumstances.

# Terms of Service

## AppFolio Property Manager Core ⌃

**Overview**

1. Scope of services

2. Modification of These Terms of Service

3. Customer Support

4. Training

5. Your Rights and Restrictions

6. Term and Termination

7. Fees

8. Representations and Warranties; Disclaimer

9. Confidential Information and Business Data

10. Indemnification

11. Limitation on Liability

12. Data Protection

13. Ownership Disputes

14. Customer Interactions

15. Third Party Products and Services

16. General Provisions

## AppFolio Property Manager Plus ⌄

# 7. Fees

### 7.1 Service Fees

You will pay certain non-refundable fees for the Services in the amount set forth on the order form or in the online sign-up flow (the "Service Fees") and according to the billing frequency stated therein. Service Fees are due and payable on the date of invoice and are non-refundable. Service Fees may be based on usage; the minimum amounts set forth in your order form; or the minimums for each Service. Unless set forth on your order form, we may increase the minimum amounts for a Service from time to time by providing you with no less than thirty (30) days advance notice.

For Services offered on a subscription basis, the rate of the Service Fees is fixed for the term of the subscription and may only be increased at renewal. For Services offered on a per-use basis, we may increase Service Fees from time to time by providing you with no less than thirty (30) days advance notice.

### 7.2 Onboarding Fees

You will pay certain non-refundable fees for onboarding and data migration in the amount set forth on the order form,online sign-up flow, or as otherwise set forth in Section 1.4 (the "Onboarding Fees"). The Onboarding Fees are due and payable by you on the date of invoice. Onboarding Fees are non-refundable unless we fail to complete the onboarding for reasons other than your failure to provide us with the requested data, information, or assistance required to complete such onboarding.

### 7.3 Additional Fees

You may incur certain other non-refundable fees or charges based on your use of the Services in addition to those fees set forth on the order form or in the online sign-up flow (the "Additional Fees"). We will provide you with notice of any Additional Fees before they are incurred.

### 7.4 Late Payments

You acknowledge that your failure to pay any fees when due may result in suspension or termination of your subscription to the Service. If you fail to pay any of the fees or charges due hereunder, AppFolio reserves the right

to, among other things, engage an attorney or a collections agency to collect the delinquent fees and charges. You agree to pay all fees and costs incurred by AppFolio in connection with the collection of such delinquent amounts, including without limitation, any and all court and related costs, attorneys' and/or collections agencies' fees plus interest in an amount equal to the lesser of 1.0% per month or the maximum rate permitted by applicable law.

## Terms of Service

AppFolio Property Manager Core ∧

**Overview**

1. Scope of services

2. Modification of These Terms of Service

3. Customer Support

4. Training

5. Your Rights and Restrictions

6. Term and Termination

7. Fees

8. Representations and Warranties; Disclaimer

9. Confidential Information and Business Data

10. Indemnification

11. Limitation on Liability

12. Data Protection

13. Ownership Disputes

14. Customer Interactions

15. Third Party Products and Services

16. General Provisions

AppFolio Property Manager Plus ∨

### 7.5 Taxes

You are responsible for all sales tax, use tax, value added taxes, withholding taxes and any other similar taxes and charges of any kind imposed by federal, state or local governmental entities on the transactions contemplated by these Terms of Service. When we have the legal obligation to pay or collect taxes for which you are responsible pursuant to this Section, the appropriate amount will be invoiced to and paid by you unless you provide us with a valid tax exemption certificate authorized by the appropriate taxing authority.

# 8. Representations and Warranties; Disclaimer

### 8.1 Representations and Warranties

You represent and warrant that (i) you have all necessary authority to enter into and perform your obligations under these Terms of Service without the consent of any third party or breach of any contract or agreement with any third party; and (ii) you will use the Services only for lawful purposes in accordance with these Terms of Service.

