# EXHIBIT B

------------------------

From: **Srulik Lowenstein** <srulik.lowenstein@beagleforpm.com>
Date: Thu, Dec 19, 2024 at 9:14 AM
To: <sean.saxena@appfolio.com>


Hi Sean,

I've sent over an NDA via DocuSign for your review and signature. When you have a chance, please complete it. Additionally, please share your NDA with us, and we'll be happy to sign it as well.

I'm looking forward to having a more in-depth conversation with you.

Best regards,
Srulik Lowenstein
YRIG
267-432-8518


----------

From: **Srulik Lowenstein** <srulik.lowenstein@beagleforpm.com>
Date: Sun, Dec 29, 2024 at 6:31 PM
To: <sean.saxena@appfolio.com>
Cc: Doug Keys <dkeys@yrig.com>


Hi Sean,

Happy New Year! I hope you had a restful holiday season and that your year is off to a great start.

I wanted to follow up on the partnership opportunity we discussed. As a reminder, this collaboration has the potential to generate approximately ~$110 per unit annually for AppFolio, and we're excited about the prospect of working together.

To keep things moving forward, I would greatly appreciate it if you could kindly review and sign the NDA I sent via DocuSign at your convenience. Once we have your signed copy, we'll be happy to promptly execute your NDA as well.

I believe this partnership could bring significant value to AppFolio, and I'm more than happy to provide any additional details or clarification if needed. Please feel free to reach out if you have any questions or need anything from my side.

Looking forward to hearing your thoughts and taking the next steps together!

Best regards,
Srulik Lowenstein
Partnerships, YRIG

267-432-8518

----------
From: **Srulik Lowenstein** <srulik.lowenstein@beagleforpm.com>
Date: Thu, Jan 9, 2025 at 1:14 PM
To: <sean.saxena@appfolio.com>
Cc: Doug Keys <dkeys@yrig.com>


Hi Sean,

Happy New Year! I hope 2025 has started off well for you.

I wanted to circle back on the partnership opportunity we discussed. As a reminder, this collaboration has the potential to generate approximately ~$110 per unit annually for AppFolio, and we're excited about the value it could bring to both our organizations.

If there's anything you'd like to dive deeper into or clarify, I'd be happy to set up a time to connect. Let me know how I can assist in moving things forward.

By the way, if you haven't had a chance to review the NDA I sent via DocuSign, feel free to complete it whenever it's convenient. Once that's done, we can promptly sign your NDA as well.

Looking forward to your thoughts and next steps!

Best regards,
Srulik Lowenstein
Partnerships, YRIG
267-432-8518


----------
From: **Srulik Lowenstein** <srulik.lowenstein@beagleforpm.com>
Date: Tue, Jan 28, 2025 at 2:35 PM
To: <sean.saxena@appfolio.com>


Hi Sean,

I hope you're doing well. I wanted to touch base one last time regarding the partnership opportunity we discussed. Given the potential to generate ~$110 per unit annually for AppFolio, I believe this collaboration could bring meaningful value to both of our organizations.

If this is not the right time or if priorities have shifted, I completely understand. Please let

me know either way, as I'd appreciate the clarity and can focus efforts accordingly.

If you're still interested, I'd be happy to answer any questions or help move things forward. The NDA via DocuSign is ready for your review and signature whenever it's convenient.

Looking forward to hearing from you soon!

----------

From: **Sean Saxena** <sean.saxena@appfolio.com>
Date: Tue, Jan 28, 2025 at 2:59 PM
To: Srulik Lowenstein <srulik.lowenstein@beagleforpm.com>

Hi Srulik,

So sorry for the very delayed response! Given our current priorities, it does not make sense for us to continue this conversation right now. That said let's stay in touch and if things change we can pick this up. Hope all is well.

Best,
Sean
--
**Sean Saxena**
Senior Director, Insurance | AppFolio
P: **805.308.6308** | F: **805.968.0646**
sean.saxena@appfolio.com

----------

From: **Srulik Lowenstein** <srulik@beagleforpm.com>
Date: Tue, Apr 29, 2025 at 4:49 PM
To: Sean Saxena <sean.saxena@appfolio.com>

Hi Sean,

I hope you're doing well!

I wanted to circle back in regarding our previous conversations around a potential insurance partnership. I completely understand if priorities have shifted, but I still believe the opportunity we discussed could bring meaningful value to both of our organizations.

If it makes sense to revisit the conversation now or in the near future, I'd love to connect and explore how we might be able to collaborate.

Looking forward to hearing from you!

Best regards,
Srulik Lowenstein
Head of Partnerships, Beagle by YRIG
267-432-8518

----------
From: **Sean Saxena** <sean.saxena@appfolio.com>
Date: Mon, May 5, 2025 at 3:51 PM
To: Srulik Lowenstein <srulik@beagleforpm.com>

Hi Srulik,

Hope all is well - our priorities have shifted but thank you for reaching out!

