# EXHIBIT D

1:09 PM (1 hour ago)

to me, Kris ▾

Thank you for the info. This isn't the first time Appfolio has done something like this, there was a big ordeal with ████████ at the beginning of the year too. We are ok with the scheduled reports, just let us know if we need to do anything on our end. Thank you!



12:25 PM (10 minutes ago)          ⋮

to me, Alex, Noah ▾

Hi Ryan,

When we spoke on Friday, the information I mentioned was true and correct in that if you found a better solution for Insurance instead of what we have to offer, that's completely fine.

Fast forward to yesterday, our entire company was briefed about a situation going on with Beagle where our Legal team needed to get involved. Once that was announced, I could not proactively communicate any details until our company released official communications, as instructed by our Legal team.

If you'd like, I can escalate your request to our team that is specializing in this area. Please let me know and I'd be happy to have them reach out to you.

Thank you,

2:30 PM

Hi Beagle team - we received this from ▮▮▮▮. Do you know anything about AppFolio "denouncing" Beagle?

Sorry I missed you guys today. I've been swamped. The whole issue with AppFolio denouncing Beagle has us in a bind.

The CFO thinks our software with them could have bene compromised so I'm taking a pause for now. Maybe we can touch base after the holidays.



10:25 AM (0 minutes ago)

to me ▾

Steven,

We have choses to not to use Beagle and choose to reimburse all the tenants that have paid and revere any payments that have been made if any to Begle.

I know it is all business and competition and AppFolio is removing your ability to operate within their platform.

Begle method of billing all of the tenants and forcing them to spend their time proving they had insurance is the Stop light for me.

Regards,

...



**Attention Required: Beagle Access to Your Account**

We recently identified that Beagle has been accessing AppFolio accounts in a way that violates our Terms of Service and creates risk for your business. To keep your account safe, we're removing their access on December 16, 2025. You can continue working with Beagle using approved options such as scheduled reports. For more information, please reference our full communication or contact Support if you need assistance.