**GREENBERG TRAURIG, LLP**
Michael Burshteyn (SBN 295320)
Marcelo Barros (SBN 339069)
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Michael.Burshteyn@gtlaw.com
Marcelo.Barros@gtlaw.com

Jake Evans (*pro hac vice* forthcoming)
Jordana R. Sternberg (*pro hac vice* forthcoming)
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: 678.553.2100
Jake.Evans@gtlaw.com
Jordana.Sternberg@gtlaw.com

*Attorneys for Plaintiffs Beagle Labs, Inc., Beagle Technologies, Inc., Big Beagle, Inc., Rental Property Managers Associations LLC, and YRIG Risk Retention Group, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### COUNTY OF SAN FRANCISCO

| | |
|---|---|
| BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>APPFOLIO, INC., a California corporation,<br><br>    Defendant. | CASE NO.<br><br>**DECLARATION OF ANTHONY D'ANGELO IN SUPPORT OF PLAINTIFFS' MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER** |

1

## <u>DECLARATION OF ANTHONY D'ANGELO</u>

I, Anthony D'Angelo, declare as follows:

1.      I am the Chief Executive Officer for Beagle Labs. (hereinafter "Beagle" or "Defendant").  I have personal knowledge of the facts surrounding the present action and Beagle's business, and all facts stated herein, unless otherwise stated on information and belief. If called upon to testify, I could and would competently do so under oath as to the truth of the matters stated herein.:

**A. Beagle Is an Innovative Competitor Offering Services Customers Love Through Lawful Competition**

2.      Beagle is a fast-growing emerging technology company offering AI-driven services for building managers.  Beagle's offering includes insurance-related compliance services to property managers nationwide as well as residential living services.  The compliance services include rent and pet insurance verification, tenant liability waiver programs, and deposit alternative services, among others.  Beagle also enables buildings to provide core services to renters, including move-in services, including utility and Internet set up, air filter delivery, and identity theft protection.

3.      Beagle's services help property managers satisfy lease requirements, manage risk, and provide cost-effective protection to renters.  They also enable day-to-day living and thousands of renters to move into their rentals seamlessly.  Without Beagle, a building that suffers a fire may not have properly insured renters.  Renters might not be able to get clean air filters.  Utilities would not be properly set up.  Nor would pets be properly insured.  Property managers throughout the country work with Beagle because they prefer Beagle's products and service model over competing offerings.

4.      To administer these programs, Beagle's customers provide it with access to limited categories of the property managers' operational data, including tenant rosters, unit identifiers, lease and billing information, and insurance-compliance status.  They do so by creating a new account for Beagle in the software that the building uses to manage the property.  Customers use AppFolio's built-in user-management features in a manner that is safe, controlled, and secure. Indeed, this industry-standard

2

workflow is used by AppFolio's customers to grant access to many other third-party vendors. AppFolio's website even touts third-party vendor integration as an advantage of using their platform

> **Online Portal for Vendors**
> Give vendors access to view work order details, upload invoices, add notes and photos, and mark their work as complete all within the fully mobile Vendor Portal in AppFolio.

5.    Beagle's workflow is so transparent that it goes as far as publishing "Beagle Reports" of accounts with Beagle email domains. AppFolio has full visibility into this through its own administration of the AppFolio platform. Beagle does not circumvent technical measures and does not use any kind of automated access without authorization. All Beagle does is use the accounts its customers provide for it.

6.    When a customer creates a new account for Beagle in AppFolio, they use Beagle's email domain and create new passwords for Beagle. Beagle does not use the customers' primary login information. Customers are able to fully control the permissions that Beagle is granted in its accounts and limit those permissions to facilitate what Beagle is needed. When Beagle works with customers, it provides them with a description of how it accesses data and for what purpose. Attached as **Exhibit A** is a copy of a document explaining how Beagle works with AppFolio.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 14, 2025, in Chicago, Illinois.



_____
Anthony D'Angelo

3