# EXHIBIT A

 **beagle**    Home    Waiver Programs    Resident Kit    AI Tools    Company ˅    Login    Book a Demo

# Autopilot for Renters Insurance Compliance

Get peace of mind by closing any protection gaps with insurance verification and liability waivers that boost NOI.

Book a Demo          Learn More →



As featured in     **NBC NEWS**         **M○RNINGSTAR**     **AP**    **BENZINGA**



**Close Any Coverage Gaps**

## Protect & minimize risk

Property owners face significant risk when residents lack renters insurance or resident liability waivers. For every resident-caused damage, owners are exposed to greater losses, declining loss ratios, and rising insurance premiums.

## Single Family and Multifamily Rentals

Learn why Beagle is the #1 renters insurance compliance platform for property management companies.

### AI Insurance Verification

Save hours of manual work by automating verification of third party insurance policies.

### Liability Waiver Program

Residents are automatically enrolled into our liability waiver programs when a coverage gap is detected.

### 100% Hands-off

Beagle programs are 100% fully managed and automated, so you don't need to do a thing.



"Beagle was exactly the solution I was looking for when I was searching for a way to manage renters insurance."

 Raven Reinmuth
Founder & CEO



"Beagle has been helping us increase our bottom line since we joined. The easiest program ever to launch."

 John Szymanski
President







Beagle integrates with all property management softwares, enabling seamless setup and automating insurance verification within minutes.

**beagle**

Autopilot for Renters Insurance Compliance

473 Pine St Floor 5
San Francisco, CA 94104

support@beagleforpm.com

**Product**

Features

Resident Kit

Waiver Programs

FAQ

**Company**

Careers

**Resources**

Blog

Book a Demo

Beagle vs. Second Nature

Support

Nothing on this website is intended to act as a solicitation or offer for the purchase or sale of insurance in any state where it is forbidden.

These benefits to Association members should not be construed as an offer to provide insurance or construed as an insurance

product in any state where where it would be prohibited by law.

Privacy Policy

Terms of Service

Member benefits are not available to residents; they can only be accessed by landlord Association members.

© 2025 Beagle. All rights reserved.