**GREENBERG TRAURIG, LLP**
Michael Burshteyn (SBN 295320)
Marcelo Barros (SBN 339069)
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Michael.Burshteyn@gtlaw.com
Marcelo.Barros@gtlaw.com

Jake Evans (*pro hac vice* forthcoming)
Jordana R. Sternberg (*pro hac vice* forthcoming)
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: 678.553.2100
Jake.Evans@gtlaw.com
Jordana.Sternberg@gtlaw.com

*Attorneys for Plaintiffs, Beagle, Inc., Beagle Technologies, Inc., Big Beagle Inc., Rental Property Managers Association LLC, and YRIG Risk Retention Group, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### COUNTY OF SAN FRANCISCO

| | |
|---|---|
| BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPFOLIO, INC., a California corporation, <br><br> Defendant. | CASE NO. <br><br> **DECLARATION OF MARCELO BARROS IN SUPPORT OF PLAINTIFFS' MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER** |

1

DECLARATION OF MARCELO BARROS IN SUPPORT OF PLAINTIFFS' MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER
ACTIVE 717345411v4

## DECLARATION OF MARCELO BARROS

I, Marcelo Barros declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney at law with the law firm Greenberg Traurig, LLP ("GT"), counsel of record for Plaintiff in the above-captioned matter. I make this declaration in support of Plaintiffs' Motion for Temporary Restraining Order ("Motion") filed concurrently. Except where indicated on information and belief, the matters set forth herein are based upon my personal knowledge, and if called as a witness in this matter, I could and would testify competently thereto; as to the matters stated upon information and belief, I believe them to be true.

2. Counsel for Beagle notified AppFolio last Thursday in writing in court papers filed in a case AppFolio filed (containing no federal claims and less than all overlapping parties as this case) pending in Santa Barbara Superior Court that Beagle intended to seek injunctive relief and assert affirmative claims.

3. Counsel for Beagle, my colleague Michael Burshteyn, also notified AppFolio's counsel repeatedly on Wednesday, Thursday, and Friday that AppFolio's planned attack would constitute tortious interference and unfair competition.

4. Counsel for Beagle is providing notice to AppFolio of this evenings / early morning's TRO papers concurrently with filing. Further notice should not be required given the timing—if AppFolio is permitted to continue with its block, it will cause irreparable harm to Beagle's business. Preserving the status quo is appropriate where the parties can brief and prepare for a preliminary injunction hearing in the meantime.

5. The screenshot shown was captured from https://www.joinbeagle.com/beagle-vs-second-nature on December 14, 2025. Attached as **Exhibit A** is a true and correct copy of this webpage.

6. **Exhibit B** is a true and correct copy of a screenshot from AppFolio's website at https://www.appfolio.com/property-manager/communication-service, last visited Dec. 14, 2025).

7. On Friday, December 12, 2025, counsel for AppFolio represented to my colleague Mr. Burshteyn that AppFolio had and would consider Computer Fraud and Abuse Act claims against Beagle if Beagle took the parties' dispute to federal court.

2

DECLARATION OF MARCELO BARROS IN SUPPORT OF PLAINTIFFS' MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER

ACTIVE 717345411v4

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 15, 2025, in San Francisco, California.

/s/ *Marcelo Barros*
Marcelo Barros

DECLARATION OF MARCELO BARROS IN SUPPORT OF PLAINTIFFS' MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER

ACTIVE 717345411v4