# EXHIBIT A



beagle

Home    Waiver Programs    Resident Kit    AI Tools    Company ⌄                                    Login    Book a Demo

Beagle vs. Second Nature
# Stuck in second place with Second Nature?

Second Nature partners with a third party for their benefits. With Beagle, you can provide better experience for your tenants while doubling your revenue.

Book a Demo

✓ No fees      ✓ No long-term contracts      ✓ Cancel anytime

The Second Nature Flip
# Why people are switching to Beagle

### 2x Your Revenue
Offer the same tenant benefits and liability protection for a fraction of the cost (starting at $4). You keep all the extra margin.

### We're the Carrier
No brokers, no middlemen. Get direct insight and influence over claims. More control. More clarity. More power.

### Seamless Frontend, Better Backend.
Nothing changes on your end. We handle the switch behind the scenes. Fast, simple, and zero lift from your team.

Switch to Beagle

How the flip works
# Better experience. Way better margins.




**1**

### Create Beagle Account
Set up takes minutes, not hours. Our onboarding team will walk you through everything. No tech headaches, no learning curve.




**2**

### Put in GL codes, etc.
We'll help you map everything from GL codes to any internal tracking you need. Your accounting stays clean and you stay in control.




**3**

### Give 30/60 days notice
Let your current provider know you're making the switch. We'll help you manage the transition to ensure no gaps in protection.

**4**

**Same or better services.**

Beagle covers everything you're used to, but without the bloat. And because we're the carrier, you get faster claims handling, better margins, and more control.



Get better margins

## Comparing Beagle vs. Second Nature

| | ⭐ Beagle | Second Nature |
|---|---|---|
| RBP Pricing | Starting $4/mo | $$$ |
| Insurance Compliance Platform  *Revenue-driving* | ✔ | ✕ |
| Security Deposit Alternative  *Revenue-driving* | ✔ | ✕ |
| Pet Damage Waiver  *Revenue-driving* | ✔ | ✕ |
| AI-driven Tools  *Free* | ✔ | ✕ |
| 24/7 Customer Support | ✔ | ✕ |
| Upfront Costs and Long Term Contracts | ✕ | ✔ |

Double your revenue

## Don't take our word for it

"Beagle was exactly the solution I was looking for when I was searching for a way to manage renters insurance."

 Raven Reinmuth
Founder & CEO



"Beagle has been helping us increase our bottom line since we joined. The easiest program ever to launch."

 John Szymanski
President



# Get started today

## Automate renters insurance compliance.

Book a Demo

 ✔ No fees    ✔ No long-term contracts    ✔ Cancel anytime

**beagle**

Autopilot for Renters Insurance Compliance

473 Pine St Floor 5
San Francisco, CA 94104

support@beagleforpm.com

**Product**

Features

Resident Kit

Waiver Programs

FAQ

**Company**

Careers

**Resources**

Blog

Book a Demo

Beagle vs. Second Nature

Support

Nothing on this website is intended to act as a solicitation or offer for the purchase or sale of insurance in any state where it is forbidden.

These benefits to Association members should not be construed as an offer to provide insurance or construed as an insurance product in any state where it would be prohibited by law.

Member benefits are not available to residents; they can only be accessed by landlord Association members.

© 2025 Beagle. All rights reserved.

Privacy Policy     Terms of Service