Brian Procel (Cal. Bar No. 218657)
Brian@Procel-Law.com
Jeremiah Levine (Cal. Bar No. 288377)
Jeremiah@ProcelLevine.com
Marty Pritikin (Cal. Bar No. 210845)
Marty@Procel-Law.com
**PROCEL LEVINE LLP**
401 Wilshire Blvd, Fl 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538

*Attorneys for Defendant AppFolio, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**COUNTY OF SAN FRANCISCO**

| | |
|---|---|
| BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPFOLIO, INC., a California corporation, <br><br> Defendants. | Case No.  3:25-cv-10670-AMO <br><br> **APPFOLIO'S REQUEST FOR OPPORTUNITY TO OPPOSE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

On December 15, 2025, Plaintiffs filed an application for a temporary restraining order (the "TRO Application") without notice to Defendant. At a status conference that day, the Court requested that the parties each file briefs addressing venue by noon on Friday, December 19, 2025. In the event that the Court declines to transfer venue, Defendant seeks an opportunity to oppose Plaintiffs' TRO Application. Defendant respectfully requests to have until the end of Sunday, December 21, 2025, to file its opposition.

DATED this 19th day of December, 2025.

/s/
Brian Procel
Jeremiah Levine
Marty Pritikin
**PROCEL LEVINE, LLP**
401 Wilshire Blvd, Fl 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538

Attorneys for Plaintiff
AppFolio, Inc.

1