Brian Procel (Cal. Bar No. 218657)
Brian@Procel-Law.com
Jeremiah Levine (Cal. Bar No. 288377)
Jeremiah@ProcelLevine.com
Marty Pritikin (Cal. Bar No. 210845)
Marty@Procel-Law.com
**PROCEL LEVINE LLP**
401 Wilshire Blvd, Fl 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538

*Attorneys for Defendant AppFolio, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>APPFOLIO, INC., a California corporation,<br><br>        Defendants. | Case No. 2:25-cv-12248-JFW-SSC<br><br>**DECLARATION OF SEAN SAXENA IN SUPPORT OF APPFOLIO, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR AN EX PARTE TEMPORARY RESTRAINING ORDER; EXHIBITS A-D** |

1

## DECLARATION OF SEAN SAXENA

I, Sean Saxena, declare:

1.      I make this declaration in support of AppFolio, Inc.'s ("AppFolio's") Opposition To Plaintiffs' Motion For An Ex Parte Temporary Restraining Order, based on personal knowledge. If called as a witness, I could and would testify competently hereto.

## Background

2.      My job title is Senior Director, Insurance, for AppFolio. I have been employed by AppFolio for approximately 13 years.

3.      AppFolio Property Manager is a software platform that helps property management companies run their businesses. When a property manager subscribes to AppFolio Property Manager, they receive a database, which provides them with a wide range of services and functionality, including accounting, payments, tenant screening, insurance-related services, maintenance management, and more.

4.      In connection with these services, a property manager's database will contain a large amount of data. This data comes from a number of sources, including the property manager, their tenants, and service providers of both AppFolio and the property manager.

5.      To access AppFolio Property Manager, property managers must pay a monthly subscription fee. The software is not available to non-customers. To

emphasize that point, AppFolio does not permit the general public to access its platform or the data in any of its customers databases.

## Market Share

6.      As reflected in AppFolio's Investor Day presentation, attached hereto as **Exhibit A**, there are an estimated 52 million residential rental units in the United States. (Exh. A at 25.) [1] There are approximately nine million units AppFolio's platform. (Exh. A at 67.) While not all of those units are residential rentals, AppFolio's market share is no greater than 17% of the United States' 52 million residential rental units.

7.       We believe at least two competitors have a greater market share than AppFolio: RealPage, Inc. and Yardi Systems, Inc.

## Point Solutions

8.       AppFolio values its customers' ability to work with "Point Solutions" and offers them multiple methods of doing so. Point Solutions are companies that offer a particular service to property managers. Examples of Point Solutions include internet listing sites, tenant screening companies, debt

---

[1] I am a duly authorized custodian of records for AppFolio. I have authority to testify as to the authenticity of Exhibit A. Exhibit A, AppFolio's Investor Day presentation, is a record of regularly conducted activity, made and kept in the ordinary course of business, prepared by AppFolio employees with a business duty to record and report information accurately, and made near the time of the facts reflected therein.

collection agencies, maintenance management services, and more. These point solutions often compete with AppFolio's own offerings.

9. Any Point Solution is free to work with AppFolio's customers. And AppFolio's platform is structured to allow its customers to work with any Point Solution. There is no prohibition or penalty for doing so. And we have, in fact, worked hard to make working with Point Solutions easier.

10. AppFolio customers have four ways to work with Point Solutions. First, they can work with Point Solutions in our AppFolio Stack Marketplace. These are Point Solutions that we have vetted for security and performance, and with whom we have built dedicated integrations into our platform. Some of these Point Solutions compete directly with AppFolio.

11. Second, if a customer wishes to have an integration with a Point Solution that is not in our marketplace, they can use our Database API[2] offering to build a direct, secure link between the Solution Partner and their database. There are no restrictions on the Point Solutions property managers can connect to using this functionality.

12. Third, a customer can also use Scheduled Reports to share data with any Point Solution of their choice. This takes the customer approximately five minutes. Scheduled Reports allow the property manager to automate the data

[2] An API, or application programming interface, is an automated means for two computer programs to communicate.

4

sharing process and share almost any data in their database. This includes tenant rosters, unit identifiers, lease and billing information, and insurance compliance status (assuming this information is in their database). Attached as **Exhibit B**[3] is a true and correct copy of an example of a Scheduled Report from AppFolio's platform containing exactly this kind of information. Based on reviewing AppFolio's software, I know that Beagle already receives Scheduled Reports from at least one of its clients.

13.    Fourth, a customer can work with a Point Solution outside of AppFolio entirely. There is nothing that prohibits a customer from sharing the data they input into AppFolio (such as tenant rosters) with Point Solutions or other platforms. As expressly stated in our Terms and Conditions, our customers retain all right, title and interest in and to their data.

14.    AppFolio has an interest in determining the third parties who access its platform. The one thing all four methods have in common is that they are secure methods of sharing data and working with Point Solutions. None of these methods give the Point Solution direct access to the customers' database or the myriad of sensitive data and functionality contained therein.

---

[3] To avoid disclosing customer data, Exhibit A is a demonstrative example that shows how a scheduled report looks, not a scheduled report created by a real customer. Exhibit A is provided not for the substance of the data reflected therein, but rather only to illustrate the functionality of Scheduled Reports and the type of information they can contain, including tenant rosters, unit identifiers, lease and billing information, and insurance compliance status.

