Exhibit A





# Agenda

| | | |
|---|---|---|
| **Welcome** | | **Bill Schroeder**<br>Vice President, Finance |
| Powering the Future of Real Estate: **AppFolio Vision & Strategy** | | **Shane Trigg**<br>President & Chief Executive Officer |
| Differentiate to Win: **AppFolio Solutions** | | **Kyle Triplett**<br>Sr. Vice President, Product |
| Deliver Performance Efficiently: **Go-to-Market Strategy** | | **Lisa Horner**<br>Chief Marketing Officer |
| **Break** | | |
| **Customer Panel** | | **Stacy Holden**<br>Vice President & Industry Principal |
| **Financial Overview** | | **Tim Eaton**<br>Chief Financial Officer |
| **Q&A** | | All |

Case 2:25-cv-12248-JFW-SSC    Document 33-4    Filed 12/29/25    Page 4 of 92    Page ID #:156

# Safe Harbor Statement and Other Information

This presentation contains forward-looking statements within the meaning of federal securities laws, which statements involve substantial risks and uncertainties. Forward-looking statements made in this presentation are based primarily on our current expectations and projections about future events and trends that we believe may affect our business, financial condition, operating results, and prospects. In some cases, you can identify forward-looking statements by the use of words such as "may," "will," "should," "might," "expect," "plan," "anticipate," "could," "intend," "target," "project," "contemplate," "believe," "estimate," "predict," "potential," or "continue," or the negative of these words or other similar terms or expressions that concern our expectations, strategy, plans, or intentions. Examples of forward-looking statements include, among others, statements made regarding product development plans, future product functionality or availability, future market conditions and size, growth in the size of our business and number of customers, strategic plans and objectives, business forecasts and plans, our future or assumed financial condition, ARPU potential, results of operations and liquidity, trends affecting our business and industry, the competitive environment, responding to customer needs, and capital resource allocation plans.

Further information on the above and other risks that could cause our actual results to differ materially from our current expectations and projections can be found in our Annual Report on Form 10-K filed for the year ended December 31, 2024 and in our other Securities and Exchange Commission ("SEC") filings, including our most recent Quarterly Report on Form 10-Q, which are available on our website at https://ir.appfolioinc.com/ or the SEC's website at www.sec.gov. We cannot guarantee that we will achieve the plans, intentions, or expectations disclosed in our forward-looking statements, and you should not place undue reliance on our forward-looking statements. Forward-looking statements represent our management's beliefs and assumptions only as of the date of this presentation.  Our forward-looking statements do not reflect the potential impact of any future acquisitions, mergers, dispositions, joint ventures, or investments we may make.  We undertake no obligation, and do not intend, to update these forward-looking statements, to review or confirm analysts' expectations, or to provide interim reports or updates on the progress of the current financial quarter.

The information in this presentation on new products, features, or functionality is intended solely to outline our general product direction. It is not a commitment to deliver any product, feature, or functionality; and our product direction may change at any time without notice. As such, the information may not be incorporated into any contract and purchases should not be contingent upon it.

Numbers in this presentation may be rounded for presentation purposes.

# Statement Regarding Use of Non-GAAP Financial Measures

This presentation includes information about non-GAAP operating margin (collectively the "non-GAAP financial measures"). Our non-GAAP financial measures may not provide information that is directly comparable to that provided by other companies in our industry, as other companies may calculate non-GAAP financial results differently. In addition, there are limitations in using non-GAAP financial measures because non-GAAP financial measures are not prepared in accordance with GAAP and can exclude expenses that may have a material impact on our reported financial results. As such, non-GAAP financial measures should not be considered in isolation from, or as a substitute for, financial information prepared in accordance with GAAP. A reconciliation of the historical non-GAAP financial measures to their most directly comparable GAAP measures has been provided in the tables above. We encourage investors to review the reconciliation of these historical non-GAAP financial measures to their most directly comparable GAAP financial measures.

We use non-GAAP financial measures internally to assess and compare operating results across reporting periods, for internal budgeting and forecasting purposes, and to evaluate our financial performance. We believe these adjustments also provide useful supplemental information to investors and facilitate the analysis of our operating results and comparison of operating results across reporting periods.

Non-GAAP operating margin is defined as income (loss) from operations, less stock-based compensation, amortization of stock-based compensation capitalized in software development, and other non-recurring items.





