Exhibit B

## December 2025 Tenant Insurance Tracking

**Tenants:** All

**Tenant Status:** Future and Current

**Tenant Type:** All

**Entities:** Active Properties

| Property | Unit | Tenant | Status | Insurance Expiration | Insurance Policy Number | Insurance Provider | Move-in | Lease To | Rent | Lease From |
|---|---|---|---|---|---|---|---|---|---|---|
| Sunrise Apartments - 777 6th Ave San Diego, CA 92101 | c | Hamilton, Amanda | Current | 12/09/2026 | 684736262 | Liberty Mutual | 12/21/2025 | 12/20/2026 | 2,495.00 | 12/21/2025 |
| 576 Grace Way - 576 Grace Way Santa Barbara, CA 93101 | 2 | Peters, Sam | Current | 12/09/2026 | 2345346345690 | State Farm | 12/15/2025 | 12/14/2026 | 1,000.00 | 12/15/2025 |
| 2696 T.Authority - 2696 Via Costina San Diego, CA 92173 | 2696 T.Authority | Myers, Sally | Current | 12/09/2026 | 2345723471 | Travelers | 12/15/2025 | 12/14/2026 | 2,400.00 | 12/15/2025 |
| Danjur Luxury Towers - 1669 Danjur Street San Diego, CA 92129 | 1006 | Evans, Brad | Current | 12/06/2026 | 34235066322 | Geico | 12/09/2025 | 12/31/2026 | 2,400.00 | 12/09/2025 |
| 104 Micheltorena - 104 Micheltorena Dr. Santa Barbara, CA 93101 | 104 Micheltorena | Smith, Jessica | Current | 12/01/2026 | 1234506932 | AAA | 12/03/2025 | 12/31/2026 | 1,500.00 | 12/03/2025 |
| Levi's Stadium - 4900 Marie P DeBartolo Way Santa Clara, CA 95054 | Sec 129 | Willis, Patrick | Current | 12/17/2025 | 555322q2345 | Geico | 09/01/2019 | 08/13/2026 | 800.00 | 09/01/2019 |
| Danjur Luxury Towers - 1669 Danjur Street San Diego, CA 92129 | 206 | Ross, Bob | Current | 12/05/2025 | er6w56734777 | USAA | 08/01/2019 | 07/31/2021 | 1,900.00 | 08/01/2019 |
| Danjur Luxury Towers - 1669 Danjur Street San Diego, CA 92129 | 105 | Castler, Cass | Current | 12/01/2025 | 345346e4574578 | Lemonade | 07/01/2019 | 01/31/2020 | 1,850.00 | 02/01/2019 |
| 453 Niagara - 453 Niagara St. Santa Barbara, CA 93101 | 453 Niagara | Hicks, Gregory | Current | 12/20/2025 | 552wry7w3r45t7 | AAA | 05/01/2014 | 04/09/2027 | 3,000.00 | 05/01/2014 |
| Danjur Luxury Towers - 1669 Danjur Street San Diego, CA 92129 | 1108 | Ramsey, Lauren | Current | 12/30/2025 | a435234677 | Assurant | 07/01/2010 | 06/04/2026 | 3,400.00 | 07/01/2010 |
| Figi Apartments - 4342 W San Ysidro Blvd San Diego, CA 92173 | 4 | Jersey, Albert | Current | 12/12/2025 | 523123451236 | AAA | 04/01/2009 | 08/13/2026 | 1,250.00 | 04/01/2009 |

**Total**