Exhibit D

On Tue, Dec 9, 2025 at 8:05 PM Mike T. Brown <mtb@joinbeagle.com> wrote:
Hi AJ,

I wanted to quickly and personally address AppFolio's recent email about Beagle.

Our entire model is **built on positively disrupting the status quo** in a way that's better for property managers - more protection, more control, and more revenue. We are **committed to accurate representation, strict data protection, and responsible access.**

While AppFolio's message listed things a user *could* technically do in your account, we have **never** used access for anything outside of administering your compliance and protection program as instructed by you.

Here's what really matters:

1. **Our access was standard vendor access.**
   - The permissions we used (user logins to view data and help administer your program) are very common for vendors supporting AppFolio customers.
   - We only accessed what you explicitly allowed us to, to run compliance and protection programs on your behalf.  See our Appfolio Data Access Statement here

2. **AppFolio is protecting its own product, not pointing out a problem with your setup.**
   - AppFolio has its own resident insurance product (Folioguard/SmartEnsure) with fixed limits and economics they control as a broker to a 3rd party carrier.
   - **Beagle is different:** you're working directly with the carrier, in partnership, with **better economics, more flexible protection options, and higher upside for your portfolio.**

3. **The "fix" is simple and already in motion.**
   - We can **continue to run your Beagle program using scheduled reports** from AppFolio instead of direct logins if you prefer. Appfolio has explicitly indicated in their email that these are ok.
   - In many cases, those reports are already set up - we just need to confirm they stay active.

**To make sure there's no lapse in your protections or revenue, your account manager (cc'd) will be reaching out to you directly via phone call and email to review your AppFolio setup and confirm the updated process.**

**Lastly, we'd love to send you a gift of appreciation for any confusion or concern this may have caused.**
Your account manager will arrange this when they reach out.

Thank you for your continued partnership,

--

**Mike T. Brown**
Chief Executive Officer

logo

(832) 489-3247

mtb@joinbeagle.com

joinbeagle.com

button

Salt Lake City | Atlanta