Brian Procel (Cal. Bar No. 218657)
Brian@Procel-Law.com
Jeremiah Levine (Cal. Bar No. 288377)
Jeremiah@ProcelLevine.com
Marty Pritikin (Cal. Bar No. 210845)
Marty@Procel-Law.com
**PROCEL LEVINE LLP**
401 Wilshire Blvd, Fl 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538

*Attorneys for Defendant*
*AppFolio, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>APPFOLIO, INC., a California corporation,<br><br>    Defendants. | Case No.  2:25-cv-12248-JFW-SSC<br><br>**DECLARATION OF NATE DELAGE IN SUPPORT OF APPFOLIO, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR AN EX PARTE TEMPORARY RESTRAINING ORDER; EXHIBIT A** |

## DECLARATION OF NATE DELAGE

I, Nathaniel Delage, declare:

1. I make this declaration in support of AppFolio, Inc.'s ("AppFolio's") Opposition To Plaintiffs' Motion For An Ex Parte Temporary Restraining Order, based on personal knowledge. If called as a witness, I could and would testify competently hereto.

2. My job title is Director, Software Engineering, for AppFolio. I have been employed by AppFolio for approximately seven years and eleven months.

3. On December 9, 2025, AppFolio announced that it would shut down Plaintiffs' ("Beagle's") user accounts in AppFolio's customers' databases. I investigated Beagle's activity in AppFolio since that announcement. As detailed below, Beagle has changed the identifiers on approximately 60 of its user accounts to try to prevent AppFolio from finding and disabling Beagle's access.

### AppFolio's Database Security and Records

4. AppFolio offers a software platform for property managers called AppFolio Property Manager. When a property manager subscribes to AppFolio Property Manager, they receive a database that serves, among other things, as the system of record for their business.

5. The data and capabilities within a property manager's database are extremely sensitive. These include personally identifiable information about the property manager's residents, access to the property manager's bank accounts, and more. To keep that information secure, AppFolio maintains strict data isolation: each customer's data is stored in a unique database.

6.      Within their database, property managers can create user accounts to give their employees access. For example, if a property manager has a staff-member who monitors rent payments through AppFolio, the property manager can create an account for that staff member to access the database and perform that function. Only the property manager (including its employees) is intended to have user-access to the property manager's database. The Terms of Service, in fact, prohibit the property manager from providing user-access to third parties without AppFolio's permission.[1] (See Saxena Decl. Exh. C.)

7.      For security and auditing purposes, user accounts are assigned a permanent, unique identifier (User ID).

### Initial Investigation into Beagle Access

8.      Following customer reports that Beagle was asking AppFolio users to create user accounts for its employees, we began to investigate Beagle's access to and activities in our customer's databases. This investigation included queries of the user information contained within the property managers' database and the user actions stored within the data logs.

9.      We began by scanning property manager databases for user accounts with email addresses containing keywords like "beagle." This search returned users with email addresses such as reports@beagleforpm.com. Once we identified these user accounts, we conducted further analysis to identify additional Beagle user accounts based on the pattern of actions the user account takes within a customer's database.

---

[1] Section 5.2 of the Terms of Service (Authorized Users) states: "Third parties are not permitted to access or use the Services or any application programming interface we may make available to you without our prior consent."

10. Through this analysis, we identified Beagle user accounts in over one hundred of our customers' databases. All of those accounts are in violation of AppFolio's Terms of Service.

### AppFolio's Response and Agreement to Wait

11. On December 9, 2025, AppFolio informed only its customers who use Beagle that, consistent with our Terms of Service, we would disable our customers' Beagle user accounts on December 16, 2025. On December 15, 2025, AppFolio agreed not to disable those accounts until December 23, 2025.

### Beagle's Efforts to Hide its User Access

12. On December 16, 2025, the day after AppFolio agreed to delay disabling customers' Beagle user accounts, we noticed a previously identified Beagle user account was missing from a customer's user list.

13. We queried the customer's AppFolio database. This revealed that the account had not, in fact, been removed. It still existed in the database, only the email address had been changed from reports@beagleforpm.com to support@portfoliopm.cc. In other words, *the Beagleforpm.com email domain—the way AppFolio can most easily identify Beagle accounts in order to close them—had been changed.*

14. Typically, changes to the email address associated with a user account are made by the user themselves. To confirm that was the case here – that Beagle had changed the email address – we reviewed the User Account Audit Logs and Server Access Logs. These showed, conclusively, that Beagle (not the customer) had changed the email address to support@portfoliopm.cc.

