**GREENBERG TRAURIG, LLP**
Michael Burshteyn (SBN 295320)
Marcelo Barros (SBN 339069)
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Michael.Burshteyn@gtlaw.com
Marcelo.Barros@gtlaw.com

Jake Evans (*pro hac vice*)
Jordana R. Sternberg (*pro hac vice*)
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: 678.553.2100
Jake.Evans@gtlaw.com
Jordana.Sternberg@gtlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,

Plaintiffs,

v.

APPFOLIO, INC., a California corporation,

Defendant.

CASE NO. 2:25-cv-12248-JFW-SSC

**PLAINTIFFS' NOTICE OF MOTION FOR RECONSIDERATION OF DENIAL OF ORDER DENYING TRO AND OSC PRELIMINARY INJUNCTION RE ECF NO. 39**

*[Motion for Reconsideration, Declaration of Anthony D'Angelo, and Declaration of Ayanga Okpokowuruk filed concurrently herewith]*

| | |
|---|---|
| Date: | February 23, 2026 |
| Time: | 1:30 p.m. |
| Location: | Courtroom 7A, 7th Floor |
| Judge: | Hon. John F. Walter |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:** Please take notice that on February 23, 2026 at 1:30 p.m., in the Courtroom of the Honorable John F. Walter, United States District Court for the Central District of California, First Street U.S. Courthouse, Los Angeles, California, Courtroom 7A, 7th Floor, Plaintiffs Beagle Labs, Inc., Beagle Technologies, Inc., Big Beagle, Inc., Rental Property Managers Association LLC, and Yrig Retention Group, Inc. (collectively, "Beagle") will move for reconsideration of the Court's January 7, 2026 Order denying Plaintiffs' Motion for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction [ECF. No. 39] (the "Order"). Beagle makes this motion on the grounds that new facts have emerged since the Order around AppFolio beginning to implement its blocking of Beagle from the AppFolio platform without functioning alternative access, as well as the growing harms caused by AppFolio's disparaging statements. Beagle accordingly respectfully requests the Court reconsider holding an evidentiary hearing on Beagle's preliminary injunction motion.

This reconsideration motion is based on this Notice of Motion and Motion, the accompanying declarations, arguments of counsel, and the papers, records, and pleadings on file in this matter.

DATED: January 21, 2026 Respectfully Submitted,

By: */s/ Michael Burshteyn*

**GREENBERG TRAURIG, LLP**

*Attorneys for Plaintiffs*