Exhibit A

appfolio

**Matthew Kaddatz <matthew.kaddatz@appfolio.com>**

---

## Notification from AppFolio

1 message

---

**Account Security** <account.security@appfolio.com> Tue, Dec 9, 2025 at 2:06 PM
To: support@beagleforpm.com

Hi Beagle team,

We are reaching out to inform you that **all Beagle-associated user accounts in AppFolio customer databases will be disabled on December 16, 2025**. This action is necessary to uphold the security and integrity of our platform and to ensure compliance with AppFolio's terms of service.

AppFolio is committed to protecting our customers and delivering a safe, high-quality user experience. We support our customers' ability to choose the providers they work with, and access must occur through compliant, secure channels.

To support customers who wish to continue using your services, **you can offer multiple secure methods, including scheduled reports** from AppFolio. These methods ensure data security, maintain compliance, and provide a safe framework for third-party collaboration.

We have notified our customers of this action this morning (December 9th) and provided guidance for how they can continue to utilize your service in a method that is compliant with our terms of service and does not create a security risk.

If you have questions about compliant access paths or need clarification on transition steps, we are happy to provide additional guidance.

Thank you,
AppFolio