**GREENBERG TRAURIG, LLP**
Michael Burshteyn (SBN 295320)
Marcelo Barros (SBN 339069)
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Facsimile: 415.707.2010
Michael.Burshteyn@gtlaw.com
Marcelo.Barros@gtlaw.com

Jake Evans (*pro hac vice*)
Jordana R. Sternberg (*pro hac vice*)
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: 678.553.2100
Jake.Evans@gtlaw.com
Jordana.Sternberg@gtlaw.com

*Attorneys for Plaintiffs Beagle Labs, Inc., Beagle Technologies, Inc., Big Beagle, Inc., Rental Property Managers Association LLC, and YRIG Risk Retention Group, Inc.*

**UNITED SATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,,

Plaintiffs,

v.

APPFOLIO, INC. a California corporation,

Defendant.

CASE NO. 2:25-cv-12248-JFW-SSC

**DECLARATION OF AYANGA OKPOKOWURUK IN SUPPORT OF RECONSIDERATION RE DKT 39**

I, Ayanga Okpokowuruk, declare as follows:

1. I am an engineer employed by Beagle. I have been responsible for system integrations, data workflows, and engineering support for Beagle's services involving the AppFolio platform. I have personal knowledge of the facts below.

2. Beagle's services require write-access and bi-directional interaction with customer data inside AppFolio, including the ability to (a) create or update records, (b) remediate compliance issues, (c) validate and correct entries, (d) execute workflow logic, and (e) initiate processes triggered by data changes. These functions cannot be performed through passive receipt of static data exports (i.e., via read-only capabilities).

3. In January, I was tasked of conducting engineering evaluations and implementation attempts using the "Scheduled Reports" functionality. My evaluation shows that AppFolio's Scheduled Reports (a) only deliver periodic data snapshots, (b) contain no write-capable endpoints, and (c) are not real-time. From an engineering perspective, these limitations make it impossible to support any of Beagle's required service workflows as the Scheduled Reports are read-only and cannot serve as a functional replacement for direct platform access.

4. I also attempted to evaluate AppFolio's API. I discovered that (a) the API is not available to most of the relevant customer base because it is restricted to enterprise-tier accounts; and (b) my understanding based on the limited information I'm able to review without AppFolio's cooperation is that the API would not permit the type of operations Beagle needs. The development of endpoints requires AppFolio's assistance and cooperation.

5. The Scheduled Reports and the Database API do not allow Beagle to fix errors, remediate compliance issues, or make required data updates because these avenues offer only static reports or read-only endpoints. In technical terms, AppFolio's proposed substitutes are not substitutes at all.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 21, 2026, in Atlanta, Georgia.



______________________________

Ayanga Okpokowuruk