Brian Procel (Cal. Bar No. 218657)
Brian@Procel-Law.com
Jeremiah Levine (Cal. Bar No. 288377)
Jeremiah@ProcelLevine.com
Marty Pritikin (Cal. Bar No. 210845)
Marty@Procel-Law.com
**PROCEL LEVINE LLP**
401 Wilshire Blvd, Fl 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538

*Attorneys for Defendant AppFolio, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPFOLIO, INC., a California corporation,<br><br>Defendants. | Case No.  25-cv-12248-JFW-SSC<br><br>**DECLARATION OF SEAN SAXENA IN SUPPORT OF APPFOLIO, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER DENYING TRO AND OSC RE PRELIMINARY INJUNCTION** |

1

## DECLARATION OF SEAN SAXENA

I, Sean Saxena, declare:

1.      I make this declaration in support of AppFolio, Inc.'s ("AppFolio's") Opposition To Plaintiffs' Motion for Reconsideration of Order Denying TRO and OSC re Preliminary Injunction. If called as a witness, I could and would testify competently hereto.

2.      My job title is Senior Director, Insurance, for AppFolio. I have been employed by AppFolio for approximately 13 years.

3.      On December 9, 2025, AppFolio notified its customers with Beagle user accounts that AppFolio intended to disable the noncompliant access. (Dkt. 4-5 Exh. C.)

4.      Also on December 9, 2025, AppFolio sent an email to Beagle stating that if Beagle had "questions about compliant access paths or need[s] clarification on transition steps, we are happy to provide additional guidance."[1] Beagle never responded. Attached as Exhibit A is a true and correct copy of that email.

5.      On or about January 7, 2026, the Court denied Beagle's motion for a temporary restraining order in this matter. (Dkt. 39 at 6.)

6.      On or about January 9, 2026, Beagle's parent company, Corgi Insurance, announced on LinkedIn that it had raised $108 million in funding. Corgi

---

[1] I make this statement not for the truth of the matter asserted, but to demonstrate notice to Beagle.

2

said that it was valued at $630 million, based in part on its $40 million in annual recurring revenue.[2]

7.    Beagle issued a press release, on August 6, 2025, confirming that "Corgi Insurance" is "the parent company behind Beagle."[3]

I declare under penalty of perjury according to the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was signed by me on February 2, 2026, in Goleta, California.

_____
Sean Saxena

---

[2] I make this statement not for the truth of Corgi's statement, but for the fact that Corgi made it.

[3] The press release is available at: https://www.prnewswire.com/news-releases/entrata-co-founder-johnny-hanna-joins-beagle-as-president-to-drive-expansion-302523573.html