**GREENBERG TRAURIG, LLP**
Michael Burshteyn (SBN 295320)
Marcelo Barros (SBN 339069)
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Michael.Burshteyn@gtlaw.com
Marcelo.Barros@gtlaw.com

Jake Evans (*pro hac vice*)
Jake.Evans@gtlaw.com
Jordana R. Sternberg (*pro hac vice*)
Jordana.Sternberg@gtlaw.com
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: 678.553.2100

*Attorneys for Plaintiffs Beagle Labs, Inc., Beagle Technologies, Inc., Big Beagle, Inc., Rental Property Managers Association LLC, and YRIG Risk Retention Group, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>APPFOLIO, INC. a California corporation,<br><br>     Defendant. | CASE NO. 2:25-cv-12248-JFW-SSC<br><br>**DECLARATION OF MARCELO BARROS IN SUPPORT OF REPLY TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF DENIAL OF ORDER DENYING TRO AND OSC PRELIMINARY INJUNCTION RE DKT. 39** |

DECLARATION OF MARCELO BARROS IN SUPPORT OF REPLY TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF DENIAL OF ORDER DENYING TRO AND OSC PRELIMINARY INJUNCTION RE DKT. 39

## DECLARATION OF MARCELO BARROS

I, Marcelos Barros, declare as follows:

1.     I am an attorney at law with the law firm Greenberg Traurig, LLP ("GT"), counsel of record for Plaintiffs in the above-captioned matter.  I make this declaration in support of Plaintiffs' Reply To Plaintiffs' Motion For Reconsideration of Denial of Order Denying TRO And OSC Preliminary Injunction re DKT. 39.  Except where indicated on information and belief, the matters set forth herein are based upon my personal knowledge. If called as a witness, I could and would testify competently to the facts stated.

2.     On January 30, 2026, Counsel for Appfolio finally responded to Beagle's letter dated January 14, 2026. A true and correct copy attached as **Exhibit 1.**

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. This declaration was executed on this 9th day of March 2026 in Albany, California.

_\_\_/s/ Marcelo Barros_____
Marcelo Barros

**DECLARATION OF MARCELO BARROS IN SUPPORT OF REPLY TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF DENIAL OF ORDER DENYING TRO AND OSC PRELIMINARY INJUNCTION RE DKT. 39**

# EXHIBIT 1

**PROCE LEVINE**

401 Wilshire Boulevard
12th Floor
Santa Monica, CA 90401
(424) 788-4538

January 30, 2026

Dear Counsel:

As our client stated in its letter to Beagle on or about December 9, 2025, AppFolio is ready and willing to help Beagle understand how its customers can use AppFolio's platform to work with Beagle.

While the timing and tenor of your January 14, 2026, letter—as well as your client's disregard for our prior outreach and continued attempts to obtain noncompliant user access—suggest your letter is a litigation tactic, AppFolio will nevertheless respond in earnest, in the hopes that it aids our clients' mutual customers.[1] The information you requested on AppFolio Stack and Database API is below.

**AppFolio Stack Marketplace**
Your letter asks how Beagle can "move forward" within the AppFolio's Stack Marketplace. As explained in our prior briefing, Stack is strictly limited to vetted partners and, while Beagle is welcome to apply, trust is part of any partnership decision. Beagle's dishonest and unethical conduct, as detailed in our filings, undermines that trust.

**AppFolio Database API**
Database API, in turn, allows customers to work with third parties with whom AppFolio has no partnership or integration. Using Database API, customers can directly establish API connections to any third parties they choose. In doing so, customers generally work directly with the third party, without our involvement. Nevertheless, we have attached both our Help Center article on Database API[2] and the most recent API documentation. Customers can provide you with updated documentation as it is released.

AppFolio remains committed to supporting its customers' choice to work with third-party tools — including Beagle — through the appropriate, authorized channels. We trust this information

---

[1] Because AppFolio is focused on helping our mutual customers, rather than building a record for litigation, we have responded only to your client's request for information; the other matters can be addressed in our respective filings to the Court.

[2] Please note, our Help Center articles are confidential and available only to our customers. We have chosen to share this individual article to assist you in supporting our mutual customers.

**PROCE[L]EVINE**

401 Wilshire Boulevard
12th Floor
Santa Monica, CA 90401
(424) 788-4538

addresses your client's questions regarding Stack and Database API.[3]


Sincerely,

*Jeremiah Levine*

Jeremiah Levine

---

[3] Since no questions were raised regarding Scheduled Reports, we assume Beagle has the information it requires. We also reiterate that our Terms of Service prohibit our customers from granting Beagle user-access and allow AppFolio to disable such access when it occurs. *Beagle's conduct in continuing to establish and/or conceal unauthorized user accounts continues to interfere with our contractual rights.*