# EXHIBIT A

beagle | FOX & HOUND REALTY

EN | ES

# Insurance Verification - [redacted]

Your lease requires renters insurance. Let's get you covered.

You can either upload your own renters insurance policy or be automatically covered through Beagle — a simple, built-in way to meet your lease requirement.

**Already have renters insurance?**

Submit your 3rd party policy to our AI verification system here.

## Beagle Program:

### Tenant Liability Waiver

**Tenant Liability Waiver - 100k + 10k content** **$20 / month**

100k liability + $10,000 in personal property coverage

---

### Program Details

# My Program

[redacted]

See the renter protections and services that you have access to. To see exactly what program you are enrolled in, please refer to your lease.

Loading embedded content from external source

---

Thank you! If you wish to be enrolled under Beagle no further action is needed.

## Questions?



PHONE
309-250-4236

EMAIL
jack@beagleforpm.com

---

For more information, visit us at

beagleforpms.com

**Invitation from an unknown sender: [redacted] - Roll Out @ Tue Feb 10, 2026 4pm - 4:45pm (EST) (j[redacted])**

1 message

**Trevor Hanson** <trevor@beagleforpm.com> Fri, Feb 6, 2026 at 3:04 PM
Reply-To: Trevor Hanson <trevor@beagleforpm.com>
To[redacted]

**This event isn't in your calendar yet**
You haven't interacted with trevor@beagleforpm.com before. Do you want to automatically add this and future invitations from them to your calendar?
**Add to calendar**

Join with Google Meet

**Meeting link**
meet.google.com/qpf-wrcd-mxo

**Join by phone**
(US) +1 929-276-0438
PIN: 727439162

More phone numbers

**When**
Tuesday Feb 10, 2026 · 4pm – 4:45pm (Eastern Time - New York)

**Guests**
Trevor Hanson - organizer
Nithin
[redacted]
**View all guest info**

**Reply** for [redacted]

Yes | No | Maybe | More options

Invitation from Google Calendar

You are receiving this email because you are subscribed to calendar notifications. To stop receiving these emails, go to Calendar settings, select this calendar, and change "Other notifications".

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

---

**invite.ics**
3K

# Beagle Follow Up

1 message

**Trevor Hanson** <trevor@beagleforpm.com> Fri, Feb 6, 2026 at 3:09 PM
To: [redacted]

[redacted]

Thank you for taking the time to connect with me today, it was great getting to meet you both virtually! As promised, here is a link to the calculator tool we used on the call as well as a link to our coverage page.

I've looped in Nithin to this email, he will be your dedicated Account Manager and a great point of contact. He will join us on our call next week. Also, I apologize, I was mixing the time zones up when looking at my calendar so I sent over an invite for Tuesday at 4:00 ET. If that time doesn't work for you, you can click my calendar and book a time that works better for you.

I've also included the link to create your Beagle Account. Once you see the digital confetti come down, you know you're complete. From there I will configure your program as follows:

**Beagle Program**
Tenant Liability Waiver (TLW)- $100k Liability + $10k personal content + $4 admin fee = $20

**Meeting Recap and Next Steps:**
1- Create Beagle Account
2- Create Beagle user in Appfolio
3- Beagle runs initial insurance audit and identifies what tenants are required to have renters insurance and who is non-compliant
4- Send notices and add charges to non-compliant tenants
5- Be prepared for a March 1 roll out

If you have any questions, don't hesitate to reach out!

Best,
--

beagle

BOOK A DEMO

**Trevor Hanson**
Partnership Executive
(760) 290-1473
trevor@beagleforpm.com
joinbeagle.com
Salt Lake City

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

Gmail [redacted]

# Re: Beagle Follow Up

1 message

[redacted]

Hello Bryce ,

We are receiving several phone calls from tenants who are informing us of the additional $20 charged on their tenant account for the limitation liability waiver. were you setting up a letter to send out to all occupants so that they are informed of what the charge is?
All the best, Cheers!

[redacted]

**Confidentiality Notice:** This email and any attachments are confidential and intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this email. Unauthorized use, disclosure, or distribution of this email or its contents is prohibited.
**No Legal Binding:** This email may not be construed as an offer or acceptance of any contract unless explicitly stated otherwise in writing.
**Virus Warning:** While reasonable precautions are taken to ensure this email is free from viruses, the sender cannot accept liability for any damage caused by viruses or other malicious software transmitted through this email.

On Thu, Feb 12, 2026 at 7:45 PM Bryce Brodner <bryce-brodner@beagleforpm.com> wrote:

> [redacted]
>
> I'm Bryce and will be your account manager and main point of contact moving forward.
>
> I've attached below a list of 55 primary tenants who currently lack coverage listed in their Appfolio portal.
>
> Everything on our side is set up within Appfolio so you can remove the User you created earlier and we're all set to just run off scheduled reports moving forward.
> The last step for you is to reach back out to me letting me know I'm all good to notify tenants about their future coverage, hopefully sooner than later so they have the most amount of time before those charges take effect.
> Also you'll need to reach out to Appfolio and request that GL code 4450 Tenant Liability Waiver is suppressed for every tenant. This needs to happen so that the charges are paid to you instead of the property owners. It's a relatively easy process of just contacting support through the Appfolio portal and requesting what I mentioned earlier.
> Let me know if you have any questions.

On Wed, Feb 11, 2026 at 9:49 AM Trevor Hanson <trevor@beagleforpm.com> wrote:

Hi [redacted] 

Thank you, [redacted] for connecting briefly this morning! I've looped in Bryce to this email, he will be your dedicated Account Manager and a great point of contact for anything you may need going forward. We are going to run your initial insurance audit and once that's complete, Bryce will reach out with the results of how many tenants we intend to send notices out to. Once you give us the green light, we'll send out those notices and be prepared for a March 1 roll out.

I've configured your Beagle program in your Beagle dashboard and attached your lease addendum to this email. Your program is as follows:

**Beagle Program**
Tenant Liability Waiver (TLW)- $100k Liability + $10k content + $4 admin fee = $20 cost to the tenant

Here is our template for a preliminary email you can send your tenants today. Feel free to edit and adjust as you'd like.

**Preliminary Email**
Suggested subject line: *IMPORTANT* Compliance Notice - Renters Insurance

Dear Tenant,

We have partnered with Beagle to ensure compliance of all our tenants with renters insurance requirements as stated in your lease. You may receive an email shortly from Beagle with a link to complete the Compliance Notice.

If you already have a policy in place, in Beagle's email you will see an option to upload your policy. Or you can cancel your existing policy and enroll in the waiver program which provides excellent coverage for a reasonable price.

If you do not already have a renters insurance policy, you do not need to take any action as we can enroll you in a tenant liability waiver at the cost of $20/mo. The waiver provides $10,000 of reimbursements for damage to your personal property, along with the required $100,000 of personal liability.

NOTE: Do not reply to this email with a copy of your policy. You must upload it via the link in Beagle's email.

Thank you,

Your Friends [redacted]

Best,
Trevor Hanson
(760)-290-1473
Beagle

On Fri, Feb 6, 2026 at 1:09 [redacted]

Thank you for taking the time to connect with me today, it was great getting to meet you both virtually! As promised, here is a link to the calculator tool we used on the call as well as a link to our coverage page.

I've looped in Nithin to this email, he will be your dedicated Account Manager and a great point of contact. He will join us on our call next week. Also, I apologize, I was mixing the time zones up when looking at my calendar so I sent over an invite for Tuesday at 4:00 ET. If that time doesn't work for you, you can click my calendar and book a time that works better for you.

I've also included the link to create your Beagle Account. Once you see the digital confetti come down, you know you're complete. From there I will configure your program as follows:

**Beagle Program**
Tenant Liability Waiver (TLW)- $100k Liability + $10k personal content + $4 admin fee = $20

**Meeting Recap and Next Steps:**
1- Create Beagle Account

2- Create Beagle user in Appfolio
3- Beagle runs initial insurance audit and identifies what tenants are required to have renters insurance and who is non-compliant
4- Send notices and add charges to non-compliant tenants
5- Be prepared for a March 1 roll out

If you have any questions, don't hesitate to reach out!

Best,
--

**Trevor Hanson**
Partnership Executive
(760) 290-1473
trevor@beagleforpm.com
joinbeagle.com
Salt Lake City

BOOK A DEMO

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

Gmail [redacted]

# Re: Beagle Follow Up

1 message

[redacted]

Hello Bryce

We are running our owner's statement to get them paid out and we are noticing that the tenant liability waiver income is being paid fully to the owner.

To my understanding this income was covering their insurance through Beagle as well as paying [redacted] $4 admin fee for each account that pays.

How can we get this taken care of today so we can rerun our statements?
All the best, Cheers!

[redacted]

**Confidentiality Notice:** This email and any attachments are confidential and intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this email. Unauthorized use, disclosure, or distribution of this email or its contents is prohibited.
**No Legal Binding:** This email may not be construed as an offer or acceptance of any contract unless explicitly stated otherwise in writing.
**Virus Warning:** While reasonable precautions are taken to ensure this email is free from viruses, the sender cannot accept liability for any damage caused by viruses or other malicious software transmitted through this email.

On Mon, Mar 2, 2026 at 4:44 PM Bryce Brodner <bryce-brodner@beagleforpm.com> wrote:

> Once a tenant pays that fee, they are enrolled, however they won't see any documentation until your end pays out the end-of-month invoice. Just a way to handle everything all at once.
>
> Let me know if you have any other questions about billing!
>
> On Mon, Mar 2, 2026 at 3:38 PM [redacted]
>
> > Hello Bryce,
> >
> > Thank you.
> > Once a tenant automatically pays the $20 are they automatically enrolled in the insurance program and are they sent the

insurance coverage of liability?



All the best, Cheers!

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Confidentiality Notice:** This email and any attachments are confidential and intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this email. Unauthorized use, disclosure, or distribution of this email or its contents is prohibited.
**No Legal Binding:** This email may not be construed as an offer or acceptance of any contract unless explicitly stated otherwise in writing.
**Virus Warning:** While reasonable precautions are taken to ensure this email is free from viruses, the sender cannot accept liability for any damage caused by viruses or other malicious software transmitted through this email.

