# EXHIBIT B

Brian Procel (Cal. Bar No. 218657)
Brian@Procel-Law.com
Jeremiah Levine (Cal. Bar No. 288377)
Jeremiah@ProcelLevine.com
Marty Pritikin (Cal. Bar No. 210845)
Marty@Procel-Law.com
**PROCEL LEVINE LLP**
401 Wilshire Blvd, Fl 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538

*Attorneys for Defendant AppFolio, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,

Plaintiffs,

v.

APPFOLIO, INC., a California corporation,

Defendant.

Case No. 25-cv-12248-JFW-SSC

**DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF**

Pursuant to Federal Rule of Civil Procedure 34, Defendant AppFolio, Inc., ("AppFolio") by and through its undersigned counsel, hereby requests that Plaintiff BEAGLE TECHNOLOGY, INC., responds to the following interrogatories within thirty days.

## Definitions

1. **"Covered Domains"** means pmportfolio.cc, portfolioanalysis.cc, portfolioreview.cc, portfoliopm.cc, fortwaynegroup.cc, scheduledreports.info, residentliability.com, and any other domain registered by or on behalf of You after December 1, 2025.

2. "**Customer Domain Accounts**" means email accounts that use the domain of an AppFolio customer to establish an email account for You.

3. "**Terms of Service**" means the agreements between AppFolio and its customers, the current versions of which are listed here: https://www.appfolio.com/terms

4. "**Your**" and "**Your**" include the entity to which this Request is addressed, and all of that entity's parents, subsidiaries, affiliates, agents, representatives, and attorneys.

## Requests For Admission

### Request For Admission No. 1

Admit that You registered the Covered Domains.

### Request For Admission No. 2

Admit that You used the Covered Domains to get user access to AppFolio databases.

### Request For Admission No. 3

Admit that by December 1, 2025, You knew that AppFolio's Terms of Service stated that third parties are not permitted to access or use the Services (as defined in AppFolio's Terms of Service) without AppFolio's prior consent.

### Request For Admission No. 4

Admit that AppFolio has never given consent for You to access the Services (as defined in AppFolio's Terms of Service).

**Request For Admission No. 5**

Admit that by December 1, 2025, You knew that AppFolio's relationship with its customers is governed by AppFolio's Terms of Service.

**Request For Admission No. 6**

Admit that you have cooperated with AppFolio customers to obtain user access to AppFolio databases through the Covered Domains.

**Request For Admission No. 7**

Admit that AppFolio customers have given You user access to AppFolio databases through the Covered Domains.

**Request For Admission No. 8**

Admit that You accessed at least 60 AppFolio customer databases through user accounts associated with email addresses that use the Covered Domains.

**Request For Admission No. 9**

Admit that You instructed, requested, or cooperated with AppFolio customers to create Customer Domain Accounts.

**Request For Admission No. 10**

Admit that You used Customer Domain Accounts to access AppFolio customer databases.

**Request For Admission No. 11**

Admit that You encouraged AppFolio's customers to complain to AppFolio concerning the ability to work with Beagle.

**Request For Admission No. 12**

Admit that one purpose of the Covered Domains and Your use of Customer Domain Accounts was to prevent AppFolio from deactivating user accounts used by Beagle to access customer databases

**Request For Admission No. 13**

Admit that one purpose of Your use of Customer Domain Accounts was to prevent AppFolio from deactivating user accounts used by Beagle to access customer databases.

DATED this 4th day of March, 2026.

*/s/* Jeremiah Levine

Brian Procel
Jeremiah Levine
Marty Pritikin
**PROCEL LEVINE, LLP**
401 Wilshire Blvd, Fl 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538

Attorneys for Defendant
AppFolio, Inc.