# EXHIBIT C

Brian Procel (Cal. Bar No. 218657)
Brian@Procel-Law.com
Jeremiah Levine (Cal. Bar No. 288377)
Jeremiah@ProcelLevine.com
Marty Pritikin (Cal. Bar No. 210845)
Marty@Procel-Law.com
**PROCEL LEVINE LLP**
401 Wilshire Blvd, Fl 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538

*Attorneys for Defendant AppFolio, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,

Plaintiffs,

v.

APPFOLIO, INC., a California corporation,

Defendant.

Case No. 25-cv-12248-JFW-SSC

**DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF**

Pursuant to Federal Rule of Civil Procedure 34, Defendant AppFolio, Inc., by and through its undersigned counsel, hereby requests that Plaintiff BEAGLE LABS, INC. responds to the following Requests for Production of Documents within thirty days.

**Definitions**

1. **"Account Closure"** means AppFolio's deactivation, on or around January 9, 2026, of user accounts used by Beagle to access AppFolio customer databases.

2. **"Communication"** means any written, electronic, or oral exchange of information, including but not limited to emails, text messages, Slack or Teams messages, internal memoranda, notes, and any records generated by automated systems.

3. **"Covered Domains"** means pmportfolio.cc, portfolioanalysis.cc, portfolioreview.cc, portfoliopm.cc, fortwaynegroup.cc, scheduledreports.info, residentliability.com, and any other domain registered by or on behalf of You after December 1, 2025.

4. "**Customer Domain Accounts**" means email accounts that use the domain of an AppFolio customer to establish an email account for You.

5. "**Document**" means any written, recorded, or graphic material of any kind, whether prepared by you or by any other person, that is in your possession, custody, or control. The term "document" includes all forms of written communication, including emails. "Document" also includes electronically stored data from which information can be obtained either directly or by translation through detection devices or readers; any such document is to be produced in a reasonably legible and usable form. The term "document" includes all drafts of a document and all copies that differ in any respect from the original, including any notation, underlining, marking, or information not on the original. The term also includes information stored in, or accessible through, computer or other

information retrieval systems (including any computer archives or back-up systems), together with instructions and all other materials necessary to use or interpret such data compilations. Without limitation on the term "control" as used in the preceding paragraph, a document is deemed to be in your control if you have the right to secure the document or a copy thereof from another person.

6. "**Terms of Service**" means the agreements between AppFolio and its customers, the current versions of which are listed here: https://www.appfolio.com/terms

7. "**Your**" and "**Your**" include the entity to which this Request is addressed, and all of that entity's parents, subsidiaries, affiliates, agents, representatives, and attorneys.

## Requests for Production

### Request No. 1

All Documents and Communications relating to the Covered Domains.

### Request No. 2

All registrar account records, ownership transfer records, and payment records relating to the Covered Domains, including records showing the identity of the registrant, administrative contact, and billing contact for each domain.

### Request No. 3

All Documents and Communications comparing or evaluating the use of Beagle-branded email addresses (e.g., reports@beagleforpm.com) versus generic or non-Beagle-branded email addresses for accessing AppFolio.

### Request No. 4

All Documents and Communications between You and any past or present AppFolio customer relating to the creation of user accounts for Your access to that customer's AppFolio database.

### Request No. 5

Documents sufficient to identify all of Your user accounts in AppFolio databases.

**Request No. 6**

All Documents and Communications addressing AppFolio's Terms of Service.

**Request No. 7**

All Documents and Communications between You and any AppFolio customer that reference, describe, or relate to AppFolio's Terms of Service, including any discussion of restrictions on third-party access to AppFolio customer accounts.

**Request No. 8**

All Documents and Communications that discuss or relate to:

(a) the Account Closure;

(b) strategies for continuing to access AppFolio after the Account Closure; or

(c) risk of AppFolio detecting Your activity in AppFolio databases.

**Request No. 9**

All project plans, roadmaps, task lists, ticket systems or similar Documents relating to Your plan to regain access to AppFolio after the Account Closure.

**Request No. 10**

All Documents and Communications between You and any AppFolio customer that reference, describe, or relate to You obtaining access to an AppFolio database after the Account Closure.

**Request No. 11**

Documents sufficient to show all revenue generated by You from services performed for AppFolio customers to whose accounts You had user access after the Account Closure.

**Request No. 12**

All Documents describing all processes by which You obtained access to AppFolio customer databases.

**Request No. 13**

All Documents and Communications relating to the Customer Domain Accounts.

DATED this 4th day of March, 2026.

/s/ Jeremiah Levine

Brian Procel
Jeremiah Levine
Marty Pritikin
**PROCEL LEVINE, LLP**
401 Wilshire Blvd, Fl 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538

Attorneys for Defendant
AppFolio, Inc.