# EXHIBIT F

Brian Procel (Cal. Bar No. 218657)
Brian@Procel-Law.com
Jeremiah Levine (Cal. Bar No. 288377)
Jeremiah@ProcelLevine.com
Marty Pritikin (Cal. Bar No. 210845)
Marty@Procel-Law.com
**PROCEL LEVINE LLP**
401 Wilshire Blvd, Fl 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538

*Attorneys for Defendant AppFolio, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,

Plaintiffs,

v.

APPFOLIO, INC., a California corporation,

Defendant.

Case No. 25-cv-12248-JFW-SSC

**DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF**

Pursuant to Federal Rule of Civil Procedure 33, Defendant AppFolio, Inc., by and through its undersigned counsel, hereby requests that Plaintiff BEAGLE TECHNOLOGIES, INC. respond to the following interrogatories within thirty days.

## Definitions

1. **"Account Closure"** means AppFolio's deactivation, on or around January 9, 2026, of user accounts used by Beagle to access AppFolio customer databases.

2. **"Communication"** means any written, electronic, or oral exchange of information, including but not limited to emails, text messages, Slack or Teams messages, internal memoranda, notes, and any records generated by automated systems.

3. **"Covered Domains"** means pmportfolio.cc, portfolioanalysis.cc, portfolioreview.cc, portfoliopm.cc, fortwaynegroup.cc, scheduledreports.info, residentliability.com, and any other domain registered by or on behalf of You after December 1, 2025.

4. "**Customer Domain Accounts**" means email accounts that use the domain of an AppFolio customer to establish an email account for You.

5. "**Document**" means any written, recorded, or graphic material of any kind, whether prepared by you or by any other person, that is in your possession, custody, or control. The term "document" includes all forms of written communication, including emails. "Document" also includes electronically stored data from which information can be obtained either directly or by translation through detection devices or readers; any such document is to be produced in a reasonably legible and usable form. The term "document" includes all drafts of a document and all copies that differ in any respect from the original, including any notation, underlining, marking, or information not on the original. The term also includes information stored in, or accessible through, computer or other

information retrieval systems (including any computer archives or back-up systems), together with instructions and all other materials necessary to use or interpret such data compilations. Without limitation on the term "control" as used in the preceding paragraph, a document is deemed to be in your control if you have the right to secure the document or a copy thereof from another person.

6. "**Your**" and "**Your**" include the entity to which this Request is addressed, and all of that entity's parents, subsidiaries, affiliates, agents, representatives, and attorneys.

## Interrogatories

### Interrogatory No. 1

Identify all internet domains registered, purchased, leased, or otherwise acquired by You since December 1, 2025.

### Interrogatory No. 2

For each of the Covered Domains, identify all email addresses created using that domain, and for each such address state:

Which AppFolio customers' databases were accessed using that email address;

The actions You took using that email address in each AppFolio customer database.

### Interrogatory No. 5

Describe in detail the circumstances under which You decided to begin accessing AppFolio databases through user accounts that have an email address associated with the Covered Domains or an AppFolio customers' email domain, including:

The person(s) who made or participated in the decision;

All reasons for the change; and

How avoiding detection by AppFolio factored into the decision.

### Interrogatory No. 9

Describe all processes by which You obtained access to AppFolio customer databases after the Account Closure, including the technical method(s) used.

**Interrogatory No. 10**

Identify by Bates number all Documents reflecting Communications between You and any AppFolio Customer that discuss, relate to, or reference creation of new AppFolio user accounts after the Account Closure.

**Interrogatory No. 12**

Identify all Documents reflecting Communications internal to or between Plaintiffs in this matter from December 1, 2025, through the present that discuss, reference, or relate to strategies for continuing to access AppFolio databases following the Account Closure.

**Interrogatory No. 13**

Describe in detail how You were harmed by Defendant's conduct described in the Complaint in this matter.

**Interrogatory No. 14**

Identify by Bates number all Documents that support Your assertion that Plaintiffs are "“play[ing] a game of whack-a-mole" by "using new domains."

**Interrogatory No. 15**

Identify by Bates number Documents sufficient to show the processes by which You obtained access to AppFolio customer databases after the Account Closure.

**Interrogatory No. 16**

Identify by Bates number all sales scripts, talk tracks, talking points, or other guidance for sales and marketing that address establishing user accounts in AppFolio databases since the Account Closure.

**Interrogatory No. 17**

Identify all AppFolio customers to whose AppFolio databases you have had

user access since the Account Closure.

**Interrogatory No. 18.**

Identify all Customer Domain Accounts.

DATED this 4th day of March, 2026.

*/s/* Jeremiah Levine

Brian Procel
Jeremiah Levine
Marty Pritikin
**PROCEL LEVINE, LLP**
401 Wilshire Blvd, Fl 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538

Attorneys for Defendant
AppFolio, Inc.