Brian Procel (Cal. Bar No. 218657)
Brian@ProcelLevine.com
Jeremiah Levine (Cal. Bar No. 288377)
Jeremiah@ProcelLevine.com
Marty Pritikin (Cal. Bar No. 210845)
Marty@ProcelLevine.com
**PROCEL LEVINE LLP**
401 Wilshire Blvd, Fl 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538

*Attorneys for Defendant AppFolio, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPFOLIO, INC., a California corporation,<br><br>Defendant. | Case No.  25-cv-12248-JFW-SSC<br><br>**DECLARATION OF NATHANIEL DELAGE IN SUPPORT OF DEFENDANT APPFOLIO, INC.'S REPLY IN SUPPORT OF MOTION TO MODIFY SCHEDULING ORDER AND FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS, OR IN THE ALTERNATIVE FOR LEAVE TO FILE SUPPLEMENTAL PLEADING ASSERTING COUNTERCLAIMS** |

## <u>DECLARATION OF NATHANIEL DELAGE</u>

I, NATHANIEL DELAGE, declare as follows:

I make this declaration in support of Defendant AppFolio, Inc.'s Reply in Support of its Motion to Modify Scheduling Order and for Leave to File Amended Answer and Counterclaims. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I could and would testify competently thereto.

1.      I am Director, Software Engineering, for AppFolio, and I have been employed by AppFolio for approximately eight years. I am personally responsible for managing AppFolio's technical security efforts related to Beagle.

2.      As used in this declaration, "masked user-accounts" are user accounts created under domains matching or closely resembling the name or domain name of the AppFolio customer in whose database the account appears.

3.      Since the filing of my May 8, 2026 declaration in support of AppFolio's Motion to Modify Scheduling Order, I have continued the security and investigative work I perform managing AppFolio's response to Beagle's unauthorized access of its platform.

4.      Between May 8, 2026 and the date of this declaration, AppFolio has identified at least 10 additional masked user-accounts attributable to Beagle. Each

1

of these accounts was created on or after May 8, 2026 under a domain matching or closely resembling the name or domain name of the AppFolio customer in whose database the account appeared.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 1st day of June , 2026, at Santa Barbara California.

_____
Nathaniel Delage

2