**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 25-12248-JFW(SSCx)**                                    Dated: June 12, 2026

Title:         Beagle Labs, Inc., et al. -v- AppFolio, Inc.

**PRESENT:**
**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    **Shannon Reilly**                                **None Present**
    **Courtroom Deputy**                            **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                            None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TAKING UNDER SUBMISSION DEFENDANT APPFOLIO, INC.'S MOTION TO MODIFY SCHEDULING ORDER AND FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS, OR IN THE ALTERNATIVE FOR LEAVE SUPPLEMENTAL PLEADING ASSERTING COUNTERCLAIMS [filed 5/8/206; Docket No. 77]**

    Defendant AppFolio, Inc.'s Motion to Modify Scheduling Order and for Leave to file Amended Answer and Counterclaims, or in the Alternative for Leave to File Supplemental Pleading Asserting Counterclaims is currently on calendar for June 15, 2026 at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for June 15, 2026 is hereby vacated and the matter is taken off calendar.  The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

    IT IS SO ORDERED.

Initials of Deputy Clerk __sr__