# EXHIBIT 1

AMENDED DECLARATION OF LEAD TRIAL COUNSEL

## <u>DECLARATION OF DAVID S. BLOCH</u>

I, David Bloch, declare as follows:

1.    I am an attorney at law duly licensed to practice before all the courts of the State of California and the District of Columbia, and a member in good standing of the Bar of this Court.

2.    I am lead trial counsel for Beagle Labs, Inc., Beagle Technologies, Inc., Big Beagle, Inc., Rental Property Managers Association LLC, and YRIG Risk Retention Group, Inc., the Plaintiffs in this matter.  This Declaration supersedes the Declaration of Lead Trial Counsel filed at ECF 40.

3.    My Notice of Appearance was filed on June 11, 2026.  ECF 83.

4.    I am registered as a CM/ECF User.

5.    My email address of record is blochd@gtlaw.com.

6.    I have read the Court's Standing Order and the Local Rules.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. Executed this 17th day of June, 2026 in San Francisco, California.

By: */s/ David S. Bloch*_____
            David S. Bloch

2:25-cv-12248-JFW-SSC

AMENDED DECLARATION OF LEAD TRIAL COUNSEL