**GREENBERG TRAURIG, LLP**
David S. Bloch (SBN 184530)
Marcelo Barros (SBN 339069)
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.590.5110
Blochd@gtlaw.com
Marcelo.Barros@gtlaw.com

Jake Evans (*pro hac vice*)
Jordana R. Sternberg (*pro hac vice*)
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: 678.553.2100
Jake.Evans@gtlaw.com
Jordana.Sternberg@gtlaw.com

*Attorneys for Plaintiff, Beagle Labs, Inc., et al.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BEAGLE LABS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPFOLIO, INC., a California corporation, <br><br> Defendant. | CASE NO.  2:25-cv-12248-JFW-SSC <br><br> **PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** <br><br> **L.R. 83-1.4** <br><br> Action Filed:  December 15, 2025 <br> Trial Date:    September 28, 2027 |

PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

Pursuant to Local Rule 83-1.4, Plaintiffs and Counter-Defendants Beagle Labs, Inc., et al. give notice of the pendency of the action which involves a material part of the subject matter of this action. Beagle files this Notice now because AppFolio's Amended Answer and Counterclaims (Dkt. 87, filed June 19, 2026) assert in this Court the same primary right AppFolio is separately prosecuting in a previously-filed state action, placing the material overlap of subject matter before this Court. The Santa Barbara complaint is attached (**Exhibit A**), as required by L.R. 83-1.4.1.

**Identification of the other action (L.R. 83-1.4.2(a)).** The case caption is *AppFolio, Inc. v. Beagle, Inc.*, Case No. 25CV07670, filed December 9, 2025. The case is pending. AppFolio's complaint pleads five causes of action: (1) False Advertising; (2) Inducing Breach of Contract; (3) Interference with Contract; (4) Unfair Competition (Bus. & Prof. Code § 17200); and (5) Injunctive Relief.

**Court in which the other action is pending (L.R. 83-1.4.2(b)).** The related action is pending before the Honorable Donna D. Geck in the Superior Court of the State of California, County of Santa Barbara, Department 4.

**Parties and attorneys to the other action (L.R. 83-1.4.2(c) and (d)).** The plaintiff in the Santa Barbara action is AppFolio, Inc., a California corporation, represented by Brian Procel, Jeremiah Levine, and Marty Pritikin, Procel Levine LLP, 401 Wilshire Boulevard, 12th Floor, Santa Monica, California 90401-1456; telephone 424.788.4538. The defendant in the Santa Barbara action is Beagle, Labs, Inc., a Delaware corporation and Does 1–20, represented by David S. Bloch and Marcelo Barros, Greenberg Traurig, LLP, 101 Second Street, Suite 2200, San Francisco, California 94105-3668; telephone 415.590.5110.

**Basis for the material overlap of subject matter (L.R. 83-1.4.2(e)).** Though the complaints in this case and the Santa Barbara case do not overlap, the Santa Barbara action now involves a material part of the subject matter of this action as a consequence of AppFolio's June 2026 counterclaims. AppFolio's contention in both actions is that Beagle induced shared customers to grant Beagle access to their AppFolio databases in alleged violation of AppFolio's Terms of Service. In the Santa Barbara action, AppFolio pleads

PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

Inducing Breach of Contract (Count 2) and Interference with Contract (Count 3); in this action, AppFolio's First Cause of Action for Tortious Interference with Contract (Countercl. ¶¶ 144–156) asserts the same Terms-of-Service third-party-access theory, the same inducement of AppFolio customers to create user accounts for Beagle, and the same asserted injury to AppFolio's customer goodwill and subscription revenue. The two proceedings thus share parties in interest, overlapping questions of law and fact and would entail duplication of efforts.

DATED:  July 13, 2026                    Respectfully Submitted,


By :  /s/ David S. Bloch

David S. Bloch
**GREENBERG TRAURIG, LLP**

*Attorneys for Plaintiffs Beagle Labs, Inc., Beagle Technologies, Inc., Big Beagle, Inc., Rental Property Managers Association LLC, and YRIG Risk Retention Group, Inc.*

PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING