Brian Procel (Cal. Bar No. 218657)
Brian@ProcelLevine.com
Jeremiah Levine (Cal. Bar No. 288377)
Jeremiah@ProcelLevine.com
Marty Pritikin (Cal. Bar No. 210845)
Marty@ProcelLevine.com
**PROCEL LEVINE LLP**
401 Wilshire Blvd, Fl 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538

*Attorneys for Defendant AppFolio, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,

Plaintiffs and Counter-Defendants,

v.

APPFOLIO, INC., a California corporation,

Defendant and Counter-Claimant.

Case No. 25-cv-12248-JFW-SSC

Hon. John F. Walter

**DECLARATION OF NATHANIEL DELAGE IN SUPPORT OF APPFOLIO, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

Hearing date: Nov. 2, 2026
Hearing time: 1:30 PM
Trial: September 28, 2027

**DECLARATION OF NATHANIEL DELAGE**

I, Nathaniel Delage, declare:

1. I make this declaration in support of AppFolio, Inc.'s ("AppFolio's") Motion for Preliminary Injunction. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. My job title is Senior Director, Software Engineering, for AppFolio. I have been employed by AppFolio for approximately eight years.

**Role and Responsibilities**

3. In my normal role at AppFolio I lead a team of over 30 engineers who are dedicated to two of AppFolio's regulated product lines: insurance services and tenant screening. However, due to Beagle's continued efforts to access our platform, I have been forced to take on the additional responsibility of managing AppFolio's technical security efforts relating to Beagle. I have taken on this responsibility because I have unique knowledge regarding the technical requirements and footprints of running an insurance business on AppFolio's platform.

4. Responding to Beagle's continued efforts to access our platform is not part of my job description or core duties, and has been a significant distraction from them. Since December 2025 I have spent approximately 234 hours investigating and responding to Beagle's unauthorized activities within AppFolio's platform and online customer databases. I would have otherwise spent those hours carrying out my normal responsibilities.

5. My base salary, which makes up only a portion of my total compensation, for 2026 is $290,000. Based on a work year of approximately 2,000

hours, that equates to roughly 145 per hour, meaning over $33,000 of my base salary has gone toward responding to Beagle's continued unauthorized access.

6. And it is not just my time. Responding to Beagle's unauthorized access requires the involvement of AppFolio's security, engineering, legal, and customer care teams. The time those teams spend on Beagle also detracts from the work they would otherwise perform.

**Security Risks**

7. Because AppFolio's platform—and the customer databases that it hosts—are connected to the internet and service customers nationwide, AppFolio faces significant security risks. To protect against these risks, AppFolio employs a 34-person security team, as well as state-of-the-art software and practices. Those practices include mandatory security reviews of, and baseline security requirements for, all third-party partners with access to the platform.

8. Beagle's unauthorized access undermines these efforts. AppFolio has no visibility into or control over Beagle's security or information practices, including what access Beagle, in turn, provides to other software or artificial intelligence companies that support its business. This creates considerable risks to AppFolio, its customers, and their tenants. A bad actor with the same user-level access Beagle has could theoretically steal tenants' personally identifiable information or take money from the customer's bank account.

**Beagle's Access Methods**

9. Beagle accesses AppFolio's platform via user accounts supplied by customers and it has used multiple different methods to disguise these unauthorized accounts.

10. When Beagle first started disguising accounts, it did so by using generic email addresses, such as support@portfoliopm.cc, that have no apparent connection to Beagle. Since January 2026 AppFolio has identified and disabled 353 of these generic accounts belonging to Beagle.

11. After AppFolio disabled the first batch of these generic accounts in January 2026, Beagle began using domain names that matched or closely matched the domain name of the customer. These masked accounts make the Beagle user appear facially indistinguishable from the customer's own users. Since February, Beagle has employed this tactic on over 254 user accounts.

12. More recently, Beagle began employing a third tactic. Beagle accounts are now being deleted shortly after their creation, some within a week. During that time, Beagle has set up its own services, created recurring charges and exports that continue to run long after the user account has been disabled. This means that if I do not find the account during that window, AppFolio will never know it existed and cannot identify the actions it may have taken within the database. I refer to these as ghost accounts. AppFolio cannot know how many of these accounts have been created, but I have identified at least 33.

13. Both generic and masked accounts make it difficult for AppFolio to confidently tell them apart from authorized accounts. That creates a substantial risk that AppFolio will misidentify a legitimate user account as a Beagle account and disable it, disrupting the customer's business and damaging their relationship with AppFolio. Ghost accounts compound the problem because AppFolio must move quickly to disable the access before changes can be made—increasing the risk of error. Some customers have even lied to AppFolio about whether Beagle has access

to a particular user account, leaving AppFolio in the position of challenging the customers' integrity.

14. AppFolio does identify and disable an account quickly, Beagle creates another. AppFolio is then forced to confront its customers again, which often re-angers them. I have observed customer databases where Beagle has replaced disabled accounts four and five times. Based on the persistence and evolving tactics I have observed over the past eight months, I expect that if AppFolio develops a method of detecting Beagle's current tactics, Beagle will adopt new ones.

15. Through AppFolio's monitoring, I have observed Beagle use its unauthorized access to, among other things: turn off AppFolio's own services so that Beagle's competing services can be put in their place; review tenants' information, including personally identifiable information, to determine which tenants are eligible for Beagle's services; create recurring charges to those tenants through AppFolio's billing system; export tenant data on a recurring basis; and access and save the contents of AppFolio's Help Center.

16. Beagle has used its unauthorized access to export thousands of pages of tenant data from AppFolio's platform, including through exports configured to run on a recurring basis.

17. To date, I have identified 117,496 recurring monthly charges created by Beagle users. Of those, 57,711 are still active and account for $1,215,620.40 in charges to residents every month, using AppFolio's platform. These charges are paid to the property manager who, I believe, then pays Beagle.

18. January 2026, AppFolio has continuously disabled all known Beagle access to AppFolio's platform. In total, Beagle has used at least 1,145 different user accounts to access and use AppFolio's platform without permission. Of those, 174

unauthorized user accounts were created after June 19, 2026, the date AppFolio filed its counterclaims in this action.

I declare under penalty of perjury according to the laws of the State of California that the foregoing is true and correct and that this declaration was signed by me on September 9, 2026 in San Deigo, California.

Nathaniel Delage