# EXHIBIT A

13:00:36 --> 13:00:39
[redacted]: Hello, this is [redacted], how can I help you?

13:00:39 --> 13:00:43
Micaela Velasquez: Hi, [redacted], this is Micaela Velasquez calling without folio.

13:00:44 --> 13:00:46
[redacted]: Oh, yeah, so how…

13:00:45 --> 13:00:48
Micaela Velasquez: Hi, did I catch you at an okay time?

13:00:48 --> 13:00:50
[redacted]: Yeah, uh-huh.

13:00:49 --> 13:00:56
Micaela Velasquez: Oh, thank you so much for taking my call, I really appreciate it. I think, um, you're on the East Coast, right?

13:00:51 --> 13:00:52
[redacted]: Okay.

13:00:54 --> 13:00:55
[redacted]: Okay.

13:00:55 --> 13:00:57
[redacted]: Uh-huh.

13:00:56 --> 13:01:03
Micaela Velasquez: Okay, okay, so it's a little bit later in the day. Hopefully, um, hopefully I'm not keeping you too late, so thank you so much for taking my call.

13:01:02 --> 13:01:04
[redacted]: No, it's only 4.

13:01:03 --> 13:01:09
Micaela Velasquez: Oh, well, thank you, thank you. Your day's going well so far today?

13:01:08 --> 13:01:10
[redacted]: Yep.

13:01:09 --> 13:01:26
Micaela Velasquez: Good, good, good. Well, hey, I am reaching out. You've been working with a colleague here of mine, Lisa, at Appfolio. And from my understanding, we had some ongoing questions about one of the user roles that you have set up in your account.

13:01:21 --> 13:01:23

[redacted]: Thank you.

13:01:23 --> 13:01:25
[redacted]: Okay.

13:01:26 --> 13:01:33
Micaela Velasquez: Um, and at this stage, I just wanted to jump in and relay the information that our security team has reviewed with you.

13:01:33 --> 13:01:40
Micaela Velasquez: So, and is that an appropriate way for us to kick off, or are you in a good spot for us to continue that conversation?

13:01:38 --> 13:01:40
[redacted]: Yes.

13:01:40 --> 13:01:42
[redacted]: Yes, yes, go ahead.

13:01:41 --> 13:02:00
Micaela Velasquez: Okay, great, okay. So, you know, so [redacted], our security team reviewed that specific account setup, um, and although it was originally a compliant user role when you initially set it up, since it was supplied to the third-party vendor without permissions.

13:01:42 --> 13:01:44
[redacted]: Yes.

13:01:48 --> 13:01:50
[redacted]: But…

13:01:56 --> 13:01:57
[redacted]: Okay.

13:02:00 --> 13:02:24
Micaela Velasquez: That does not meet our account security standards, and that's what's putting that specific user role under this space of being locked in order to protect your database integrity. So in order for us to move forward with helping you send your tenant newsletters out, we recommend that you actually create a new compliant user role.

13:02:09 --> 13:02:10
[redacted]: Okay.

13:02:19 --> 13:02:21
[redacted]: Thank you.

13:02:24 --> 13:02:35
Micaela Velasquez: That we can set up with a fresh set of, um, system settings, and then that way we can work with you to get it specifically sent out for your company

newsletters.

13:02:35 --> 13:02:39
[redacted]: Can I have the CS at [redacted]?

13:02:41 --> 13:02:47
Micaela Velasquez: The CS at [redacted], correct. That is the one that we have locked.

13:02:45 --> 13:02:52
[redacted]: I can still… I can… but I can use that. That's what you're saying, I just have to change the role?

13:02:50 --> 13:03:03
Micaela Velasquez: Oh, no, I'm sorry. No, so that specific email address will not be unlocked. We'll have to create a new name with a new email address, essentially a new user.

13:03:00 --> 13:03:02
[redacted]: Right, right.

13:03:03 --> 13:03:08
[redacted]: Oh, okay. Well, that doesn't work for us, so we'll… we'll figure it out.

13:03:09 --> 13:03:20
Micaela Velasquez: Okay. Yeah, is there, you know, I realize that's probably not the outcome you were looking for, and that's unfortunately one of the consequences of the compromise or the…

13:03:15 --> 13:03:17
[redacted]: Eh, that's okay.

13:03:20 --> 13:03:23
[redacted]: Okay, alright, no problem. Thank you.

13:03:20 --> 13:03:22
Micaela Velasquez: The user. Okay.

13:03:22 --> 13:03:25
Micaela Velasquez: Okay, thanks, [redacted]. Take care.