# EXHIBIT B

Message

**From:** Ergo Drafts [drafts@noreply.joinergo.com]
**Sent:** 5/27/2026 9:39:35 AM
**To:** bryce-brodner@beagleforpm.com
**Subject:** Draft: Follow-Up – [redacted] x Beagle

# Ergo has created a draft:

---

**TO**

[redacted]

**SUBJECT**

Follow-Up – [redacted] x Beagle

**BODY**

Hi [redacted]

Thanks for the time today, good catching up.

Recapping what we covered:

- [redacted] is transitioning out, and [redacted] will be the main point of contact going forward
- [redacted] does not have Presidential Access in AppFolio, so the AppFolio user setup will need to go through Katie
- I already reached out to Katie directly this morning with instructions on how to add the new Accountant user so we can get the scheduled reports configured

Next steps:

- Katie - add new AppFolio Accountant user [redacted] and send the invite
- Bryce - configure scheduled reports once the invite is received, then notify [redacted] when the second user can be removed

Let me know if I missed anything. Happy to jump on another call if anything comes up.

Bryce

**View Complete Email & Send**

---

Powered by **Ergo**