### 8.2 Disclaimer of Warranties

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, WE MAKE NO REPRESENTATIONS OR WARRANTIES, EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, IN LAW OR FROM A COURSE OF DEALING OR USE OF TRADE, AS TO ANY MATTER, INCLUDING THOSE OF MERCHANTABILITY, SATISFACTORY QUALITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. WE DO NOT WARRANT THAT THE SOFTWARE OR THE SERVICES WILL MEET ALL OF YOUR REQUIREMENTS OR THAT THE USE OF THE SOFTWARE OR THE SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE. THE SOFTWARE AND SERVICES ARE PROVIDED TO YOU ON AN "AS IS" BASIS AND YOUR USE OF SOFTWARE AND SERVICES IS AT YOUR OWN RISK. WE HEREBY EXPRESSLY DISCLAIM ANY REPRESENTATIONS OR WARRANTIES THAT YOUR USE OF THE SERVICES WILL SATISFY OR ENSURE COMPLIANCE WITH ANY LEGAL OBLIGATIONS OR LAWS, RULES OR REGULATIONS. THIS DISCLAIMER APPLIES TO BUT IS NOT LIMITED TO ANY FEDERAL OR STATE STATUTES OR REGULATIONS THAT MAY BE APPLICABLE TO YOU. YOU ARE SOLELY RESPONSIBLE FOR ENSURING THAT YOUR USE OF THE SERVICES IS IN ACCORDANCE WITH APPLICABLE LAW.

IF YOU ARE DISSATISFIED WITH THE SERVICES OR THESE TERMS OF SERVICE, YOUR SOLE AND EXCLUSIVE REMEDY IS TO STOP USING THE

SERVICES. NOTWITHSTANDING THE FORGOING, NOTHING IN THIS SECTION (SECTION 8.2) SHALL BE CONSTRUED TO LIMIT OR DEPRIVE EITHER PARTY OF A REMEDY THAT IS OTHERWISE EXPRESSLY PROVIDED FOR UNDER THESE TERMS OF SERVICE.

THE PARTIES EXPRESSLY ACKNOWLEDGE THAT THE DISCLAIMER OF WARRANTY CONSTITUTES AN ESSENTIAL PART OF THE AGREEMENT BETWEEN THE PARTIES CONTAINED IN THESE TERMS OF SERVICE.

## Terms of Service

### AppFolio Property Manager Core ^

**Overview**

1. Scope of services

2. Modification of These Terms of Service

3. Customer Support

4. Training

5. Your Rights and Restrictions

6. Term and Termination

7. Fees

8. Representations and Warranties; Disclaimer

9. Confidential Information and Business Data

10. Indemnification

11. Limitation on Liability

12. Data Protection

13. Ownership Disputes

14. Customer Interactions

15. Third Party Products and Services

16. General Provisions

### AppFolio Property Manager Plus ∨

# 9. Confidential Information and Business Data

### 9.1 Confidential Information

Neither party shall disclose to any third party any information or materials provided by the other party hereunder and reasonably understood to be confidential ("Confidential Information") without the other party's prior written consent, except as otherwise expressly permitted under these Terms of Service; provided, however, AppFolio may use and disclose your Confidential Information (in accordance with our Privacy Notice) as necessary to provide the Services. The foregoing restrictions do not apply to (i) any information that is in the public domain or already in the receiving party's possession, (ii) was known to the receiving party prior to the date of disclosure, (iii) becomes known to the receiving party thereafter from a third party having an apparent bona fide right to disclose the information, or (iv) Confidential Information that the receiving party is obligated to produce pursuant to a court order or a valid administrative subpoena, providing receiving party provides disclosing party of timely notice of such court order or subpoena (unless receiving party is legally precluded from providing such notice).

You agree to ensure that your authorized users keep all passwords and other access information to the Services in strict confidence.

Each party agrees that its violation of this Section 9.1 may cause irreparable injury to the other party, entitling the other party to seek injunctive relief in addition to all legal remedies.

### 9.2 Your Business Data

While it may not constitute personal information (use of personal information is addressed in our Privacy Notice), if you use the Services, we may access and use data you provide us related to your business and obtain other information related to your business, such as your bank account balance and transaction history ("Business Data") to provide, improve, develop, and market the Services. Some examples include providing customer service, data analytics, and sending you advertising materials. We do not share your Business Data with anyone except as necessary to provide our Services. Some examples include sharing Business Data with third-party service providers, legally required disclosures to courts or law enforcement, and sharing Business Data with our wholly owned subsidiaries. We aggregate and anonymize your Business Data to create industry reports,

which may be made available or provided to the public. We do not and will not sell your Business Data.