Best,
Sean

----------
From: **Srulik Lowenstein** <srulik@beagleforpm.com>
Date: Tue, Dec 9, 2025 at 6:54 PM
To: Emily Yuan <emily@corgi.insure>

**Forwarded Conversation**
**Subject: Follow-up from our call**
------------------------
----------
From: **Srulik Lowenstein** <srulik.lowenstein@beagleforpm.com>
Date: Sun, Dec 29, 2024 at 6:31 PM
To: <sean.saxena@appfolio.com>
Cc: Doug Keys <dkeys@yrig.com>

Hi Sean,

Happy New Year! I hope you had a restful holiday season and that your year is off to a great
start.

I wanted to follow up on the partnership opportunity we discussed. As a reminder, this
collaboration has the potential to generate approximately ~$110 per unit annually for
AppFolio, and we're excited about the prospect of working together.

To keep things moving forward, I would greatly appreciate it if you could kindly review and sign the NDA I sent via DocuSign at your convenience. Once we have your signed copy, we'll be happy to promptly execute your NDA as well.

I believe this partnership could bring significant value to AppFolio, and I'm more than happy to provide any additional details or clarification if needed. Please feel free to reach out if you have any questions or need anything from my side.

Looking forward to hearing your thoughts and taking the next steps together!

Best regards,
Srulik Lowenstein
Partnerships, YRIG
267-432-8518

----------
From: **Srulik Lowenstein** <srulik.lowenstein@beagleforpm.com>
Date: Thu, Jan 9, 2025 at 1:14 PM
To: <sean.saxena@appfolio.com>
Cc: Doug Keys <dkeys@yrig.com>

Hi Sean,

Happy New Year! I hope 2025 has started off well for you.

I wanted to circle back on the partnership opportunity we discussed. As a reminder, this collaboration has the potential to generate approximately ~$110 per unit annually for AppFolio, and we're excited about the value it could bring to both our organizations.

If there's anything you'd like to dive deeper into or clarify, I'd be happy to set up a time to connect. Let me know how I can assist in moving things forward.

By the way, if you haven't had a chance to review the NDA I sent via DocuSign, feel free to complete it whenever it's convenient. Once that's done, we can promptly sign your NDA as well.

Looking forward to your thoughts and next steps!

Best regards,
Srulik Lowenstein
Partnerships, YRIG
267-432-8518

----------
From: **Srulik Lowenstein** <srulik.lowenstein@beagleforpm.com>

Date: Tue, Jan 28, 2025 at 2:35 PM
To: <sean.saxena@appfolio.com>

Hi Sean,

I hope you're doing well. I wanted to touch base one last time regarding the partnership opportunity we discussed. Given the potential to generate ~$110 per unit annually for AppFolio, I believe this collaboration could bring meaningful value to both of our organizations.

If this is not the right time or if priorities have shifted, I completely understand. Please let me know either way, as I'd appreciate the clarity and can focus efforts accordingly.

If you're still interested, I'd be happy to answer any questions or help move things forward. The NDA via DocuSign is ready for your review and signature whenever it's convenient.

Looking forward to hearing from you soon!

----------
From: **Sean Saxena** <sean.saxena@appfolio.com>
Date: Tue, Jan 28, 2025 at 2:59 PM
To: Srulik Lowenstein <srulik.lowenstein@beagleforpm.com>

Hi Srulik,

So sorry for the very delayed response! Given our current priorities, it does not make sense for us to continue this conversation right now. That said let's stay in touch and if things change we can pick this up. Hope all is well.

Best,
Sean
--
**Sean Saxena**
Senior Director, Insurance | AppFolio
P: 805.308.6308 | F: 805.968.0646
sean.saxena@appfolio.com

----------
From: **Srulik Lowenstein** <srulik@beagleforpm.com>
Date: Tue, Apr 29, 2025 at 4:49 PM
To: Sean Saxena <sean.saxena@appfolio.com>

Hi Sean,

I hope you're doing well!

I wanted to circle back in regarding our previous conversations around a potential insurance partnership. I completely understand if priorities have shifted, but I still believe the opportunity we discussed could bring meaningful value to both of our organizations.

If it makes sense to revisit the conversation now or in the near future, I'd love to connect and explore how we might be able to collaborate.

Looking forward to hearing from you!

Best regards,
Srulik Lowenstein
Head of Partnerships, Beagle by YRIG
267-432-8518

----------
From: **Sean Saxena** <sean.saxena@appfolio.com>
Date: Mon, May 5, 2025 at 3:51 PM
To: Srulik Lowenstein <srulik@beagleforpm.com>

----------
From: **Srulik Lowenstein** <srulik@beagleforpm.com>
Date: Wed, Dec 10, 2025 at 11:15 AM
To: Anthony D'Angelo <anthony@beagleforpm.com>

Srulik Lowenstein
Head of Partnerships
267-432-8518
Linkedin | JoinBeagle.com



Date: Tue, Dec 9, 2025 at 6:54 PM
To: Emily Yuan <emily@corgi.insure>

**Forwarded Conversation**
**Subject: Follow-up from our call**



From: **Kyle Triplett** <kyle.triplett@appfolio.com>

Date: Mon, Nov 25, 2024 at 6:33 PM
To: Srulik Lowenstein <srulik@yourrenterskit.com>
Cc: steven.biringer@appfolio.com <steven.biringer@appfolio.com>


Hi Srulik, I am adding @steven.biringer@appfolio.com to this email chain and he will reach out to you to connect.