**AppFolio's Partners Impact Its Reputation**

15.     AppFolio is selective about the Point Solutions with whom it partners because their products, services, and overall conduct have a significant impact on AppFolio's reputation and operations. Because AppFolio's customers believe AppFolio should carefully vet its partners, bad experiences would lead to increased customer service volume and complaints and a negative impact to our brand reputation – all at substantial cost to AppFolio.

16.     As detailed in AppFolio's TRO Application from the Santa Barbara action, attached to this Opposition, Beagle is falsely telling AppFolio customers that it is a partner of AppFolio.

**AppFolio's Terms of Service**

17.     Attached as **Exhibit C** is a true and correct copy of the Terms of Service for AppFolio Property Manager that are available on our website. AppFolio offers three tiers of AppFolio Property Manager (Core, Plus, and Max) depending on the customers' needs. The Terms of Service are the same for each.

18.     These Terms of Service state that the user/customer "will retain all right, title and interest in and to your data." (Terms of Service, ¶ 1.4.)

19.     They state that "Third parties are not permitted to access or use the Services or any application programming interface we may make available to you without [AppFolio's] prior consent." (Terms of Service, ¶ 5.2).

20. And they further provide that AppFolio reserves the right "to disable or delete access to the Services and any application programming interface for any of your authorized users to enforce these Terms of Service or otherwise protect our interests." (Terms of Service, ¶ 5.2).

21. Each of these specific terms has been in effect since at least 2019. That is before AppFolio knew Beagle existed.

22. AppFolio does not permit the general public to access the data AppFolio aggregates.

23. There is nothing in AppFolio's Terms of Service that authorizes companies like Beagle to access AppFolio's platform without obtaining permission. In fact, it is prohibited.

**Beagle's Unauthorized Use of AppFolio's Platform**.

24. Despite having multiple secure methods of working with AppFolio's customers, and despite third-party account access being prohibited by the Terms of Service, Beagle convinces its AppFolio customers to give it user access to the customers' database. Such accounts are intended for the customers' employees.

25. As detailed above, the Terms of Service have (for approximately the last six years) prohibited third parties from having this type of access. With it, any Beagle employee (or ex-employee) with the password to the user account could use the AppFolio services in the customer's database. For example, Beagle personnel could charge residents for Beagle's services, send other payments, or

run background reports on people. The Beagle employee accessing the customer's account would also have direct access to all of the information that AppFolio has aggregated for its customer. Beagle personnel could steal residents' personal and financial information, access and alter the customer's bank information, and more, depending on the permission level. Needless to say, this presents substantial risk to the customer.

26. In other words, rather than pursue one of the secure (and permitted) methods of working with AppFolio customers, such as Scheduled Reports, Beagle convinces AppFolio users to give them *direct* access to their AppFolio database in violation of the Terms of Service and at considerable risk to the customer.

27. On December 9, 2025, AppFolio posted an in-app banner to its customers who use Beagle. It notified them that AppFolio would close Beagle's access to the customers' AppFolio databases. The banner stayed up until a user closed it. AppFolio also removed the banner on December 18, 2025.

## Beagle and AppFolio Do Not Have a Relationship

28. AppFolio has chosen to enforce its Terms of Service and remove the Beagle user-accounts from its customers' databases because:[4] (1) Beagle's access creates the substantial security risk detailed above; (2) Beagle's conduct in

---

[4] AppFolio is enforcing its Terms of Service against its customers, not Beagle. As detailed below, AppFolio has no relationship with Beagle of any kind.

falsely claiming it partners with AppFolio has raised considerable concern over its credibility and practices; (3) AppFolio has received numerous complaints from its customers about Beagle's services and sales tactics; (4) Beagle has tried to directly use AppFolio's customer support resources to perform its work for it; and (5) Beagle's actions and access create substantial reputational risk for AppFolio, particularly among those customers who wrongly believe Beagle is a parter of AppFolio's.

29.    To be clear: AppFolio has never partnered with Beagle. It has never entered into a contract with Beagle of any kind. And it has no intention to partner with Beagle in the future. It has never asked for permission to access AppFolio's application programming interface.[5] And Beagle has never paid or provided any consideration to access AppFolio's software.

30.    AppFolio has previously enforced its Terms of Service against other companies. AppFolio is not selectively enforcing them only against Beagle.

31.    Attached hereto as **Exhibit D** is a true and correct copy of an email received by AppFolio that purports to have been sent by Beagle CEO Michael Brown. The email bears Mr. Brown's name, title, and signature block and is from the domain @joinBeagle.com. The email was forwarded by an AppFolio

---

[5] To my knowledge, AppFolio had only introductory conversations with Beagle. Beagle shared no proprietary information. AppFolio declined to sign the NDA Beagle requested.

customer and the content responds to the content of AppFolio's email sent to Beagle about disabling Beagle's accounts.

I declare under penalty of perjury according to the laws of the State of California that the foregoing is true and correct and that this declaration was signed by me on December 26, 2025 in Goleta, California.

Sean Saxena