Case 2:25-cv-12248-JFW-SSC   Document 33-4   Filed 12/29/25   Page 8 of 92   Page ID #:160

# Transforming Our Performance: *Financial*



Revenue ($M): 2022 $472, 2025 $948*

Rev per Employee ($K): 2022 $264, 2025 $532**

Non-GAAP Op Margin: 2022 (1%), 2025 24%*

Operating Cash Flow ($M): 2022 $25, 2025 $177**

Operating Cash Flow Per Share: 2022 $0.72, 2025 $4.87**

\* 2025 represents the mid-point of 2025 annual guidance as reported on October 30, 2025. Non-GAAP operating margin is a non-GAAP financial measure. Refer to the Appendix for an explanation of non-GAAP financial measures, and why we believe these measures can be useful, as well as a reconciliation of non-GAAP financial measures to the most comparable GAAP measures, where applicable.
\*\* YTD 2025 results

Case 2:25-cv-12248-JFW-SSC    Document 33-4    Filed 12/29/25    Page 9 of 92    Page ID #:161





# AppFolio Powers Winning Businesses



"Moving to AppFolio was a seamless experience, which speaks volumes about the partnership. AppFolio's significant and ongoing investment in product development, along with their client-first support team, reinforces our confidence that Northpoint's residents and owners will continue to have the best experiences and outcomes."

**NORTHPOINT**

Adam Haleck
CEO
8,000 Units
Customer since 2024



# Awards & Accolades

Investor Meeting - November 18, 2025





# AppFolio Leadership Team



**Shane Trigg**
President and Chief Executive Officer
AppFolian Since 2020

**Tim Eaton**
Chief Financial Officer
AppFolian Since 2020

**Matthew Baird**
Chief Technology Officer
AppFolian Since 2022

**Elizabeth Barat**
Chief People Officer
AppFolian Since 2016





**Marcy Campbell**
Chief Revenue Officer
AppFolian Since 2024

**Lisa Horner**
Chief Marketing Officer
AppFolian Since 2014

**Kyle Triplett**
Sr. Vice President, Product
AppFolian Since 2019

**Evan Pickering**
Sr. Vice President, General Counsel
AppFolian Since 2018











# Legacy Systems Are Holding the Industry's Performance Back

Case 2:25-cv-12248-JFW-SSC    Document 33-4    Filed 12/29/25    Page 19 of 92    Page ID #:171



**The future of real estate has a name**

# Real Estate Performance Management



**Vision**

# To *power* the future of real estate.

2025 © AppFolio    Investor Meeting - November 18, 2025    appfolio

**Mission**

# To build the *platform* where real estate comes to do business.





Case 2:25-cv-12248-JFW-SSC    Document 33-4    Filed 12/29/25    Page 25 of 92    Page ID #:177



# Where We Play & How We Win

*10-Year Vision*











Case 2:25-cv-12248-JFW-SSC    Document 33-4    Filed 12/29/25    Page 31 of 92    Page
ID #:183



# Winning the System of Record



## Accounting

Advance our accounting capabilities to support upmarket portfolios.



## Mixed Portfolios

Broaden our coverage with expanded Affordable and Student Housing functionality.



## Permissions

Empower large customers through more granular controls and permissions.

## Reporting

Enhance reporting with increased flexibility and customization.

Case 2:25-cv-12248-JFW-SSC    Document 33-4    Filed 12/29/25    Page 32 of 92    Page ID #:184

Case 2:25-cv-12248-JFW-SSC    Document 33-4    Filed 12/29/25    Page 33 of 92    Page ID #:185

# Unified Data

The heart of every successful platform is data

Our ambition is to be the **system of record**, **action**, and **growth** for real estate, turning the data within our platform into structured intelligence that drives customer performance and strengthens our competitive advantage.