15. Following this discovery, we queried all customer databases for previously identified Beagle User IDs. This search identified *sixty Beagle user accounts with new email addresses, using eight different domain names.*[2] These domain names are largely generic and are, on their own, untraceable to Beagle. The domains are:

- pmportfolio.cc
- portfolioanalysis.cc
- portfolioreview.cc
- portfoliopm.cc
- fortwaynegroup.cc
- scheduledreports.info
- residentliability.com
- gmail.com

16. Each of these sixty user accounts changed their email address on or after December 9, 2025, the day AppFolio announced that it would soon disable Beagle accounts. And fifty-seven of the user accounts changed their email address on or after December 15, 2025, the day AppFolio agreed to delay their disablement. In other words, *during the period in which AppFolio agreed to delay closing Beagle's accounts, Beagle tried to hide itself in AppFolio's system.*

---

[2] We have completed time-consuming forensic reviews on nineteen of these user accounts and have confirmed that for all nineteen, the Beagle user (not the property manager) changed the email address. I am confident the remaining forty-one will show the same.

5

17.     We also conducted a domain registration analysis, which showed that seven of the eight new domain names were created on or after AppFolio agreed to delay disablement (gmail.com being the exception). The only conclusion I can draw from this is that Beagle created and used generic domain names for the specific purpose of concealing their presence and activity within our customers' databases.

18.     If the customers' user accounts did not have a permanent User ID, and had we not already associated those User IDs with Beagle, we would not have been able to connect these generic email addresses to Beagle. Once Beagle becomes aware of this capability, I am concerned that they will find new ways to hide their accounts and activity within our customers' databases.

### **Security Risks**

19.     The changes to the email addresses also highlight one of the inherent risks in the manner Beagle accesses our customers' databases. As mentioned above, the database is designed so the customer can assign an individual user account to each of its individual employees. Those employees then have their own account, with their own password, and all of their individual actions are logged in the system. And when the employee leaves, the customer can simply delete the user accounts – permanently removing the former employee's access. The same is not true of Beagle's access.

20.     Because the customer creates only one user account for Beagle, every Beagle employee accessing the customers' database shares that one user account. This presents multiple security risks.

6

21. First, by sharing one user account, actions taken by Beagle employees in the database are not traceable to any individual employee. This allows any bad-actor employee to act with anonymity, knowing their actions can only be tied to the shared user account – not them specifically.

22. Second, because Beagle employees share the one user account, they must also share the user account's password. This violates a base principle of cyber security and creates significant opportunity for compromised access to the database. For example, if a Beagle employee knows the shared password, and leaves the company, they could still use the shared user account to access the customer's database. And because the user account is not tied to the individual, it would not be immediately clear that anyone had improper access.

23. In either case, the bad actor could undertake any number of harmful actions, such as stealing resident's Personally Identifiable Information or accessing the customers' bank accounts, all while remaining anonymous in the system. This risk is increased by the elevated permissions Beagle persuades customers to give it (which include write access to customer accounting records).

24. This security risk is one of the many reasons our Terms of Service do not permit third parties to have user access to our customer accounts: it breaks the security structures we work so hard to create. We, instead, offer other *secure* methods for our customers to share their data and integrate with third parties of their choice.

### Beagle's Standard Use of AppFolio's System

25. One of the features of AppFolio Property Manager is that a property manager can use the platform to charge its residents for rent or additional

7

services. When Beagle obtains log-in credentials for a property manager's AppFolio database, Beagle sometimes uses AppFolio's functionality to issue residents charges for Beagle's products. Attached as Exhibit A is a true and correct copy of an activity log showing the use of AppFolio to issue charges to a property manager's resident for Beagle's products. This activity log is recorded contemporaneously and maintained in the regular course of business.[3]

///

---

[3] I am a duly authorized custodian of records for AppFolio. I have authority to testify as to the authenticity of Exhibit A.

26.     When AppFolio disables a customer's Beagle user account, property managers will still be able to use AppFolio to charge residents for Beagle products.  And if in the future Beagle recruits property managers who use AppFolio, those shared customers will still be able to use AppFolio to charge for Beagle's services. After Beagle's accounts on AppFolio's platform are closed, the only difference regarding payment will be that Beagle itself will not be able to log in to the property manager's AppFolio account and set up the billing.

I declare under penalty of perjury according to the laws of the State of California  and the United States of America that the foregoing is true and correct and that this declaration was signed by me on December 26, 2025 in San Diego, California.

_____

Nathaniel Delage

9

services. When Beagle obtains log-in credentials for a property manager's AppFolio database, Beagle sometimes uses AppFolio's functionality to issue residents charges for Beagle's products. Attached as Exhibit A is a true and correct copy of an activity log showing the use of AppFolio to issue charges to a property manager's resident for Beagle's products. This activity log is recorded contemporaneously and maintained in the regular course of business.[3]

26.    When AppFolio disables a customer's Beagle user account, property managers will still be able to use AppFolio to charge residents for Beagle products.  And if in the future Beagle recruits property managers who use AppFolio, those shared customers will still be able to use AppFolio to charge for Beagle's services. After Beagle's accounts on AppFolio's platform are closed, the only difference regarding payment will be that Beagle itself will not be able to log in to the property manager's AppFolio account and set up the billing.

I declare under penalty of perjury according to the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was signed by me on December 29, 2025 in San Diego, California.

Nathaniel Delage

---

[3] I am a duly authorized custodian of records for AppFolio. I have authority to testify as to the authenticity of Exhibit A.

8