On Mon, Mar 2, 2026 at 4:28 PM Bryce Brodner <bryce-brodner@beagleforpm.com> wrote:

> Hey [redacted]
>
> Here is a link that was provided to tenants but I will resend that notice so it appears at the top of their emails.
> https://www.beaglenotice.com/programs[redacted]
>
> Feel free to share that link as well if any tenants ask from your perspective.
>
> Best,
>
> Bryce Brodner
>
> On Mon, Mar 2, 2026 at 3:10 PM [redacted]
>
> > Hello Trevor,
> >
> > We are shocked that the charges were added to all of the tenants accounts without our authorization or knowledge. Now we have tenants calling in to inquire about the additional charge.
> > Where is the marking material and explanation of the charge that we can provide our tenants?
> > Please get back to me as soon as possible.
> >
> > All the best, Cheers!
> >
> > [redacted]
> >
> > [redacted]

[redacted]

[redacted]

[redacted]

**Confidentiality Notice:** This email and any attachments are confidential and intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this email. Unauthorized use, disclosure, or distribution of this email or its contents is prohibited.
**No Legal Binding:** This email may not be construed as an offer or acceptance of any contract unless explicitly stated otherwise in writing.
**Virus Warning:** While reasonable precautions are taken to ensure this email is free from viruses, the sender cannot accept liability for any damage caused by viruses or other malicious software transmitted through this email.

On Thu, Feb 12, 2026 at 7:45 PM Bryce Brodner <bryce-brodner@beagleforpm.com> wrote:

> [redacted],
>
> I'm Bryce and will be your account manager and main point of contact moving forward.
>
> I've attached below a list of 55 primary tenants who currently lack coverage listed in their Appfolio portal.
>
> Everything on our side is set up within Appfolio so you can remove the User you created earlier and we're all set to just run off scheduled reports moving forward.
> The last step for you is to reach back out to me letting me know I'm all good to notify tenants about their future coverage, hopefully sooner than later so they have the most amount of time before those charges take effect.
> Also you'll need to reach out to Appfolio and request that GL code 4450 Tenant Liability Waiver is suppressed for every tenant. This needs to happen so that the charges are paid to you instead of the property owners. It's a relatively easy process of just contacting support through the Appfolio portal and requesting what I mentioned earlier.
> Let me know if you have any questions.
>
> On Wed, Feb 11, 2026 at 9:49 AM Trevor Hanson <trevor@beagleforpm.com> wrote:
>
> > Hi [redacted]
> >
> > Thank you, [redacted] for connecting briefly this morning! I've looped in Bryce to this email, he will be your dedicated Account Manager and a great point of contact for anything you may need going forward. We are going to run your initial insurance audit and once that's complete, Bryce will reach out with the results of how many tenants we intend to send notices out to. Once you give us the green light, we'll send out those notices and be prepared for a March 1 roll out.
> >
> > I've configured your Beagle program in your Beagle dashboard and attached your lease addendum to this email. Your program is as follows:
> >
> > **Beagle Program**
> > Tenant Liability Waiver (TLW)- $100k Liability + $10k content + $4 admin fee = $20 cost to the tenant
> >
> > Here is our template for a preliminary email you can send your tenants today. Feel free to edit and adjust as you'd like.
> >
> > **Preliminary Email**
> > Suggested subject line: *IMPORTANT* Compliance Notice - Renters Insurance
> >
> > Dear Tenant,
> >
> > We have partnered with Beagle to ensure compliance of all our tenants with renters insurance requirements as stated in your lease. You may receive an email shortly from Beagle with a link to complete the Compliance Notice.

If you already have a policy in place, in Beagle's email you will see an option to upload your policy. Or you can cancel your existing policy and enroll in the waiver program which provides excellent coverage for a reasonable price.

If you do not already have a renters insurance policy, you do not need to take any action as we can enroll you in a tenant liability waiver at the cost of $20/mo. The waiver provides $10,000 of reimbursements for damage to your personal property, along with the required $100,000 of personal liability.

NOTE: Do not reply to this email with a copy of your policy. You must upload it via the link in Beagle's email.

Thank you,

[redacted]

Best,
Trevor Hanson
(760)-290-1473
Beagle

On Fri, Feb 6, 2026 at 1:09 PM Trevor Hanson <trevor@beagleforpm.com> wrote:

Hi [redacted]

Thank you for taking the time to connect with me today, it was great getting to meet you both virtually! As promised, here is a link to the calculator tool we used on the call as well as a link to our coverage page.

I've looped in Nithin to this email, he will be your dedicated Account Manager and a great point of contact. He will join us on our call next week. Also, I apologize, I was mixing the time zones up when looking at my calendar so I sent over an invite for Tuesday at 4:00 ET. If that time doesn't work for you, you can click my calendar and book a time that works better for you.

I've also included the link to create your Beagle Account. Once you see the digital confetti come down, you know you're complete. From there I will configure your program as follows:

**Beagle Program**
Tenant Liability Waiver (TLW)- $100k Liability + $10k personal content + $4 admin fee = $20

**Meeting Recap and Next Steps:**
1- Create Beagle Account
2- Create Beagle user in Appfolio
3- Beagle runs initial insurance audit and identifies what tenants are required to have renters insurance and who is non-compliant
4- Send notices and add charges to non-compliant tenants
5- Be prepared for a March 1 roll out

If you have any questions, don't hesitate to reach out!

Best,
--

**Trevor Hanson**
Partnership Executive
(760) 290-1473
trevor@beagleforpm.com
joinbeagle.com
Salt Lake City

BOOK A DEMO

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

Gmail [redacted]

# Re: Beagle Follow Up

1 message

[redacted]

Hey [redacted] this is a common problem with AppFolio accounts. Fear not; it's an easy fix.

On your portal, go to support on the right side of the screen. You'll submit a request there to suppress all charges under the GL 4450 Tenant Liability Waiver.
Only the presidential user can submit this request.

Let me know if this helps or if anything is missing.

On Fri, Mar 6, 2026 at 8:53 AM [redacted]

> Hello Bryce
>
> We are running our owner's statement to get them paid out and we are noticing that the tenant liability waiver income is being paid fully to the owner.
>
> To my understanding this income was covering their insurance through Beagle as well as paying [redacted] a $4 admin fee for each account that pays.
>
> How can we get this taken care of today so we can rerun our statements?
> All the best, Cheers!
>
> [redacted]
>
> [redacted] This email and any attachments are confidential and intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this email. Unauthorized use, disclosure, or distribution of this email or its contents is prohibited.
> **No Legal Binding:** This email may not be construed as an offer or acceptance of any contract unless explicitly stated otherwise in writing.
> **Virus Warning:** While reasonable precautions are taken to ensure this email is free from viruses, the sender cannot accept liability for any damage caused by viruses or other malicious software transmitted through this email.
>
> On Mon, Mar 2, 2026 at 4:44 PM Bryce Brodner <bryce-brodner@beagleforpm.com> wrote:

Once a tenant pays that fee, they are enrolled, however they won't see any documentation until your end pays out the end-of-month invoice. Just a way to handle everything all at once.

Let me know if you have any other questions about billing!

On Mon, Mar 2, 2026 at 3:38 PM [redacted]

> Hello Bryce,
>
> Thank you.
> Once a tenant automatically pays the $20 are they automatically enrolled in the insurance program and are they sent the insurance coverage of liability?
>
> All the best, Cheers!
>
> [redacted]
>
> [redacted]
>
> [redacted]
>
> [redacted]
>
> [redacted]
>
> **Confidentiality Notice:** This email and any attachments are confidential and intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this email. Unauthorized use, disclosure, or distribution of this email or its contents is prohibited.
> **No Legal Binding:** This email may not be construed as an offer or acceptance of any contract unless explicitly stated otherwise in writing.
> **Virus Warning:** While reasonable precautions are taken to ensure this email is free from viruses, the sender cannot accept liability for any damage caused by viruses or other malicious software transmitted through this email.
>
> On Mon, Mar 2, 2026 at 4:28 PM Bryce Brodner <bryce-brodner@beagleforpm.com> wrote:
>
> > Hey [redacted]
> >
> > Here is a link that was provided to tenants but I will resend that notice so it appears at the top of their emails.
> > [redacted]
> >
> > Feel free to share that link as well if any tenants ask from your perspective.
> >
> > Best,
> >
> > Bryce Brodner
> >
> > On Mon, Mar 2, 2026 at 3:10 PM [redacted] <[redacted] wrote:
> >
> > > Hello Trevor,
> > >
> > > We are shocked that the charges were added to all of the tenants accounts without our authorization or knowledge. Now we have tenants calling in to inquire about the additional charge.
> > > Where is the marking material and explanation of the charge that we can provide our tenants?
> > > Please get back to me as soon as possible.
> > >
> > > All the best, Cheers!

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Confidentiality Notice:** This email and any attachments are confidential and intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this email. Unauthorized use, disclosure, or distribution of this email or its contents is prohibited.
**No Legal Binding:** This email may not be construed as an offer or acceptance of any contract unless explicitly stated otherwise in writing.
**Virus Warning:** While reasonable precautions are taken to ensure this email is free from viruses, the sender cannot accept liability for any damage caused by viruses or other malicious software transmitted through this email.