This Section 9 will survive termination or expiration of your subscription to the Services.

## Terms of Service

### AppFolio Property Manager Core ∧

**Overview**

1. Scope of services

2. Modification of These Terms of Service

3. Customer Support

4. Training

5. Your Rights and Restrictions

6. Term and Termination

7. Fees

8. Representations and Warranties; Disclaimer

9. Confidential Information and Business Data

10. Indemnification

11. Limitation on Liability

12. Data Protection

13. Ownership Disputes

14. Customer Interactions

15. Third Party Products and Services

16. General Provisions

**AppFolio Property Manager Plus** ∨

# 10. Indemnification

### 10.1 Our Indemnification

We agree to defend, indemnify, and hold you harmless from and against all claims brought or threatened against you by a third party alleging that a provision of the Services as permitted hereunder infringes or misappropriates a third party copyright, trade secret, trademark or patent ("Infringement Claim"). If your use of the Services has become, or in our opinion is likely to become, the subject of any Infringement Claim, we may, at our option and expense: (i) procure for you the right to continue using the Services as set forth herein; (ii) modify the Services to make them non-infringing; or (iii) if the foregoing options are not reasonably practicable, terminate your subscription to the Services and refund you any unused prepaid Service Fees. This Section 10.1 states your exclusive remedy for any claim by a third party alleging that the use of the Services as permitted hereunder infringes or misappropriates a third party copyright, trade secret, trademark or patent. The indemnification obligations in this Section will survive termination or expiration of your subscription to the Services.

### 10.2 Limitations

We have no liability or obligation with respect to any costs or damages claimed under Section 10.1 if the Infringement Claim arises out of or is in any manner attributable to (i) any modification of any Services by you (or any of your authorized users), or (ii) use of Services in combination with services and products not provided by AppFolio if such infringement would have been avoided without such modification or combination, or (iii) our compliance with your designs or instructions (each an "Excluded Claim").

### 10.3 Your Indemnification

You agree to defend, indemnify, and hold us and all our affiliates, employees, officers, directors, contractors, agents, licensors, successors and assigns (collectively, the "AppFolio Parties") harmless from any and all claims, judgments, awards, demands, suits, proceedings, investigations, damages, costs, expenses, losses, and any other liabilities (including reasonable attorneys' fees, court costs and expenses) (collectively, "Costs") arising out of or relating to (i) your use of the Services in violation of these Terms of Service, (ii) an Excluded Claim, (iii) any actual or alleged breach by you of any representation, warranty, covenant or obligation under these Terms of Service, or (iv) your gross negligence or willful misconduct. Your indemnification obligations under this Section 10.3 will survive any termination or expiration of your subscription to the Services.

### 10.4 Conditions of Indemnification

The indemnification obligations under this Section 10 above are conditioned upon (i) the indemnified party notifying the indemnifying party promptly in writing upon knowledge of any claim for which it may be entitled to indemnification hereunder; (ii) to the extent applicable, the indemnified party ceasing use of the claimed infringing Services upon receipt of notice of an Infringement Claim; (iii) the indemnified party permitting indemnifying party to have the sole right to control the defense and settlement of any such claim (provided that the indemnifying party may not settle any claim without the indemnified party's consent unless the settlement unconditionally releases the indemnified party from all liability); (iv) the indemnified party providing reasonable assistance to the indemnifying party, at the indemnifying party's expense, in the defense of such claim; (v) the indemnified party not entering into any settlement agreement or otherwise settling any such claim without indemnifying party's express prior written consent or request (except as set forth in (iii) above); and (vi) the indemnified party complying with any settlement or court order made in connection with the claim (e.g., related to the future use of any infringing materials). For clarity, the indemnified party may participate in the defense or settlement of a claim with counsel of its own choice and at its own expense.