Thank you.

On Fri, Nov 22, 2024 at 1:15 PM Srulik Lowenstein <srulik@yourrenterskit.com> wrote:

> Hi Kyle, I've been trying to get in touch with Appfolio to discuss an insurance partnership. Can you help me?


--

**Kyle Triplett**
SVP, Product | AppFolio
kyle.triplett@appfolio.com
**appfolioinc.com**


----------
From: **Srulik Lowenstein** <srulik@yourrenterskit.com>
Date: Mon, Dec 2, 2024 at 9:21 AM
To: Kyle Triplett <kyle.triplett@appfolio.com>
Cc: steven.biringer@appfolio.com <steven.biringer@appfolio.com>


Hey Steven, I hope you had a nice Thanksgiving weekend. Let's connect for a few minutes whenever you're available. Feel free to schedule here whenever it works for you.
In short, we set up insurance captives for Software companies so they can earn the actual underwriting profits from the insurance policies they offer (renters insurance, etc). Based on our research of AppFolio this is something that would fit perfectly into your current offering.
Best,
Srulik Lowenstein,
Head of Partnerships @ YRIG


----------
From: **Steven Biringer** <steven.biringer@appfolio.com>
Date: Tue, Dec 3, 2024 at 3:52 PM
To: Srulik Lowenstein <srulik@yourrenterskit.com>
Cc: Kyle Triplett <kyle.triplett@appfolio.com>

Sent time for next Monday. Talk soon!

> **Steven Biringer**
> VP of Strategy
> m. 412.860.0660
> **steven.biringer@appfolio.com www.appfolio.com**

----------

From: **Srulik Lowenstein** <srulik@yourrenterskit.com>
Date: Tue, Dec 9, 2025 at 6:55 PM
To: Emily Yuan <emily@corgi.insure>

## Forwarded Conversation
## Subject: Re: Insurance Partnership
------------------------

From: **Kyle Triplett** <kyle.triplett@appfolio.com>
Date: Mon, Nov 25, 2024 at 6:33 PM
To: Srulik Lowenstein <srulik@yourrenterskit.com>
Cc: steven.biringer@appfolio.com <steven.biringer@appfolio.com>

Hi Srulik, I am adding @steven.biringer@appfolio.com to this email chain and he will reach out to you to connect.

Thank you.

On Fri, Nov 22, 2024 at 1:15 PM Srulik Lowenstein <srulik@yourrenterskit.com> wrote:

> Hi Kyle, I've been trying to get in touch with Appfolio to discuss an insurance partnership. Can you help me?

--
**Kyle Triplett**
SVP, Product | AppFolio
kyle.triplett@appfolio.com
**appfolioinc.com**

----------

From: **Srulik Lowenstein** <srulik@yourrenterskit.com>

Date: Mon, Dec 2, 2024 at 9:21 AM
To: Kyle Triplett <kyle.triplett@appfolio.com>
Cc: steven.biringer@appfolio.com <steven.biringer@appfolio.com>


Hey Steven, I hope you had a nice Thanksgiving weekend. Let's connect for a few minutes whenever you're available. Feel free to schedule here whenever it works for you.
In short, we set up insurance captives for Software companies so they can earn the actual underwriting profits from the insurance policies they offer (renters insurance, etc). Based on our research of AppFolio this is something that would fit perfectly into your current offering.
Best,
Srulik Lowenstein,
Head of Partnerships @ YRIG


----------
From: **Steven Biringer** <steven.biringer@appfolio.com>
Date: Tue, Dec 3, 2024 at 3:52 PM
To: Srulik Lowenstein <srulik@yourrenterskit.com>
Cc: Kyle Triplett <kyle.triplett@appfolio.com>


----------
From: **Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
Date: Tue, Dec 9, 2025 at 6:55 PM
To: Srulik Lowenstein <srulik@beagleforpm.com>


You no longer have access to srulik@yourrenterskit.com. To send this email, choose a different "from" address and try again. Learn more at
https://support.google.com/mail/answer/22370?hl=

----------
From: **Srulik Lowenstein** <srulik@beagleforpm.com>
Date: Tue, Dec 9, 2025 at 6:57 PM
To: Emily Yuan <emily@corgi.insure>



**Forwarded Conversation**
**Subject: Re: Insurance Partnership**
------------------------

From: **Kyle Triplett** <kyle.triplett@appfolio.com>
Date: Mon, Nov 25, 2024 at 6:33 PM
Date: Tue, Dec 9, 2025 at 6:55 PM

To: Emily Yuan <emily@corgi.insure>