- ✅ Standardized
- ✅ Scalable
- ✅ Reliable

**Powered Initiatives**    AppFolio Stack    AppFolio Realm-X    Data & API Products



Case 2:25-cv-12248-JFW-SSC    Document 33-4    Filed 12/29/25    Page 34 of 92    Page ID #:186



**Property Manager**

# AppFolio Stack

Our customers' space to connect their data to the outside world

**4M+** Units Connected

**84** Partners

**8** Product Categories

Case 2:25-cv-12248-JFW-SSC    Document 33-4    Filed 12/29/25    Page 35 of 92    Page ID #:187

# AppFolio Stack in Realm-X Flows

Realm-X Flows will *trigger actions* in AppFolio Stack Apps to extend our System of Action



*New Templates*

*Existing*



Case 2:25-cv-12248-JFW-SSC    Document 33-4    Filed 12/29/25    Page 37 of 92    Page ID #:189

# The AppFolio Difference: *AI-Powered* Innovation



realm X

**Realm-X Assistant**

**Realm-X Messages**

**Realm-X Flows**

**Realm-X Performers**

**Bank Feed**

**Smart Bill Entry**

**Smart Budgeting**

**Leasing Descriptions**

**FolioGuard Smart Ensure**

**Leasing Signals**

appfoliorealm

# Real Performance with Realm-X





**10.3 Hours Saved Completing Tasks per User Each Week**[*]



**26 Seconds Saved for Every Message Created**[**]




**15+ Million Actions Automated in 2025**

\* Average from 2024 survey of 343 AppFolio Realm-X users
\*\* Estimated average from customer-usage data











# Resident Onboarding











# Our Brand Is a *Differentiator* for AppFolio



















Case 2:25-cv-12248-JFW-SSC    Document 33-4    Filed 12/29/25    Page 58 of 92    Page ID #:210

# Hello to our Customers!

   

   

**Rob Gayle**

**President**
Dream. Live. Prosper Communities

**Tony Julianelle**

**CEO, Partner**
Atlas Real Estate

**Josh Winch**

**President**
Focus Property Management

**Stacy Winship**

**Executive Vice President**
Fairgrove Property Management



# Rob Gayle

**President**

St. Augustine, FL

9,900 Units
Multifamily, Single Family, Commercial

+



**Customer Since 2017**

`Max`

**Investment Manager**
folioscreen
**Sites**
stack
**Payments**
folioguard
**Realm-X Flows, Assistant, Messages**
**Realm-X Maintenance Performer** Beta
**Collections**
**Premium Leads**
**Leasing Signals, Leasing CRM**

Case 2:25-cv-12248-JFW-SSC    Document 33-4    Filed 12/29/25    Page 60 of 92    Page ID #:212



# Tony Julianelle

**CEO, Partner**

Denver, CO

5,475 Units
Single-Family, Multifamily,
Build-to-Rent, Commercial

+

**a**

**Customer Since 2015**

Max    IM

folioscreen
**Sites**
**Payments**
folioguard
**Realm-X Flows, Assistant, Messages**
**Collections**
**Premium Leads**
**Automated AP**



# Josh Winch

**President**

Kaukauna, WI

6,161 Units
Multifamily, Single Family, Commercial

+

**Customer Since 2019**

**Plus**

folioscreen
**Sites**
**Payments**
folioguard
**Realm-X Flows, Assistant, Messages**
**Procurement**
**Collections**
**Premium Leads**

Case 2:25-cv-12248-JFW-SSC    Document 33-4    Filed 12/29/25    Page 61 of 92    Page ID #:213

Case 2:25-cv-12248-JFW-SSC   Document 33-4   Filed 12/29/25   Page 62 of 92   Page ID #:214



# Stacy Winship
**Executive Vice President**

Irvine, CA

9,080 Units
Multifamily, Single Family

+



**Customer Since 2018**

[ Max ]

folioscreen

**Sites**
**Payments**
**Realm-X Flows, Assistant, Messages**
**Realm-X Maintenance Performer** Beta
**Collections**
**Premium Leads**
**Leasing Signals, Leasing CRM**







Delivering *Shareholder* Value

**Financial Priorities**

**REVENUE GROWTH**
- Drive **unit growth** through new business and customer expansion
- Accelerate **premium tier** and **value added services** adoption
- Scale **resident** industry segment

**MARGIN EXPANSION**
- Prioritize **profitable** revenue growth
- Continued **operational discipline** across S&M, R&D, and G&A
- Invest in **highest-ROI** opportunities

**CAPITAL ALLOCATION**
- Prioritize **organic growth** while thoughtfully considering **inorganic opportunities**
- Maintain **financial flexibility** with appropriate liquidity
- Execute opportunistic **share repurchases** to drive long-term shareholder value

**Growing Operating Cash Flow Per Share**

* Operating Cash Flow is a GAAP metric. Operating cash flow per share defined as operating cash flow divided by diluted weighted average common shares outstanding.