On Thu, Feb 12, 2026 at 7:45 PM Bryce Brodner <bryce-brodner@beagleforpm.com> wrote:

> Hi [redacted] and [redacted]
>
> I'm Bryce and will be your account manager and main point of contact moving forward.
>
> I've attached below a list of 55 primary tenants who currently lack coverage listed in their Appfolio portal.
>
> Everything on our side is set up within Appfolio so you can remove the User you created earlier and we're all set to just run off scheduled reports moving forward.
> The last step for you is to reach back out to me letting me know I'm all good to notify tenants about their future coverage, hopefully sooner than later so they have the most amount of time before those charges take effect.
> Also you'll need to reach out to Appfolio and request that GL code 4450 Tenant Liability Waiver is suppressed for every tenant. This needs to happen so that the charges are paid to you instead of the property owners. It's a relatively easy process of just contacting support through the Appfolio portal and requesting what I mentioned earlier.
> Let me know if you have any questions.
>
> On Wed, Feb 11, 2026 at 9:49 AM Trevor Hanson <trevor@beagleforpm.com> wrote:
>
>> Hi [redacted] and [redacted]
>>
>> Thank you, [redacted] for connecting briefly this morning! I've looped in Bryce to this email, he will be your dedicated Account Manager and a great point of contact for anything you may need going forward. We are going to run your initial insurance audit and once that's complete, Bryce will reach out with the results of how many tenants we intend to send notices out to. Once you give us the green light, we'll send out those notices and be prepared for a March 1 roll out.
>>
>> I've configured your Beagle program in your Beagle dashboard and attached your lease addendum to this email. Your program is as follows:
>>
>> **Beagle Program**
>> Tenant Liability Waiver (TLW)- $100k Liability + $10k content + $4 admin fee = $20 cost to the tenant
>>
>> Here is our template for a preliminary email you can send your tenants today. Feel free to edit and adjust as you'd like.
>>
>> **Preliminary Email**

Suggested subject line: *IMPORTANT* Compliance Notice - Renters Insurance



Dear Tenant,

We have partnered with Beagle to ensure compliance of all our tenants with renters insurance requirements as stated in your lease. You may receive an email shortly from Beagle with a link to complete the Compliance Notice.

If you already have a policy in place, in Beagle's email you will see an option to upload your policy. Or you can cancel your existing policy and enroll in the waiver program which provides excellent coverage for a reasonable price.

If you do not already have a renters insurance policy, you do not need to take any action as we can enroll you in a tenant liability waiver at the cost of $20/mo. The waiver provides $10,000 of reimbursements for damage to your personal property, along with the required $100,000 of personal liability.

NOTE: Do not reply to this email with a copy of your policy. You must upload it via the link in Beagle's email.

Thank you,

Your [redacted]

Best,
Trevor Hanson
(760)-290-1473
Beagle

On Fri, Feb 6, 2026 at 1:09 PM Trevor Hanson <trevor@beagleforpm.com> wrote:

> Hi [redacted],
>
> Thank you for taking the time to connect with me today, it was great getting to meet you both virtually! As promised, here is a link to the calculator tool we used on the call as well as a link to our coverage page.
>
> I've looped in Nithin to this email, he will be your dedicated Account Manager and a great point of contact. He will join us on our call next week. Also, I apologize, I was mixing the time zones up when looking at my calendar so I sent over an invite for Tuesday at 4:00 ET. If that time doesn't work for you, you can click my calendar and book a time that works better for you.
>
> I've also included the link to create your Beagle Account. Once you see the digital confetti come down, you know you're complete. From there I will configure your program as follows:
>
> **Beagle Program**
> Tenant Liability Waiver (TLW)- $100k Liability + $10k personal content + $4 admin fee = $20
>
> **Meeting Recap and Next Steps:**
> 1- Create Beagle Account
> 2- Create Beagle user in Appfolio
> 3- Beagle runs initial insurance audit and identifies what tenants are required to have renters insurance and who is non-compliant
> 4- Send notices and add charges to non-compliant tenants
> 5- Be prepared for a March 1 roll out
>
> If you have any questions, don't hesitate to reach out!
>
> Best,
> --
>
> beagle
>
> BOOK A DEMO
>
> **Trevor Hanson**
> Partnership Executive
> (760) 290-1473
> trevor@beagleforpm.com
> joinbeagle.com

Salt Lake City



CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

Gmail [redacted]

# Re: Beagle Follow Up

1 message

[redacted] Fri, Mar 6, 2026 at 11:43 AM
To: Bryce Brodner <bryce-brodner@beagleforpm.com>

I have submitted a ticket to Appfolio since not only do we need to suppress the income off of the owner statement we need to also suppress it out of the owner's funds.
We also need to have a way to bill all of the properties (as we do with management fees) to collect the admin fees.

All the best, Cheers!

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Confidentiality Notice:** This email and any attachments are confidential and intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this email. Unauthorized use, disclosure, or distribution of this email or its contents is prohibited.
**No Legal Binding:** This email may not be construed as an offer or acceptance of any contract unless explicitly stated otherwise in writing.
**Virus Warning:** While reasonable precautions are taken to ensure this email is free from viruses, the sender cannot accept liability for any damage caused by viruses or other malicious software transmitted through this email.

On Fri, Mar 6, 2026 at 11:40 AM Bryce Brodner <bryce-brodner@beagleforpm.com> wrote:

> Hey [redacted] this is a common problem with AppFolio accounts. Fear not; it's an easy fix.
>
> On your portal, go to support on the right side of the screen. You'll submit a request there to suppress all charges under the GL 4450 Tenant Liability Waiver.
> Only the presidential user can submit this request.
>
> Let me know if this helps or if anything is missing.
>
> On Fri, Mar 6, 2026 at 8:53 AM [redacted]
>
>> Hello Bryce
>>
>> We are running our owner's statement to get them paid out and we are noticing that the tenant liability waiver income is being paid fully to the owner.
>>
>> To my understanding this income was covering their insurance through Beagle as well as paying [redacted] a $4 admin fee for each account that pays.

How can we get this taken care of today so we can rerun our statements?
All the best, Cheers!

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Confidentiality Notice:** This email and any attachments are confidential and intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this email. Unauthorized use, disclosure, or distribution of this email or its contents is prohibited.
**No Legal Binding:** This email may not be construed as an offer or acceptance of any contract unless explicitly stated otherwise in writing.
**Virus Warning:** While reasonable precautions are taken to ensure this email is free from viruses, the sender cannot accept liability for any damage caused by viruses or other malicious software transmitted through this email.

On Mon, Mar 2, 2026 at 4:44 PM Bryce Brodner <bryce-brodner@beagleforpm.com> wrote:

> Once a tenant pays that fee, they are enrolled, however they won't see any documentation until your end pays out the end-of-month invoice. Just a way to handle everything all at once.
>
> Let me know if you have any other questions about billing!
>
> On Mon, Mar 2, 2026 at 3:38 PM [redacted] wrote:
>
>> Hello Bryce,
>>
>> Thank you.
>> Once a tenant automatically pays the $20 are they automatically enrolled in the insurance program and are they sent the insurance coverage of liability?
>>
>> All the best, Cheers!
>>
>> [redacted]
>>
>> [redacted]
>>
>> [redacted]

[redacted]

[redacted]

**Confidentiality Notice:** This email and any attachments are confidential and intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this email. Unauthorized use, disclosure, or distribution of this email or its contents is prohibited.
**No Legal Binding:** This email may not be construed as an offer or acceptance of any contract unless explicitly stated otherwise in writing.
**Virus Warning:** While reasonable precautions are taken to ensure this email is free from viruses, the sender cannot accept liability for any damage caused by viruses or other malicious software transmitted through this email.

On Mon, Mar 2, 2026 at 4:28 PM Bryce Brodner <bryce-brodner@beagleforpm.com> wrote:

> Hey [redacted]
>
> Here is a link that was provided to tenants but I will resend that notice so it appears at the top of their emails.
> [redacted]
>
> Feel free to share that link as well if any tenants ask from your perspective.
>
> Best,
>
> Bryce Brodner
>
> On Mon, Mar 2, 2026 at 3:10 PM [redacted]
>
>> Hello Trevor,
>>
>> We are shocked that the charges were added to all of the tenants accounts without our authorization or knowledge. Now we have tenants calling in to inquire about the additional charge.
>> Where is the marking material and explanation of the charge that we can provide our tenants?
>> Please get back to me as soon as possible.
>>
>> All the best, Cheers!
>>
>> [redacted]
>>
>> [redacted]
>>
>> **Confidentiality Notice:** This email and any attachments are confidential and intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this email. Unauthorized use, disclosure, or distribution of this email or its contents is prohibited.
>> **No Legal Binding:** This email may not be construed as an offer or acceptance of any contract unless explicitly stated otherwise in writing.

**Virus Warning:** While reasonable precautions are taken to ensure this email is free from viruses, the sender cannot accept liability for any damage caused by viruses or other malicious software transmitted through this email.


On Thu, Feb 12, 2026 at 7:45 PM Bryce Brodner <bryce-brodner@beagleforpm.com> wrote:

Hi [redacted]

I'm Bryce and will be your account manager and main point of contact moving forward.

I've attached below a list of 55 primary tenants who currently lack coverage listed in their Appfolio portal.

Everything on our side is set up within Appfolio so you can remove the User you created earlier and we're all set to just run off scheduled reports moving forward.
The last step for you is to reach back out to me letting me know I'm all good to notify tenants about their future coverage, hopefully sooner than later so they have the most amount of time before those charges take effect.
Also you'll need to reach out to Appfolio and request that GL code 4450 Tenant Liability Waiver is suppressed for every tenant. This needs to happen so that the charges are paid to you instead of the property owners. It's a relatively easy process of just contacting support through the Appfolio portal and requesting what I mentioned earlier.
Let me know if you have any questions.

On Wed, Feb 11, 2026 at 9:49 AM Trevor Hanson <trevor@beagleforpm.com> wrote:

Hi [redacted]

Thank you, [redacted] for connecting briefly this morning! I've looped in Bryce to this email, he will be your dedicated Account Manager and a great point of contact for anything you may need going forward. We are going to run your initial insurance audit and once that's complete, Bryce will reach out with the results of how many tenants we intend to send notices out to. Once you give us the green light, we'll send out those notices and be prepared for a March 1 roll out.

I've configured your Beagle program in your Beagle dashboard and attached your lease addendum to this email. Your program is as follows:

**Beagle Program**
Tenant Liability Waiver (TLW)- $100k Liability + $10k content + $4 admin fee = $20 cost to the tenant

Here is our template for a preliminary email you can send your tenants today. Feel free to edit and adjust as you'd like.

**Preliminary Email**
Suggested subject line: *IMPORTANT* Compliance Notice - Renters Insurance

Dear Tenant,

We have partnered with Beagle to ensure compliance of all our tenants with renters insurance requirements as stated in your lease. You may receive an email shortly from Beagle with a link to complete the Compliance Notice.