## Terms of Service

### AppFolio Property Manager Core ∧

**Overview**

1. Scope of services

2. Modification of These Terms of Service

3. Customer Support

4. Training

5. Your Rights and Restrictions

6. Term and Termination

7. Fees

8. Representations and Warranties; Disclaimer

9. Confidential Information and Business Data

10. Indemnification

11. Limitation on Liability

12. Data Protection

13. Ownership Disputes

14. Customer Interactions

15. Third Party Products and Services

16. General Provisions

### AppFolio Property Manager Plus ∨

# 11. Limitation on Liability

EXCEPT IN CONNECTION WITH (I) EITHER PARTY'S INDEMNIFICATION OBLIGATIONS PURSUANT TO THIS AGREEMENT, (II) YOUR PAYMENT OBLIGATIONS PURSUANT TO SECTION 7 (FEES), (III) BREACH OF SECTION 5.3 (YOUR RESPONSIBILITIES), (IV) BREACH OF SECTION 5.4 (YOUR RESTRICTIONS), (V) BREACH OF SECTION 12 (DATA PROTECTION), OR (VI) AS OTHERWISE PROVIDED FOR IN THE TERMS OF ANY ADD-ON SERVICE TO WHICH YOU SUBSCRIBE OR USE, EACH OF OUR LIABILITY UNDER THESE TERMS OF SERVICE WILL BE LIMITED AS FOLLOWS:

TO THE FULLEST EXTENT PERMITTED BY LAW, EACH PARTY'S TOTAL LIABILITY ARISING OUT OF OR IN CONNECTION WITH THESE TERMS OF SERVICE IS LIMITED TO THE SUM OF THE AMOUNTS PAID BY YOU FOR THE SERVICES DURING THE TWELVE (12) MONTHS IMMEDIATELY PRECEDING THE DATE THE CAUSE OF ACTION AROSE.

TO THE FULLEST EXTENT PERMITTED BY LAW, NEITHER PARTY WILL BE RESPONSIBLE FOR LOST PROFITS, REVENUES, DATA, FINANCIAL LOSSES,OR INDIRECT, SPECIAL, CONSEQUENTIAL, EXEMPLARY, PUNITIVE OR INCIDENTAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE SERVICES OR THESE TERMS OF SERVICE. IN ALL CASES NEITHER PARTY WILL BE LIABLE FOR ANY LOSS OR DAMAGE THAT IS NOT REASONABLY FORESEEABLE.

BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO YOU, IN WHICH CASE OUR LIABILITY SHALL BE LIMITED TO THE FULLEST EXTENT PERMITTED BY LAW.

# 12. Data Protection

### 12.1 Your Obligations

You will comply with all applicable privacy, data protection, anti-spam and other laws, rules, regulations and guidelines relating to protection, collection, use and distribution of Personal Information (as defined below). If required by applicable data protection legislation or other law or regulation, you will inform third parties that you are providing their Personal Information to us for processing and will ensure that any required third parties have given their consent to such disclosure and processing. "Personal Information" means any information that identifies, relates to, describes, or can be reasonably associated with or traced to, directly or indirectly, an individual or household, including an individual's name, address, telephone number, e-mail address, credit card information, social security number or other similar specific factual information, regardless of the media on which such information is stored (e.g., on paper or electronically).

### 12.2 Service Provider Certification

This Section 12.2 applies only where, and to the extent that, AppFolio processes Personal Information that is subject to the California Consumer Privacy Act ("CCPA") on your behalf as a service provider (as defined in the CCPA) in the course of providing the Services. AppFolio shall not (i) sell (as defined in the CCPA) any Personal Information; (ii) retain, use, or disclose any Personal Information for any purpose other than for the specific purpose of performing the Services, including retaining, using, or disclosing any Personal Information for a commercial purpose (as defined in the CCPA) other than for such specific purpose; or (iii) retain, use, or disclose any Personal Information outside of the direct business relationship between AppFolio and you. AppFolio certifies that it understands and will comply with the restrictions set out in this Section 12.2.

# 13. Ownership Disputes

Ownership of a database associated with the Services is sometimes disputed between one or more parties. While we will have no obligation to do so, we reserve the right, at any time and in our sole discretion, with or without notice to you, to determine rightful database ownership and to transfer a database to the rightful owner. If we can't reasonably determine the rightful owner, we reserve the right to suspend access to a database until the disputing parties reach a resolution. We also may request joint instructions or certain documentation from the disputing parties, such as a government-issued photo ID, a credit card invoice or a business license, to help determine the rightful owner.