Case 2:25-cv-12248-JFW-SSC   Document 33-4   Filed 12/29/25   Page 70 of 92   Page ID #:222





Case 2:25-cv-12248-JFW-SSC    Document 33-4    Filed 12/29/25    Page 73 of 92    Page ID #:225



Case 2:25-cv-12248-JFW-SSC   Document 33-4   Filed 12/29/25   Page 74 of 92   Page ID #:226





## *Optimizing*
## Cost of Revenue

Balancing product mix, COR operational efficiencies, and early scaling of profitable revenue growth

■ Non-GAAP COR

● Non-GAAP COR %

40.1%    37.4%    34.9%                35.7%

$278M                                 $251M
$232M
$189M

2022    2023    2024           YTD 2025*

* 2025 represents YTD Q3-2025 as reported on October 30, 2025. Non-GAAP operating margin is a non-GAAP financial measure. Refer to the Appendix for an explanation of non-GAAP financial measures, and why we believe these measures can be useful, as well as a reconciliation of non-GAAP financial measures to the most comparable GAAP measures, where applicable.















**Vision**

# To *power* the future of real estate.

   2025 © AppFolio   Investor Meeting - November 18, 2025   appfolio



Case 2:25-cv-12248-JFW-SSC   Document 33-4   Filed 12/29/25   Page 85 of 92   Page ID #:237

## Definitions of Measures and Metrics and Why They Matter

| METRIC NAME | DEFINITION | WHY IT MATTERS |
|---|---|---|
| ARPU | Annualized average revenue per unit. Recurring revenue (Core revenue + Value added services revenue) divided by average ending units under management for the specified period. | Provides insight into how much revenue recognized, on average, from each unit in a given period. |
| Customers | Customers which have an entitlement to an APM Core, Plus, or Max subscription at the end of the specified period. | Indicates our market penetration, the growth of our business, and our potential future business opportunities. |
| Non-GAAP Operating Margin | Operating margin is defined as income (loss) from operations, less stock-based compensation, amortization of stock-based compensation capitalized in software development, amortization of intangibles and other non-recurring items. | Serves as a non-GAAP financial measure of profitability. |
| Operating Cash Flow per Share | Operating cash flow per share is defined as operating cash flow divided by diluted weighted average common shares outstanding | Reflects the underlying economic engine of our business, encompassing our efforts to drive revenue growth and deliver non-GAAP operating margin improvement, while managing dilution. |
| Residential Units | Includes single-family, multi-family, student, and affordable rental units. | Demonstrates our market for AppFolio Property Management Solution products. |
| Community Associations Units | Includes condominium owners' associations who manage common structures with multiple units, such as apartments and townhomes and homeowner associations who oversee single-family homes in planned developments, usually made up of individual lots and homes. | Demonstrates our market for AppFolio Property Management Solution products. |
| Units | Number of ending units under management which have an entitlement to an APM Core, Plus or Max subscription at the end of the specified period. | Indicates our our market penetration, the growth of our business, and our potential future business opportunities. |
| Revenue Per Employee | Annualized average revenue per employee. Total revenue divided by ending full time equivalents for the specified period.  Expressed in thousands. | Measures workforce efficiency and demonstrates our ability to convert our people and their capital into revenue. |

appfolio

# GAAP to Non-GAAP *Reconciliation*

| OPERATING MARGIN | 2022 | 2023 | 2024 | YTD 2025 |
|---|---|---|---|---|
| GAAP income (loss) from operations as a percentage of revenue | (15.3%) | 0.2% | 17.1% | 15.6% |
| Stock-based compensation expense as a percentage of revenue | 8.7% | 8.4% | 7.6% | 7.9% |
| Amortization of stock-based compensation capitalized in software development costs as a percentage of revenue | 0.5% | 0.4% | 0.2% | 0.1% |
| Impairment, net as a percentage of revenue | 4.7% | — % | — % | — % |
| Amortization of purchased intangibles as a percentage of revenue | 0.9% | 0.4% | 0.3% | 1.1% |
| CEO separation costs payment as a percentage of revenue | — % | 1.9% | — % | — % |
| Gain on lease modification as a percentage of revenue | — % | (0.7%) | — % | — % |
| Severance payments for workforce reduction as a percentage of revenue | — % | 1.8% | — % | — % |
| **Non-GAAP operating margin as a percentage of revenue** | **(0.6%)** | **12.2%** | **25.2%** | **24.7%** |