If you already have a policy in place, in Beagle's email you will see an option to upload your policy. Or you can cancel your existing policy and enroll in the waiver program which provides excellent coverage for a reasonable price.

If you do not already have a renters insurance policy, you do not need to take any action as we can enroll you in a tenant liability waiver at the cost of $20/mo. The waiver provides $10,000 of reimbursements for damage to your personal property, along with the required $100,000 of personal liability.

NOTE: Do not reply to this email with a copy of your policy. You must upload it via the link in Beagle's email.

Thank you,

[redacted]

Best,

Trevor Hanson
(760) 290-1473
Beagle

On Fri, Feb 6, 2026 at 1:09 PM Trevor Hanson <trevor@beagleforpm.com> wrote:

Hi [redacted]

Thank you for taking the time to connect with me today, it was great getting to meet you both virtually! As promised, here is a link to the calculator tool we used on the call as well as a link to our coverage page.

I've looped in Nithin to this email, he will be your dedicated Account Manager and a great point of contact. He will join us on our call next week. Also, I apologize, I was mixing the time zones up when looking at my calendar so I sent over an invite for Tuesday at 4:00 ET. If that time doesn't work for you, you can click my calendar and book a time that works better for you.

I've also included the link to create your Beagle Account. Once you see the digital confetti come down, you know you're complete. From there I will configure your program as follows:

**Beagle Program**
Tenant Liability Waiver (TLW)- $100k Liability + $10k personal content + $4 admin fee = $20

**Meeting Recap and Next Steps:**
1- Create Beagle Account
2- Create Beagle user in Appfolio
3- Beagle runs initial insurance audit and identifies what tenants are required to have renters insurance and who is non-compliant
4- Send notices and add charges to non-compliant tenants
5- Be prepared for a March 1 roll out

If you have any questions, don't hesitate to reach out!

Best,
--

**Trevor Hanson**
Partnership Executive
(760) 290-1473
trevor@beagleforpm.com
joinbeagle.com
Salt Lake City

BOOK A DEMO

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

Gmail [redacted]

## Stay covered and make money

1 message

**Trudy @ Beagle** <trudy@beagleforpm.com> Wed, Feb 11, 2026 at 11:11 AM
To: [redacted]

View Your Dashboard

# Protect Your Properties

### We made insurance verification fast and easy.

Keeping your tenants insured at all times is crucial with our AI Insurance Verification tool, you can verify third-party insurance policies and stay informed about their status.

To ensure compliance, we recommend having your tenants verify their policies today. Our system helps you:

- Confirm that tenant names match the insured party
- Track policy start and end dates
- Get notified of cancellations if you're listed as an interested party

Verify Insurance Today

If you have any questions, feel free to reach out to us at help@beagleforpm.com. We're here to support you every step of the way.

Got a question? Email us

473 Pine Street Floor 5,
San Francisco CA 94104

# Re: Missed you earlier

1 message

**Joshua Johnson** <joshua.johnson@beagleforpm.com> Mon, Jan 12, 2026 at 10:56 AM
To: [redacted]

Looks like we just missed each other today. Totally get how things come up.

I'd still love to connect and walk you through how teams are simplifying insurance compliance and creating new monthly revenue without adding work.

Would Thursday or Friday sometime between 10 and 2 work on your end?

Let me know what's easiest.

On Thu, Jan 8, 2026 at 2:37 PM Joshua Johnson <joshua.johnson@beagleforpm.com> wrote:

> [redacted]
>
> Looks like we just missed each other for our meeting today. Totally understand how things come up. I'd still love to connect and walk you through what we're doing with teams to simplify insurance compliance and create new revenue each month.
>
> Would Friday or Monday between 10 and 2 work better on your end?
>
> Joshua J. Johnson
> Head of Sales | Beagle
> C: 469-927-9312 | E: Joshua.Johnson@beagleforpm.com
> www.beagleforpm.com | LinkedIn
> beagle
> Building trust. Protecting what matters.

--
Joshua J. Johnson
Head of Sales | Beagle
C: 469-927-9312 | E: Joshua.Johnson@beagleforpm.com
www.beagleforpm.com | LinkedIn
beagle
Building trust. Protecting what matters.

 [redacted]

# Re: Beagle Follow Up

1 message

[redacted] Mon, Mar 2, 2026 at 4:10 PM
To: Bryce Brodner <bryce-brodner@beagleforpm.com>
Cc: [redacted]

Hello Trevor,

We are shocked that the charges were added to all of the tenants accounts without our authorization or knowledge. Now we have tenants calling in to inquire about the additional charge.
Where is the marking material and explanation of the charge that we can provide our tenants?
Please get back to me as soon as possible.

All the best, Cheers!

[redacted]

**Confidentiality Notice:** This email and any attachments are confidential and intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this email. Unauthorized use, disclosure, or distribution of this email or its contents is prohibited.
**No Legal Binding:** This email may not be construed as an offer or acceptance of any contract unless explicitly stated otherwise in writing.
**Virus Warning:** While reasonable precautions are taken to ensure this email is free from viruses, the sender cannot accept liability for any damage caused by viruses or other malicious software transmitted through this email.

On Thu, Feb 12, 2026 at 7:45 PM Bryce Brodner <bryce-brodner@beagleforpm.com> wrote:

> [redacted]
>
> I'm Bryce and will be your account manager and main point of contact moving forward.
>
> I've attached below a list of 55 primary tenants who currently lack coverage listed in their Appfolio portal.
>
> Everything on our side is set up within Appfolio so you can remove the User you created earlier and we're all set to just run off scheduled reports moving forward.
> The last step for you is to reach back out to me letting me know I'm all good to notify tenants about their future coverage, hopefully sooner than later so they have the most amount of time before those charges take effect.

Also you'll need to reach out to Appfolio and request that GL code 4450 Tenant Liability Waiver is suppressed for every tenant. This needs to happen so that the charges are paid to you instead of the property owners. It's a relatively easy process of just contacting support through the Appfolio portal and requesting what I mentioned earlier.
Let me know if you have any questions.

On Wed, Feb 11, 2026 at 9:49 AM Trevor Hanson <trevor@beagleforpm.com> wrote:

> Hi [redacted]
>
> Thank you, [redacted] for connecting briefly this morning! I've looped in Bryce to this email, he will be your dedicated Account Manager and a great point of contact for anything you may need going forward. We are going to run your initial insurance audit and once that's complete, Bryce will reach out with the results of how many tenants we intend to send notices out to. Once you give us the green light, we'll send out those notices and be prepared for a March 1 roll out.
>
> I've configured your Beagle program in your Beagle dashboard and attached your lease addendum to this email. Your program is as follows:
>
> **Beagle Program**
> Tenant Liability Waiver (TLW)- $100k Liability + $10k content + $4 admin fee = $20 cost to the tenant
>
> Here is our template for a preliminary email you can send your tenants today. Feel free to edit and adjust as you'd like.
>
> **Preliminary Email**
> Suggested subject line: *IMPORTANT* Compliance Notice - Renters Insurance
>
> Dear Tenant,
>
> We have partnered with Beagle to ensure compliance of all our tenants with renters insurance requirements as stated in your lease. You may receive an email shortly from Beagle with a link to complete the Compliance Notice.
>
> If you already have a policy in place, in Beagle's email you will see an option to upload your policy. Or you can cancel your existing policy and enroll in the waiver program which provides excellent coverage for a reasonable price.
>
> If you do not already have a renters insurance policy, you do not need to take any action as we can enroll you in a tenant liability waiver at the cost of $20/mo. The waiver provides $10,000 of reimbursements for damage to your personal property, along with the required $100,000 of personal liability.
>
> NOTE: Do not reply to this email with a copy of your policy. You must upload it via the link in Beagle's email.
>
> Thank you,
>
> Your Friends at [redacted]
>
> Best,
> Trevor Hanson
> (760)-290-1473
> Beagle
>
> On Fri, Feb 6, 2026 at 1:09 PM Trevor Hanson <trevor@beagleforpm.com> wrote:
>
> > H[redacted]
> >
> > Thank you for taking the time to connect with me today, it was great getting to meet you both virtually! As promised, here is a link to the calculator tool we used on the call as well as a link to our coverage page.
> >
> > I've looped in Nithin to this email, he will be your dedicated Account Manager and a great point of contact. He will join us on our call next week. Also, I apologize, I was mixing the time zones up when looking at my calendar so I sent over an invite for Tuesday at 4:00 ET. If that time doesn't work for you, you can click my calendar and book a time that works better for you.
> >
> > I've also included the link to create your Beagle Account. Once you see the digital confetti come down, you know you're complete. From there I will configure your program as follows:

**Beagle Program**
Tenant Liability Waiver (TLW) - $100k Liability + $10k personal content + $4 admin fee = $20

**Meeting Recap and Next Steps:**
1- Create Beagle Account
2- Create Beagle user in Appfolio
3- Beagle runs initial insurance audit and identifies what tenants are required to have renters insurance and who is non-compliant
4- Send notices and add charges to non-compliant tenants
5- Be prepared for a March 1 roll out

If you have any questions, don't hesitate to reach out!

Best,
--

beagle
BOOK A DEMO

**Trevor Hanson**
Partnership Executive
(760) 290-1473
trevor@beagleforpm.com
joinbeagle.com
Salt Lake City

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

 [redacted]

# Re: Beagle Follow Up

1 message

[redacted]

Hey [redacted]

Here is a link that was provided to tenants but I will resend that notice so it appears at the top of their emails.
https://www.beaglenotice.com/programs/[redacted]

Feel free to share that link as well if any tenants ask from your perspective.

Best,

Bryce Brodner

On Mon, Mar 2, 2026 at 3:10 PM [redacted]

> Hello Trevor,
>
> We are shocked that the charges were added to all of the tenants accounts without our authorization or knowledge. Now we have tenants calling in to inquire about the additional charge.
> Where is the marking material and explanation of the charge that we can provide our tenants?
> Please get back to me as soon as possible.
>
> All the best, Cheers!
>
> [redacted]
>
> [redacted]
>
> [redacted]
>
> [redacted]
>
> [redacted]
>
> **Confidentiality Notice:** This email and any attachments are confidential and intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this email. Unauthorized use, disclosure, or distribution of this email or its contents is prohibited.
> **No Legal Binding:** This email may not be construed as an offer or acceptance of any contract unless explicitly stated otherwise in writing.
> **Virus Warning:** While reasonable precautions are taken to ensure this email is free from viruses, the sender cannot accept liability for any damage caused by viruses or other malicious software transmitted through this email.