# 14. Customer Interactions

## Terms of Service

AppFolio Property Manager Core    ∧

**Overview**

1. Scope of services

2. Modification of These Terms of Service

3. Customer Support

4. Training

5. Your Rights and Restrictions

6. Term and Termination

7. Fees

8. Representations and Warranties; Disclaimer

9. Confidential Information and Business Data

10. Indemnification

11. Limitation on Liability

12. Data Protection

13. Ownership Disputes

14. Customer Interactions

15. Third Party Products and Services

16. General Provisions

**AppFolio Property Manager Plus**    ∨

## Terms of Service

AppFolio Property Manager Core ∧

**Overview**

1. Scope of services

2. Modification of These Terms of Service

3. Customer Support

4. Training

5. Your Rights and Restrictions

6. Term and Termination

7. Fees

8. Representations and Warranties; Disclaimer

9. Confidential Information and Business Data

10. Indemnification

11. Limitation on Liability

12. Data Protection

13. Ownership Disputes

14. Customer Interactions

15. Third Party Products and Services

16. General Provisions



AppFolio Property
Manager Plus ∨

### 14.1 Customer Research

We frequently engage with our customers, and may engage with our customers' customers or other third parties related to our customers, to understand how they interact with our Services and how to better develop our Services to meet their collective and ever-evolving needs. While transparency and candor are key to that process, you acknowledge and agree that you will not improperly use or disclose to us any confidential information or trade secrets of any third parties, and will not breach any obligation of confidentiality that you may have to any third party. You further acknowledge and agree that no jointly owned intellectual property shall be created as a consequence of our customer or third party engagement process or practices, and that AppFolio owns all right, title and interest in and to its intellectual property.

### 14.2 Ownership of Feedback

You and your authorized users may from time to time provide suggestions, comments, ideas or other feedback ("Feedback") to us with respect to the Services. You agree that we are free to use, disclose, reproduce, license or otherwise distribute and exploit the Feedback, entirely without obligation or restriction of any kind on account of intellectual property rights or otherwise.

### 14.3 Services to Your Customers

You acknowledge and agree that we may make certain services available directly to your tenants, homeowners, or other customers; and may communicate with them regarding these services. These services, such as our Online Portal, payments offerings, and renters insurance,may be provided by us, through our licensed subsidiaries, and/or partners. Furthermore, any information that we make available to you about renters insurance is for informational purposes only and is not a solicitation or offer. You acknowledge and agree that renters insurance is offered by AppFolio Insurance Services, Inc. ("AIS"), a licensed insurance producer, and not through AppFolio, Inc. Any questions regarding and requests to purchase renters insurance should be directed only to AIS.

# 15. Third Party Products and Services

### 15.1 Third Party Products and Services

The Services and our website may contain links to or integrations with products, services, and websites provided by third parties, which may include our affiliates or subsidiaries. You may choose to use such third party products or services in connection with the Services, including Third Party Applications (see Section 15.2, (AppFolio Stack Marketplace)), however, your receipt or use of any third party products, services or Third Party Applications, and the third parties' use or access to any of your data, is subject to a separate agreement between you and the third party provider. Once you enable or use third party products, services, or Third Party Applications in connection with the Services, you consent to us allowing

## Terms of Service

**AppFolio Property Manager Core** ⌃

**Overview**

1. Scope of services

2. Modification of These Terms of Service

3. Customer Support

4. Training

5. Your Rights and Restrictions

6. Term and Termination

7. Fees

8. Representations and Warranties; Disclaimer

9. Confidential Information and Business Data

10. Indemnification

11. Limitation on Liability

12. Data Protection

13. Ownership Disputes

14. Customer Interactions

15. Third Party Products and Services

16. General Provisions

**AppFolio Property Manager Plus** ⌄

that third party provider to access or use your data as required for the interoperation of their products and services with the Services. Such access and use by third party providers may include transmitting, transferring, deleting, or modifying your data, or storing your data on systems belonging to that third party provider and their vendors. You acknowledge and agree that this access and use of your data by a third party provider is subject to the applicable agreement between you and that third party provider. AppFolio makes no guarantee that any third party products, services, or Third Party Applications will work properly with the Services or that third party products, services, or Third Party Applications will continue to work with the Services as they change over time.