2025 © AppFolio

Investor Meeting - November 18, 2025

appfolio

# GAAP to Non-GAAP *Reconciliation*

## COR

| EXPENSES | 2022 | 2023 | 2024 | YTD 2025 |
|---|---|---|---|---|
| GAAP COR expense as a percentage of revenue | 40.7% | 38.4% | 35.5% | 36.3% |
| Stock-based compensation expense as a percentage of revenue | (0.6%) | (0.6%) | (0.6%) | (0.6%) |
| Severance payments for workforce reduction as a percentage of revenue | — % | (0.3%) | — % | — % |
| **Non-GAAP COR expense as a percentage of revenue** | **40.1%** | **37.4%** | **34.9%** | **35.7%** |

# GAAP to Non-GAAP *Reconciliation*

## S&M

| OPERATING EXPENSES | 2022 | 2023 | 2024 | YTD 2025 |
|---|---|---|---|---|
| GAAP S&M expense as a percentage of revenue | 22.8% | 17.3% | 13.9% | 14.8% |
| Stock-based compensation expense as a percentage of revenue | (1.8%) | (1.0%) | (1.0%) | (1.3%) |
| Severance payments for workforce reduction as a percentage of revenue | — % | (0.5%) | — % | — % |
| **Non-GAAP S&M expense as a percentage of revenue** | **20.9%** | **15.8%** | **12.9%** | **13.4%** |

Investor Meeting - November 18, 2025

appfolio

# GAAP to Non-GAAP *Reconciliation*

## *R&D*

| OPERATING EXPENSES | 2022 | 2023 | 2024 | YTD 2025 |
|---|---|---|---|---|
| GAAP R&D expense as a percentage of revenue | 23.5% | 24.4% | 20.2% | 20.6% |
| Stock-based compensation expense as a percentage of revenue | (3.4%) | (3.4%) | (3.2%) | (3.4%) |
| Severance payments for workforce reduction as a percentage of revenue | — % | (0.4%) | — % | — % |
| **Non-GAAP R&D expense as a percentage of revenue** | **20.2%** | **20.6%** | **17.0%** | **17.1%** |

# GAAP to Non-GAAP *Reconciliation*

## G&A

| OPERATING EXPENSES | 2022 | 2023 | 2024 | YTD 2025 |
|---|---|---|---|---|
| GAAP G&A expense as a percentage of revenue | 21.4% | 15.1% | 10.8% | 10.4% |
| Stock-based compensation expense as a percentage of revenue | (2.9%) | (3.5%) | (2.8%) | (2.6%) |
| CEO separation costs payment as a percentage of revenue | — % | (1.9%) | — % | — % |
| Gain on lease modification as a percentage of revenue | — % | 0.7% | — % | — % |
| Severance payments for workforce reduction as a percentage of revenue | — % | (0.3%) | — % | — % |
| Impairment, net as a percentage of revenue | (4.7%) | — % | — % | — % |
| **Non-GAAP G&A expense as a percentage of revenue** | **13.8%** | **10.1%** | **8.0%** | **7.8%** |

# GAAP to Non-GAAP *Reconciliation*

## *D&A*

| OPERATING EXPENSES | 2022 | 2023 | 2024 | YTD 2025 |
|---|---|---|---|---|
| GAAP D&A expense as a percentage of revenue | 7.0% | 4.7% | 2.5% | 2.5% |
| Amortization of stock-based compensation capitalized in software development costs as a percentage of revenue | (0.5%) | (0.4%) | (0.2%) | (0.1%) |
| Amortization of purchased intangibles as a percentage of revenue | (0.9%) | (0.4%) | (0.3%) | (1.1%) |
| **Non-GAAP D&A expense as a percentage of revenue** | **5.6%** | **3.9%** | **2.0%** | **1.3%** |

Investor Meeting - November 18, 2025

appfolio

# Operating Cash Flow Per Share *Reconciliation*

| OPERATING CASH FLOW PER SHARE | 2022 | 2023 | 2024 | YTD 2025 |
|---|---|---|---|---|
| GAAP net cash provided by operating activities | $25.4M | $60.3M | $188.2M | $177.1M |
| Diluted Weighted Average Shares Outstanding | 35.0M | 36.4M | 36.8M | 36.4M |
| **Operating cash flow per share** | **$0.72** | **$1.66** | **$5.12** | **$4.87** |