On Thu, Feb 12, 2026 at 7:45 PM Bryce Brodner <bryce-brodner@beagleforpm.com> wrote:

Hi [redacted]

I'm Bryce and will be your account manager and main point of contact moving forward.

I've attached below a list of 55 primary tenants who currently lack coverage listed in their Appfolio portal.

Everything on our side is set up within Appfolio so you can remove the User you created earlier and we're all set to just run off scheduled reports moving forward.
The last step for you is to reach back out to me letting me know I'm all good to notify tenants about their future coverage, hopefully sooner than later so they have the most amount of time before those charges take effect.
Also you'll need to reach out to Appfolio and request that GL code 4450 Tenant Liability Waiver is suppressed for every tenant. This needs to happen so that the charges are paid to you instead of the property owners. It's a relatively easy process of just contacting support through the Appfolio portal and requesting what I mentioned earlier.
Let me know if you have any questions.

On Wed, Feb 11, 2026 at 9:49 AM Trevor Hanson <trevor@beagleforpm.com> wrote:

Hi [redacted]

Thank you, [redacted] for connecting briefly this morning! I've looped in Bryce to this email, he will be your dedicated Account Manager and a great point of contact for anything you may need going forward. We are going to run your initial insurance audit and once that's complete, Bryce will reach out with the results of how many tenants we intend to send notices out to. Once you give us the green light, we'll send out those notices and be prepared for a March 1 roll out.

I've configured your Beagle program in your Beagle dashboard and attached your lease addendum to this email. Your program is as follows:

**Beagle Program**
Tenant Liability Waiver (TLW)- $100k Liability + $10k content + $4 admin fee = $20 cost to the tenant

Here is our template for a preliminary email you can send your tenants today. Feel free to edit and adjust as you'd like.

**Preliminary Email**
Suggested subject line: *IMPORTANT* Compliance Notice - Renters Insurance

Dear Tenant,

We have partnered with Beagle to ensure compliance of all our tenants with renters insurance requirements as stated in your lease. You may receive an email shortly from Beagle with a link to complete the Compliance Notice.

If you already have a policy in place, in Beagle's email you will see an option to upload your policy. Or you can cancel your existing policy and enroll in the waiver program which provides excellent coverage for a reasonable price.

If you do not already have a renters insurance policy, you do not need to take any action as we can enroll you in a tenant liability waiver at the cost of $20/mo. The waiver provides $10,000 of reimbursements for damage to your personal property, along with the required $100,000 of personal liability.

NOTE: Do not reply to this email with a copy of your policy. You must upload it via the link in Beagle's email.

Thank you,

[redacted]

Best,
Trevor Hanson
(760)-290-1473
Beagle

On Fri, Feb 6, 2026 at 1:09 PM Trevor Hanson <trevor@beagleforpm.com> wrote:

Hi [redacted]

Thank you for taking the time to connect with me today, it was great getting to meet you both virtually! As promised, here is a link to the calculator tool we used on the call as well as a link to our coverage page.

I've looped in Nithin to this email, he will be your dedicated Account Manager and a great point of contact. He will join us on our call next week. Also, I apologize, I was mixing the time zones up when looking at my calendar so I sent over an invite for Tuesday at 4:00 ET. If that time doesn't work for you, you can click my calendar and book a time that works better for you.

I've also included the link to create your Beagle Account. Once you see the digital confetti come down, you know you're complete. From there I will configure your program as follows:

**Beagle Program**
Tenant Liability Waiver (TLW)- $100k Liability + $10k personal content + $4 admin fee = $20

**Meeting Recap and Next Steps:**
1- Create Beagle Account
2- Create Beagle user in Appfolio
3- Beagle runs initial insurance audit and identifies what tenants are required to have renters insurance and who is non-compliant
4- Send notices and add charges to non-compliant tenants
5- Be prepared for a March 1 roll out

If you have any questions, don't hesitate to reach out!

Best,
--

**Trevor Hanson**
Partnership Executive
(760) 290-1473
trevor@beagleforpm.com
joinbeagle.com
Salt Lake City

BOOK A DEMO

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

 [redacted]

# Re: Beagle Follow Up

1 message

[redacted]

Hello Bryce,

Thank you.
Once a tenant automatically pays the $20 are they automatically enrolled in the insurance program and are they sent the insurance coverage of liability?

All the best, Cheers!

[redacted]

**Confidentiality Notice:** This email and any attachments are confidential and intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this email. Unauthorized use, disclosure, or distribution of this email or its contents is prohibited.
**No Legal Binding:** This email may not be construed as an offer or acceptance of any contract unless explicitly stated otherwise in writing.
**Virus Warning:** While reasonable precautions are taken to ensure this email is free from viruses, the sender cannot accept liability for any damage caused by viruses or other malicious software transmitted through this email.

On Mon, Mar 2, 2026 at 4:28 PM Bryce Brodner <bryce-brodner@beagleforpm.com> wrote:

> Hey [redacted]
>
> Here is a link that was provided to tenants but I will resend that notice so it appears at the top of their emails.
> https://www.beaglenotice.com/programs/[redacted]
>
> Feel free to share that link as well if any tenants ask from your perspective.
>
> Best,
>
> Bryce Brodner
>
> On Mon, Mar 2, 2026 at 3:10 PM [redacted] <[redacted]

Hello Trevor,

We are shocked that the charges were added to all of the tenants accounts without our authorization or knowledge. Now we have tenants calling in to inquire about the additional charge.
Where is the marking material and explanation of the charge that we can provide our tenants?
Please get back to me as soon as possible.

All the best, Cheers!

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Confidentiality Notice:** This email and any attachments are confidential and intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this email. Unauthorized use, disclosure, or distribution of this email or its contents is prohibited.
**No Legal Binding:** This email may not be construed as an offer or acceptance of any contract unless explicitly stated otherwise in writing.
**Virus Warning:** While reasonable precautions are taken to ensure this email is free from viruses, the sender cannot accept liability for any damage caused by viruses or other malicious software transmitted through this email.

On Thu, Feb 12, 2026 at 7:45 PM Bryce Brodner <bryce-brodner@beagleforpm.com> wrote:

> Hi [redacted]
>
> I'm Bryce and will be your account manager and main point of contact moving forward.
>
> I've attached below a list of 55 primary tenants who currently lack coverage listed in their Appfolio portal.
>
> Everything on our side is set up within Appfolio so you can remove the User you created earlier and we're all set to just run off scheduled reports moving forward.
> The last step for you is to reach back out to me letting me know I'm all good to notify tenants about their future coverage, hopefully sooner than later so they have the most amount of time before those charges take effect.
> Also you'll need to reach out to Appfolio and request that GL code 4450 Tenant Liability Waiver is suppressed for every tenant. This needs to happen so that the charges are paid to you instead of the property owners. It's a relatively easy process of just contacting support through the Appfolio portal and requesting what I mentioned earlier.
> Let me know if you have any questions.
>
> On Wed, Feb 11, 2026 at 9:49 AM Trevor Hanson <trevor@beagleforpm.com> wrote:
>
>> Hi [redacted]
>>
>> Thank you, [redacted] for connecting briefly this morning! I've looped in Bryce to this email, he will be your dedicated Account Manager and a great point of contact for anything you may need going forward. We are going to run your initial insurance audit and once that's complete, Bryce will reach out with the results of how many tenants we intend to send notices out to. Once you give us the green light, we'll send out those notices and be prepared for a March 1 roll out.
>>
>> I've configured your Beagle program in your Beagle dashboard and attached your lease addendum to this email. Your program is as follows:

**Beagle Program**
Tenant Liability Waiver (TLW)- $100k Liability + $10k content + $4 admin fee = $20 cost to the tenant

Here is our template for a preliminary email you can send your tenants today. Feel free to edit and adjust as you'd like.

**Preliminary Email**
Suggested subject line: *IMPORTANT* Compliance Notice - Renters Insurance

Dear Tenant,

We have partnered with Beagle to ensure compliance of all our tenants with renters insurance requirements as stated in your lease. You may receive an email shortly from Beagle with a link to complete the Compliance Notice.

If you already have a policy in place, in Beagle's email you will see an option to upload your policy. Or you can cancel your existing policy and enroll in the waiver program which provides excellent coverage for a reasonable price.

If you do not already have a renters insurance policy, you do not need to take any action as we can enroll you in a tenant liability waiver at the cost of $20/mo. The waiver provides $10,000 of reimbursements for damage to your personal property, along with the required $100,000 of personal liability.

NOTE: Do not reply to this email with a copy of your policy. You must upload it via the link in Beagle's email.

Thank you,

[redacted]

Best,
Trevor Hanson
(760)-290-1473
Beagle

On Fri, Feb 6, 2026 at 1:09 PM Trevor Hanson <trevor@beagleforpm.com> wrote:

> Hi [redacted]
>
> Thank you for taking the time to connect with me today, it was great getting to meet you both virtually! As promised, here is a link to the calculator tool we used on the call as well as a link to our coverage page.
>
> I've looped in Nithin to this email, he will be your dedicated Account Manager and a great point of contact. He will join us on our call next week. Also, I apologize, I was mixing the time zones up when looking at my calendar so I sent over an invite for Tuesday at 4:00 ET. If that time doesn't work for you, you can click my calendar and book a time that works better for you.
>
> I've also included the link to create your Beagle Account. Once you see the digital confetti come down, you know you're complete. From there I will configure your program as follows:
>
> **Beagle Program**
> Tenant Liability Waiver (TLW)- $100k Liability + $10k personal content + $4 admin fee = $20
>
> **Meeting Recap and Next Steps:**
> 1- Create Beagle Account
> 2- Create Beagle user in Appfolio
> 3- Beagle runs initial insurance audit and identifies what tenants are required to have renters insurance and who is non-compliant
> 4- Send notices and add charges to non-compliant tenants
> 5- Be prepared for a March 1 roll out
>
> If you have any questions, don't hesitate to reach out!
>
> Best,

--

**Trevor Hanson**
Partnership Executive

(760) 290-1473
trevor@beagleforpm.com
joinbeagle.com
Salt Lake City

BOOK A DEMO

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

# Re: Beagle Follow Up

1 message

**Bryce Brodner** <bryce-brodner@beagleforpm.com> Mon, Mar 2, 2026 at 4:43 PM
To: [redacted]
Cc: [redacted]
trevor@beagleforpm.com

Once a tenant pays that fee, they are enrolled, however they won't see any documentation until your end pays out the end-of-month invoice. Just a way to handle everything all at once.