### 15.2 AppFolio Stack Marketplace

We provide a variety of integrations with third party products and services and the Services through our AppFolio Stack Marketplace ("Third Party Applications"). Third Party Applications are not AppFolio Services and remain subject to their own applicable third party providers' terms. We may enable interoperation of the Services with Third Party Applications as set forth in Section 15.1 above (Third Party Products and Services). We may, at any time, remove any Third Party Applications from the AppFolio Stack Marketplace and the third party providers may also update, modify, or remove their own applications at any time.

### 15.3 Disclaimer of Liability

AppFolio has no liability or responsibility whatsoever for any third party provider's websites, products, services, or Third Party Applications, including their accuracy, reliability, availability, security, data handling, data processing, completeness, usefulness, or quality, even if AppFolio has reviewed, certified, or approved the product, service, or Third Party Application for use in connection with the Services. Use of third party websites, products, services, or Third Party Applications is at your sole discretion and risk and you are solely responsible for your decision to permit any third party provider to use or access your data. The third party provider is solely responsible for ensuring that any information submitted through their websites, products, services, or Third Party Applications to the Services is accurate, complete, and correct. AppFolio is not responsible for the standards or business practices of any third party provider and WE DISCLAIM ALL LIABILITY AND RESPONSIBILITY FOR ANY THIRD PARTY WEBSITES, PRODUCTS, SERVICES, AND THIRD PARTY APPLICATIONS (WHETHER SUPPORT, AVAILABILITY, SECURITY OR OTHERWISE) OR FOR THE ACTS OR OMISSIONS OF ANY THIRD PARTY PROVIDERS OR VENDORS.

# 16. General Provisions

### 16.1 Independent Parties

No joint venture, partnership, agency or employment relationship exists between you and AppFolio. You are solely responsible for managing your employees and for any and all compensation, taxes, benefits and liabilities

to your employees and any of your other representatives or service providers.

### 16.2 Assignment

You will not assign or transfer the Services or any of your rights and/or obligations under these Terms of Service without our prior written consent. We may without restriction assign or transfer our rights and/or obligation hereunder, at our sole discretion. Subject to the foregoing, these Terms of Service will bind to the parties' respective successors and assigns.

### 16.3 Force Majeure

No failure, delay or default in performance of any obligation of a party will constitute an event of default or breach of these Terms of Service to the extent that such failure to perform, delay or default arises out of a cause that is beyond the control and without negligence of such party, including (but not limited to) natural disasters (e.g. lightning, earthquakes, hurricanes, floods); wars, riots, terrorist activities, and civil commotions; a local exchange carrier's activities, and other acts of third parties; explosions and fires; embargoes, strikes, and labor disputes; governmental decrees; failures of telecommunications providers or internet service providers; and failures of third party suppliers, service providers or vendors. The party affected by such cause shall take all reasonable actions to minimize the consequences of any such cause.

### 16.4 Applicable Law

These Terms of Service and any dispute arising out of or relating to the Services and/or these Terms of Service will be interpreted in accordance with the laws of the State of California, without regard to conflict-of-law provisions. All disputes arising out of or related to these Terms of Service shall be subject to the exclusive jurisdiction and venue of the California state courts located in Santa Barbara, California and federal courts of the Central District of California (unless we both agree to some other location). We each hereby expressly consent to the personal and exclusive jurisdiction of such courts.

### 16.5 Notices

You agree that we will provide notices, statements and other messages to you in the following ways: (i) within the Service, or (ii) to the contact information you last provided us (e.g., e-mail, mobile number, physical address, etc.). You agree to keep your contact information up to date.

### 16.6 No Waiver; Cumulative Remedies

Either party's failure to enforce any right or provision under these Terms of Service will not constitute a waiver of that right or provision. Except as expressly set forth in these Terms of Service, the exercise by either party of any of its remedies under these Terms of Service are in addition to (and not exclusive of) any other remedies permitted at law or in equity.

### 16.7 Severability

If any provision of these Terms of Service is deemed invalid, then that provision will be limited or eliminated by the court to the minimum extent

## Terms of Service

AppFolio Property Manager Core ∧

**Overview**

1. Scope of services

2. Modification of These Terms of Service

3. Customer Support

4. Training

5. Your Rights and Restrictions

6. Term and Termination

7. Fees

8. Representations and Warranties; Disclaimer

9. Confidential Information and Business Data

10. Indemnification

11. Limitation on Liability

12. Data Protection

13. Ownership Disputes

14. Customer Interactions

15. Third Party Products and Services

16. General Provisions

  AppFolio Property Manager Plus ∨

necessary, and the remaining provisions of these Terms of Service will remain in full force and effect.