Let me know if you have any other questions about billing!

On Mon, Mar 2, 2026 at 3:38 PM [redacted]

> Hello Bryce,
>
> Thank you.
> Once a tenant automatically pays the $20 are they automatically enrolled in the insurance program and are they sent the insurance coverage of liability?
>
> All the best, Cheers!
>
> [redacted]
>
> **Confidentiality Notice:** This email and any attachments are confidential and intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this email. Unauthorized use, disclosure, or distribution of this email or its contents is prohibited.
> **No Legal Binding:** This email may not be construed as an offer or acceptance of any contract unless explicitly stated otherwise in writing.
> **Virus Warning:** While reasonable precautions are taken to ensure this email is free from viruses, the sender cannot accept liability for any damage caused by viruses or other malicious software transmitted through this email.
>
> On Mon, Mar 2, 2026 at 4:28 PM Bryce Brodner <bryce-brodner@beagleforpm.com> wrote:
>
> > Hey [redacted]
> >
> > Here is a link that was provided to tenants but I will resend that notice so it appears at the top of their emails.
> > https://www.beaglenotice.com/programs[redacted]
> >
> > Feel free to share that link as well if any tenants ask from your perspective.

Best,

Bryce Brodner

On Mon, Mar 2, 2026 at 3:10 PM [redacted] wrote:

Hello Trevor,

We are shocked that the charges were added to all of the tenants accounts without our authorization or knowledge. Now we have tenants calling in to inquire about the additional charge.
Where is the marking material and explanation of the charge that we can provide our tenants?
Please get back to me as soon as possible.

All the best, Cheers!

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] This email and any attachments are confidential and intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this email. Unauthorized use, disclosure, or distribution of this email or its contents is prohibited.

**No Legal Binding:** This email may not be construed as an offer or acceptance of any contract unless explicitly stated otherwise in writing.

**Virus Warning:** While reasonable precautions are taken to ensure this email is free from viruses, the sender cannot accept liability for any damage caused by viruses or other malicious software transmitted through this email.

On Thu, Feb 12, 2026 at 7:45 PM Bryce Brodner <bryce-brodner@beagleforpm.com> wrote:

Hi [redacted]

I'm Bryce and will be your account manager and main point of contact moving forward.

I've attached below a list of 55 primary tenants who currently lack coverage listed in their Appfolio portal.

Everything on our side is set up within Appfolio so you can remove the User you created earlier and we're all set to just run off scheduled reports moving forward.
The last step for you is to reach back out to me letting me know I'm all good to notify tenants about their future coverage, hopefully sooner than later so they have the most amount of time before those charges take effect.
Also you'll need to reach out to Appfolio and request that GL code 4450 Tenant Liability Waiver is suppressed for every tenant. This needs to happen so that the charges are paid to you instead of the property owners. It's a relatively easy process of just contacting support through the Appfolio portal and requesting what I mentioned earlier.
Let me know if you have any questions.

On Wed, Feb 11, 2026 at 9:49 AM Trevor Hanson <trevor@beagleforpm.com> wrote:

Hi [redacted]

Thank you, [redacted] for connecting briefly this morning! I've looped in Bryce to this email, he will be your dedicated Account Manager and a great point of contact for anything you may need going forward. We are going to run your initial insurance audit and once that's complete, Bryce will reach out with the results of how many tenants we intend to send notices out to. Once you give us the green light, we'll send out those notices and be prepared for a March 1 roll out.

I've configured your Beagle program in your Beagle dashboard and attached your lease addendum to this email. Your program is as follows:

**<u>Beagle Program</u>**
Tenant Liability Waiver (TLW)- $100k Liability + $10k content + $4 admin fee = $20 cost to the tenant

Here is our template for a preliminary email you can send your tenants today. Feel free to edit and adjust as you'd like.

**<u>Preliminary Email</u>**
Suggested subject line: *IMPORTANT* Compliance Notice - Renters Insurance

Dear Tenant,

We have partnered with Beagle to ensure compliance of all our tenants with renters insurance requirements as stated in your lease. You may receive an email shortly from Beagle with a link to complete the Compliance Notice.

If you already have a policy in place, in Beagle's email you will see an option to upload your policy. Or you can cancel your existing policy and enroll in the waiver program which provides excellent coverage for a reasonable price.

If you do not already have a renters insurance policy, you do not need to take any action as we can enroll you in a tenant liability waiver at the cost of $20/mo. The waiver provides $10,000 of reimbursements for damage to your personal property, along with the required $100,000 of personal liability.

NOTE: Do not reply to this email with a copy of your policy. You must upload it via the link in Beagle's email.

Thank you,

Your Friends at [redacted]

Best,
Trevor Hanson
(760)-290-1473
Beagle

On Fri, Feb 6, 2026 at 1:09 PM Trevor Hanson <trevor@beagleforpm.com> wrote:

> Hi [redacted]
>
> Thank you for taking the time to connect with me today, it was great getting to meet you both virtually! As promised, here is a link to the calculator tool we used on the call as well as a link to our coverage page.
>
> I've looped in Nithin to this email, he will be your dedicated Account Manager and a great point of contact. He will join us on our call next week. Also, I apologize, I was mixing the time zones up when looking at my calendar so I sent over an invite for Tuesday at 4:00 ET. If that time doesn't work for you, you can click my calendar and book a time that works better for you.
>
> I've also included the link to create your Beagle Account. Once you see the digital confetti come down, you know you're complete. From there I will configure your program as follows:
>
> **<u>Beagle Program</u>**
> Tenant Liability Waiver (TLW)- $100k Liability + $10k personal content + $4 admin fee = $20
>
> **Meeting Recap and Next Steps:**
> 1- Create Beagle Account
> 2- Create Beagle user in Appfolio

3- Beagle runs initial insurance audit and identifies what tenants are required to have renters insurance and who is non-compliant
4- Send notices and add charges to non-compliant tenants
5- Be prepared for a March 1 roll out

If you have any questions, don't hesitate to reach out!

Best,
--

**Trevor Hanson**
Partnership Executive
(760) 290-1473
trevor@beagleforpm.com
joinbeagle.com
Salt Lake City

BOOK A DEMO

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

**Action Required: Renters Insurance Requirement; automatically enrolled in Beagle coverage**
1 message

[redacted]com> Mon, Mar 2, 2026 at 4:46 PM
[redacted]

beagle | FOX HOUND REALTY

Hi [redacted]

Your lease requires renters insurance, and you don't have a policy on file. You have been automatically enrolled in Beagle coverage, submit your own policy from the link below to unenroll.

View Details

Or copy and paste this link in your browser:
https://www.beaglenotice.com/programs[redacted]

Sincerely,
[redacted]

Beagle Labs, LLC

[redacted]

Questions? Reach out to Beagle customer support at jack@beagleforpm.com

**Failed to verify renter's insurance for** [redacted]
1 message

**Trudy @ Beagle** <trudy@beagleforpm.com> Mon, Mar 2, 2026 at 5:14 PM
To: [redacted]

View Your Dashboard

# Failed to verify renter's insurance for [redacted]

Failed to verify insurance

It looks like your tenant, [redacted] failed to verify their renter's insurance because:

• No interested parties found in the policy
- Incorrect value: None
- Correct value: [redacted]

**Tenant**

- [redacted]
- Zip Code: 29801

**Renters Insurance**

- [redacted]
- Liability Coverage: $100,000

View More Detail

You can reply directly to this email with your feedback or additional questions.

Got a question? Email us

473 Pine Street Floor 5,
San Francisco CA 94104

[redacted]

**Failed to verify renter's insurance for** [redacted]
1 message

**Trudy @ Beagle** <trudy@beagleforpm.com> Mon, Mar 2, 2026 at 5:51 PM
[redacted]

View Your Dashboard

# Failed to verify renter's insurance for [redacted]

Failed to verify insurance

It looks like your tenant, [redacted], failed to verify their renter's insurance because:

- [redacted]

**Tenant**

- [redacted]
- [redacted]a
- Zip Code: 29801

**Renters Insurance**

- [redacted]
- Liability Coverage: $100,000

View More Detail

You can reply directly to this email with your feedback or additional questions.

Got a question? Email us

473 Pine Street Floor 5,
San Francisco CA 94104

**Fwd: Beagle Follow Up | [redacted]**
1 message

[redacted]

This is an Insurance Company that works with AppFolio
Please join me for this meeting.

Cheers

[redacted] 29803

---------- Original Message ----------
From: Luan Nguyen <luan@beagleforpm.com>
[redacted]

Hi [redacted]

Hope you doing well!

Looking forward to connecting.

Best,
[redacted]

Join with Google Meet

**Meeting link**

meet.google.com/rnv-ppdi-bon

**Join by phone**

(US) +1 504-941-9924

PIN: 729512512

More phone numbers

## Beagle Follow Up | [redacted]

Thursday Feb 5, 2026 · 1:30pm – 2pm (Central Time - Chicago)

Appfolio

100

**803-215-6166**

[redacted] organizer

.com

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

# Re: Beagle Follow Up

1 message

**Bryce Brodner** <bryce-brodner@beagleforpm.com> Thu, Feb 12, 2026 at 7:45 PM
To: [redacted]

Hi [redacted]

I'm Bryce and will be your account manager and main point of contact moving forward.

I've attached below a list of 55 primary tenants who currently lack coverage listed in their Appfolio portal.