### 16.8 Entire Agreement

The sole and entire agreement between you and us consists of (i) your order form and (ii) these Terms of Service, which incorporate by reference (a) the Add-On Service Terms for any Service to which you subscribe or use, including the AppFolio Value+ Terms, the AppFolio Tenant Screening Terms, the AppFolio Payments Terms, the AppFolio Sites Terms, the AppFolio Beta Terms and (b) any other terms or policies applicable to your use of the Services that we make available, such as through an online signup flow. This agreement supersedes all prior and contemporaneous oral or written understandings or agreements with AppFolio with respect to the Services. You acknowledge and agree that your agreement is not contingent upon the delivery of any future functionality or features not specified herein or in an order form or in the online sign-up flow, as applicable, or dependent upon any oral or written, public or private comments made by us with respect to future functionality or features for the Services.

### 16.9 Export

You understand and acknowledge that the Services may be subject to United States export control laws and regulations. You and your authorized users agree that: (i) you will comply with all applicable United States export control laws and regulations; (ii) you are not located within, or a resident of, any country or territory for which the United States maintains export control laws and regulations, and trade and economic sanctions or embargoes; (iii) you will not use the Services from or in any territory that is subject to export and import laws and regulations, and trade and economic sanctions (currently including, but not limited to, Cuba, Iran, North Korea, Syria, the Crimea region of Ukraine, the Luhansk People's Republic region of Ukraine, and the Donetsk People's Republic of Ukraine); (iv) you are not a person on the List of Specially Designated Nationals and Blocked Persons, or any other list of sanctioned persons administered by the Office of Foreign Assets Control or any other governmental entity; and (v) you will not use the Services for any purpose prohibited by applicable export control laws and regulations.

### 16.10 Copyright Policy

AppFolio respects the intellectual property rights of others, and asks that everyone utilizing the Services do the same. Anyone who believes that their work has been reproduced on the Services in a way that constitutes copyright infringement may notify us here.

---

# Terms of Service

## AppFolio Property Manager Core ⌃

**Overview**

1. Scope of services

2. Modification of These Terms of Service

3. Customer Support

4. Training

5. Your Rights and Restrictions

6. Term and Termination

7. Fees

8. Representations and Warranties; Disclaimer

9. Confidential Information and Business Data

10. Indemnification

11. Limitation on Liability

12. Data Protection

13. Ownership Disputes

14. Customer Interactions

15. Third Party Products and Services

16. General Provisions

## AppFolio Property Manager Plus ⌄

Product

Book a Free Demo

PROPERTY MANAGEMENT

Contact Us

Overview

Workflow Automation

Resident Experience

Accounting & Reporting

Marketing & Leasing

Maintenance

Communication & Service

Integrations & Partnerships

MORE FROM APPFOLIO

Investment Management

Realm-X AI

What's New

**Solutions**

Single-Family

Multifamily

Student Housing

Affordable Housing

Community Associations

Commercial

Investment Management

**Pricing**

Property Management

Investment Management

**Our Company**

Who We Are

Careers

Diversity & Inclusion

Investor Relations ↗

**Resources**

Blog

Events

Newsroom

Contact Us

**Why AppFolio**

Performance Method

Customer Experience

Customer Stories

Customer Trust

**Login**

Property Manager Login

Investment Manager Login

Resident Portal Login

Owner Portal Login

Vendor Portal Login

Investor Portal Login

---

© 2025 AppFolio, Inc

Privacy Notice ↗

Do Not Sell or Share My Personal Information ↗

    

**Overview**

1. Scope of services

2. Modification of These Terms of Service

3. Customer Support

4. Training

5. Your Rights and Restrictions

6. Term and Termination

7. Fees

8. Representations and Warranties; Disclaimer

9. Confidential Information and Business Data

10. Indemnification

11. Limitation on Liability

12. Data Protection

13. Ownership Disputes

14. Customer Interactions

15. Third Party Products and Services

16. General Provisions

---

**AppFolio Property Manager Plus**