Everything on our side is set up within Appfolio so you can remove the User you created earlier and we're all set to just run off scheduled reports moving forward.
The last step for you is to reach back out to me letting me know I'm all good to notify tenants about their future coverage, hopefully sooner than later so they have the most amount of time before those charges take effect.
Also you'll need to reach out to Appfolio and request that GL code 4450 Tenant Liability Waiver is suppressed for every tenant. This needs to happen so that the charges are paid to you instead of the property owners. It's a relatively easy process of just contacting support through the Appfolio portal and requesting what I mentioned earlier.
Let me know if you have any questions.

On Wed, Feb 11, 2026 at 9:49 AM Trevor Hanson <trevor@beagleforpm.com> wrote:

> Hi [redacted]
>
> Thank you, [redacted] for connecting briefly this morning! I've looped in Bryce to this email, he will be your dedicated Account Manager and a great point of contact for anything you may need going forward. We are going to run your initial insurance audit and once that's complete, Bryce will reach out with the results of how many tenants we intend to send notices out to. Once you give us the green light, we'll send out those notices and be prepared for a March 1 roll out.
>
> I've configured your Beagle program in your Beagle dashboard and attached your lease addendum to this email. Your program is as follows:
>
> **Beagle Program**
> Tenant Liability Waiver (TLW)- $100k Liability + $10k content + $4 admin fee = $20 cost to the tenant
>
> Here is our template for a preliminary email you can send your tenants today. Feel free to edit and adjust as you'd like.
>
> **Preliminary Email**
> Suggested subject line: *IMPORTANT* Compliance Notice - Renters Insurance
>
> Dear Tenant,
>
> We have partnered with Beagle to ensure compliance of all our tenants with renters insurance requirements as stated in your lease. You may receive an email shortly from Beagle with a link to complete the Compliance Notice.
>
> If you already have a policy in place, in Beagle's email you will see an option to upload your policy. Or you can cancel your existing policy and enroll in the waiver program which provides excellent coverage for a reasonable price.
>
> If you do not already have a renters insurance policy, you do not need to take any action as we can enroll you in a tenant liability waiver at the cost of $20/mo. The waiver provides $10,000 of reimbursements for damage to your personal property, along with the required $100,000 of personal liability.
>
> NOTE: Do not reply to this email with a copy of your policy. You must upload it via the link in Beagle's email.
>
> Thank you,

Your [redacted]

Best,
Trevor Hanson
(760)-290-1473
Beagle

On Fri, Feb 6, 2026 at 1:09 PM Trevor Hanson <trevor@beagleforpm.com> wrote:

Hi [redacted]

Thank you for taking the time to connect with me today, it was great getting to meet you both virtually! As promised, here is a link to the calculator tool we used on the call as well as a link to our coverage page.

I've looped in Nithin to this email, he will be your dedicated Account Manager and a great point of contact. He will join us on our call next week. Also, I apologize, I was mixing the time zones up when looking at my calendar so I sent over an invite for Tuesday at 4:00 ET. If that time doesn't work for you, you can click my calendar and book a time that works better for you.

I've also included the link to create your Beagle Account. Once you see the digital confetti come down, you know you're complete. From there I will configure your program as follows:

**Beagle Program**
Tenant Liability Waiver (TLW)- $100k Liability + $10k personal content + $4 admin fee = $20

**Meeting Recap and Next Steps:**
1- Create Beagle Account
2- Create Beagle user in Appfolio
3- Beagle runs initial insurance audit and identifies what tenants are required to have renters insurance and who is non-compliant
4- Send notices and add charges to non-compliant tenants
5- Be prepared for a March 1 roll out

If you have any questions, don't hesitate to reach out!

Best,
--

beagle

BOOK A DEMO

**Trevor Hanson**
Partnership Executive
(760) 290-1473
trevor@beagleforpm.com
joinbeagle.com
Salt Lake City

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

---

[redacted]
17K

Gmail [redacted]

## Re: Re: Beagle Follow Up

1 message

[redacted] Thu, Feb 12, 2026 at 8:35 AM

Yes I spoke to Trevor yesterday and set them up in at Folio now they're just running an audit through all the tenants to see who has and who does not have renter's insurance uploaded on to their portal
All the best, Cheers!

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Confidentiality Notice:** This email and any attachments are confidential and intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately and delete this email. Unauthorized use, disclosure, or distribution of this email or its contents is prohibited.
**No Legal Binding:** This email may not be construed as an offer or acceptance of any contract unless explicitly stated otherwise in writing.
**Virus Warning:** While reasonable precautions are taken to ensure this email is free from viruses, the sender cannot accept liability for any damage caused by viruses or other malicious software transmitted through this email.

On Wed, Feb 11, 2026 at 9:31 PM [redacted]

> Let's do this
>
> Okay?
>
> Cheers
>
> [redacted]
>
> [redacted]
>
> [redacted]
>
> [redacted]

[redacted] #342
Aiken, SC 29803

---------- Original Message ----------
[redacted]
Date: 02/11/2026 10:49 AM EST
Subject: Re: Beagle Follow Up

Hi [redacted]

Thank you, [redacted] for connecting briefly this morning! I've looped in Bryce to this email, he will be your dedicated Account Manager and a great point of contact for anything you may need going forward. We are going to run your initial insurance audit and once that's complete, Bryce will reach out with the results of how many tenants we intend to send notices out to. Once you give us the green light, we'll send out those notices and be prepared for a March 1 roll out.

I've configured your Beagle program in your Beagle dashboard and attached your lease addendum to this email. Your program is as follows:

**Beagle Program**
Tenant Liability Waiver (TLW)- $100k Liability + $10k content + $4 admin fee = $20 cost to the tenant

Here is our template for a preliminary email you can send your tenants today. Feel free to edit and adjust as you'd like.

**Preliminary Email**
Suggested subject line: *IMPORTANT* Compliance Notice - Renters Insurance

Dear Tenant,

We have partnered with Beagle to ensure compliance of all our tenants with renters insurance requirements as stated in your lease. You may receive an email shortly from Beagle with a link to complete the Compliance Notice.

If you already have a policy in place, in Beagle's email you will see an option to upload your policy. Or you can cancel your existing policy and enroll in the waiver program which provides excellent coverage for a reasonable price.

If you do not already have a renters insurance policy, you do not need to take any action as we can enroll you in a tenant liability waiver at the cost of $20/mo. The waiver provides $10,000 of reimbursements for damage to your personal property, along with the required $100,000 of personal liability.

NOTE: Do not reply to this email with a copy of your policy. You must upload it via the link in Beagle's email.

Thank you,

[redacted]

Best,
Trevor Hanson
(760)-290-1473
Beagle

On Fri, Feb 6, 2026 at 1:09 PM Trevor Hanson <trevor@beagleforpm.com> wrote:

Hi [redacted]

Thank you for taking the time to connect with me today, it was great getting to meet you both virtually! As promised, here is a link to the calculator tool we used on the call as well as a link to our coverage page.

I've looped in Nithin to this email, he will be your dedicated Account Manager and a great point of contact. He will join us on our call next week. Also, I apologize, I was mixing the time zones up when looking at my calendar so I sent over an invite for Tuesday at 4:00 ET. If that time doesn't work for you, you can click my calendar and book a time that works better for you.

I've also included the link to create your Beagle Account. Once you see the digital confetti come down, you know you're complete. From there I will configure your program as follows:

**Beagle Program**
Tenant Liability Waiver (TLW)- $100k Liability + $10k personal content + $4 admin fee = $20

**Meeting Recap and Next Steps:**
1- Create Beagle Account
2- Create Beagle user in Appfolio
3- Beagle runs initial insurance audit and identifies what tenants are required to have renters insurance and who is non-compliant
4- Send notices and add charges to non-compliant tenants
5- Be prepared for a March 1 roll out

If you have any questions, don't hesitate to reach out!

Best,
--

**Trevor Hanson**
Partnership Executive
(760) 290-1473
trevor@beagleforpm.com
joinbeagle.com
Salt Lake City

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

# Missed you earlier

1 message

**Joshua Johnson** <joshua.johnson@beagleforpm.com> Thu, Jan 8, 2026 at 3:37 PM
To: [redacted]

[redacted]

Looks like we just missed each other for our meeting today. Totally understand how things come up. I'd still love to connect and walk you through what we're doing with teams to simplify insurance compliance and create new revenue each month.

Would Friday or Monday between 10 and 2 work better on your end?

Joshua J. Johnson
Head of Sales | Beagle
C: 469-927-9312 | E: Joshua.Johnson@beagleforpm.com
www.beagleforpm.com | LinkedIn

beagle

Building trust. Protecting what matters.

[redacted]

**Failed to verify renter's insurance for** [redacted]
1 message

**Trudy @ Beagle** <trudy@beagleforpm.com> Tue, Mar 3, 2026 at 9:06 PM
[redacted]

View Your Dashboard

beagle

# Failed to verify renter's insurance for [redacted]

Failed to verify insurance

It looks like your tenant, [redacted] failed to verify their renter's insurance because:

• Tenant information does not match policy holder

### Tenant

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

### Renters Insurance

- [redacted]
- [redacted]
- [redacted] $100,000

View More Detail

You can reply directly to this email with your feedback or additional questions.

Got a question? Email us

473 Pine Street Floor 5,
San Francisco CA 94104

Gmail [redacted]

**Failed to verify renter's insurance for** [redacted]

1 message

[redacted]

View Your Dashboard

# Failed to verify renter’s insurance for [redacted]

Failed to verify insurance

It looks like your tenant, [redacted]r, failed to verify their renter’s insurance because:

• Tenant information does not match policy holder

**Tenant**

- [redacted]

**Renters Insurance**

- [redacted]
- Liability Coverage: $100,000

View More Detail

You can reply directly to this email with your feedback or additional questions.

Got a question? Email us

473 Pine Street Floor 5,
San Francisco CA 94104

Gmail

**Successfully verified renter's insurance for** [redacted]

1 message

[redacted]

View Your Dashboard

beagle

# Successfully verified renter’s insurance for [redacted]

Successfully verified insurance

**Tenant**

- [redacted]

**Renters Insurance**

- [redacted]
- Liability Coverage: $100,000

View More Detail

You can reply directly to this email with your feedback or additional questions.

Got a question? Email us

473 Pine Street Floor 5,
San Francisco CA 94104

Gmail [redacted]

**Failed to verify renter's insurance for** [redacted]
1 message

**Trudy @ Beagle** <trudy@beagleforpm.com> Tue, Mar 3, 2026 at 9:28 AM
To: ' [redacted]

View Your Dashboard

# Failed to verify renter's insurance for [redacted]

Failed to verify insurance

[redacted]

[redacted]

- [redacted]
- Liability Coverage: $100,000

View More Detail

You can reply directly to this email with your feedback or additional questions.

Got a question? Email us

473 Pine Street Floor 5,
San Francisco CA 94104

Gmail

# Updated invitation: [redacted]

1 message

**Trevor Hanson** <trevor@beagleforpm.com> Wed, Feb 11, 2026 at 10:08 AM
Reply-To: Trevor Hanson <trevor@beagleforpm.com>
[redacted]

**This event has been updated**
**Changed:** time

Join with Google Meet

**Meeting link**
meet.google.com/qpf-wrcd-mxo

**Join by phone**
(US) +1 929-276-0438
PIN: 727439162

More phone numbers

**When** CHANGED
Wednesday Feb 11, 2026 · 10am – 10:45am (Eastern Time - New York)
~~Tuesday Feb 10, 2026 · 4pm – 4:45pm (Eastern Time - New York)~~

**Guests**
Trevor Hanson - organizer
Nithin
[redacted]
**View all guest info**

**Reply** for [redacted]

Yes | No | Maybe | More options

Invitation from Google Calendar

You are receiving this email because you are subscribed to calendar notifications. To stop receiving these emails, go to Calendar settings, select this calendar, and change "Other notifications".

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more



CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

---

**invite.ics**
3K

Gmail [redacted]

## Updated invitation: [redacted]

1 message

**Trevor Hanson** <trevor@beagleforpm.com> Wed, Feb 11, 2026 at 10:24 AM
Reply-To: Trevor Hanson <trevor@beagleforpm.com>
[redacted]

**This event has been updated**

**Changed:** description

Join with Google Meet

**Meeting link**

meet.google.com/qpf-wrcd-mxo

**Join by phone**

(US) +1 929-276-0438
PIN: 727439162

More phone numbers

**Description** CHANGED

View Recording

Overview

Confirmed Beagle account creation and AppFolio user setup; Trevor provided link, and invite successfully received after custom domain routing.
Reconfirmed insurance program: $100k liability, $10k contents coverage, $4 admin fee, totaling $20/month charged to tenants.
Next step is initial insurance audit to determine compliant vs noncompliant residents within AppFolio before sending notices.
Rollout timing targeted for March 1; notices will be sent after [redacted] provides the green light.
Trevor will send preliminary resident email template and lease addendum PDF; configure program within Google dashboard and loop in account manager.
Beagle Account and AppFolio User Setup

[redacted] completed Beagle account creation; confirmation noted by on-screen confetti; Trevor prepared to proceed into AppFolio configuration.
In AppFolio, created new user: first name Compliance, last name Reports, role Accounting/Accountant, then saved to generate invite.
Invite was routed via custom domain to reports inbox; Trevor confirmed invite receipt and readiness to begin processing.
No additional permissions toggles required for the user; purpose is to enable compliance reporting and insurance auditing.
Insurance Program Parameters and Tenant Pricing

Reiterated selected coverage: $100,000 liability, $10,000 contents, with a $4 admin fee included in tenant monthly charge.
Total tenant cost confirmed at $20 per month; Trevor will document these details in a follow-up email [redacted]
Program designed to monitor compliance and notify noncompliant residents, leveraging AppFolio data and Beagle reporting integration.
Initial Audit and March 1 Rollout Plan

Initial insurance audit will identify compliant vs noncompliant tenants; results shared by assigned account manager for review.
Notices to noncompliant residents will be prepared and queued; sending contingent on [redacted] approval following audit findings.
Targeted go-live date is March 1; team aligning timelines to ensure notices and configurations are ready beforehand.
Account manager will likely be Nitin or Bryce; they will serve as primary contact for audit results and rollout coordination.
Resident Communications and Documentation

[redacted] requested a preliminary resident letter/email template; Trevor will provide editable content for company-branded communications to support rollout.
Trevor will send the lease addendum PDF so [redacted] can copy relevant text into resident notices as needed.
Program configuration will be completed in the Google dashboard; related materials sent in the same email introducing the account manager.

**When**

Wednesday Feb 11, 2026 · 10am – 10:45am (Eastern Time - New York)

**Guests**
Trevor Hanson - organizer
Nithin
[redacted]

**View all guest info**

**Reply** [redacted]

Yes | No | Maybe | More options

Invitation from Google Calendar

You are receiving this email because you are subscribed to calendar notifications. To stop receiving these emails, go to Calendar settings, select this calendar, and change "Other notifications".

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

---

**invite.ics**
5K

# Re: Beagle Follow Up

1 message

**Trevor Hanson** <trevor@beagleforpm.com> Wed, Feb 11, 2026 at 10:49 AM
[redacted] Bryce Brodner <bryce-brodner@beagleforpm.com>

[redacted]

Thank you, [redacted] for connecting briefly this morning! I've looped in Bryce to this email, he will be your dedicated Account Manager and a great point of contact for anything you may need going forward. We are going to run your initial insurance audit and once that's complete, Bryce will reach out with the results of how many tenants we intend to send notices out to. Once you give us the green light, we'll send out those notices and be prepared for a March 1 roll out.

I've configured your Beagle program in your Beagle dashboard and attached your lease addendum to this email. Your program is as follows:

**Beagle Program**
Tenant Liability Waiver (TLW)- $100k Liability + $10k content + $4 admin fee = $20 cost to the tenant

Here is our template for a preliminary email you can send your tenants today. Feel free to edit and adjust as you'd like.

**Preliminary Email**
Suggested subject line: *IMPORTANT* Compliance Notice - Renters Insurance

Dear Tenant,

We have partnered with Beagle to ensure compliance of all our tenants with renters insurance requirements as stated in your lease. You may receive an email shortly from Beagle with a link to complete the Compliance Notice.

If you already have a policy in place, in Beagle's email you will see an option to upload your policy. Or you can cancel your existing policy and enroll in the waiver program which provides excellent coverage for a reasonable price.

If you do not already have a renters insurance policy, you do not need to take any action as we can enroll you in a tenant liability waiver at the cost of $20/mo. The waiver provides $10,000 of reimbursements for damage to your personal property, along with the required $100,000 of personal liability.

NOTE: Do not reply to this email with a copy of your policy. You must upload it via the link in Beagle's email.

Thank you,

Your [redacted]

Best,
Trevor Hanson
(760)-290-1473
Beagle

On Fri, Feb 6, 2026 at 1:09 PM Trevor Hanson <trevor@beagleforpm.com> wrote:

> Hi [redacted]
>
> Thank you for taking the time to connect with me today, it was great getting to meet you both virtually! As promised, here is a link to the calculator tool we used on the call as well as a link to our coverage page.

I've looped in Nithin to this email, he will be your dedicated Account Manager and a great point of contact. He will join us on our call next week. Also, I apologize, I was mixing the time zones up when looking at my calendar so I sent over an invite for Tuesday at 4:00 ET. If that time doesn't work for you, you can click my calendar and book a time that works better for you.

I've also included the link to create your Beagle Account. Once you see the digital confetti come down, you know you're complete. From there I will configure your program as follows:

**Beagle Program**
Tenant Liability Waiver (TLW)- $100k Liability + $10k personal content + $4 admin fee = $20

**Meeting Recap and Next Steps:**
1- Create Beagle Account
2- Create Beagle user in Appfolio
3- Beagle runs initial insurance audit and identifies what tenants are required to have renters insurance and who is non-compliant
4- Send notices and add charges to non-compliant tenants
5- Be prepared for a March 1 roll out

If you have any questions, don't hesitate to reach out!

Best,
--

beagle

BOOK A DEMO

**Trevor Hanson**
Partnership Executive
(760) 290-1473
trevor@beagleforpm.com
joinbeagle.com
Salt Lake City

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential, proprietary, or sensitive business information, and the email and attachments are intended only for the addressee(s). If you are not an intended recipient, please notify the sender and delete this email. Any unauthorized review, use, disclosure, or distribution is prohibited.

---

**TLW (12).pdf**
215K

Gmail [redacted]>

# Invitation from an unknown sender: Beagle Demo @ Thu Jan 8, 2026 3:30pm - 4pm (EST)

[redacted]

1 message

**Anthony D'Angelo** <anthony@beagleforpm.com> Wed, Jan 7, 2026 at 3:21 PM
Reply-To: Anthony D'Angelo <anthony@beagleforpm.com>
To: [redacted] Bryce Hase <bryce@beagleforpm.com>, [redacted]

**[redacted] event isn't in your calendar yet**

You haven't interacted with anthony@beagleforpm.com before. Do you want to automatically add this and future invitations from them to your calendar?

**Add to calendar**

Join with Google Meet

**Meeting link**

meet.google.com/uwn-uzyt-mbp

**Join by phone**

(US) +1 402-868-0141
PIN: 424527838

More phone numbers

100 doors
Appfolio

**When**

Thursday Jan 8, 2026 · 3:30pm – 4pm (Eastern Time - New York)

**Guests**

[redacted]

**View all guest info**

**Reply** [redacted]

Yes | No | Maybe | More options

Invitation from Google Calendar

You are receiving this email because you are subscribed to calendar notifications. To stop receiving these emails, go to Calendar settings, select this calendar, and change "Other notifications".

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more

**invite.ics**
3K

**Successfully verified renter's insurance for** [redacted]
1 message

[redacted]

View Your Dashboard

# Successfully verified renter’s insurance for [redacted]

Successfully verified insurance

**Tenant**

- [redacted]

[redacted]

- [redacted]
- Liability Coverage: $100,000

View More Detail

You can reply directly to this email with your feedback or additional questions.

Got a question? Email us

473 Pine Street Floor 5,
San Francisco CA 94104