Brian Procel (Cal. Bar No. 218657)
Brian@ProcelLevine.com
Jeremiah Levine (Cal. Bar No. 288377)
Jeremiah@ProcelLevine.com
Marty Pritikin (Cal. Bar No. 210845)
Marty@ProcelLevine.com
**PROCEL LEVINE LLP**
401 Wilshire Blvd, Fl 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538

*Attorneys for Defendant AppFolio, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,

Plaintiffs and Counter-Defendants,

v.

APPFOLIO, INC., a California corporation,

Defendant and Counter-Claimant.

Case No. 25-cv-12248-JFW-SSC

Hon. John F. Walter

**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTER-CLAIMANT APPFOLIO, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

Hearing Date: November 2, 2026
Time: 1:30 PM
Trial: September 28, 2027

# [PROPOSED] ORDER

Defendant and Counter-Claimant AppFolio, Inc.'s ("AppFolio") Motion for Preliminary Injunction came before this Court for hearing. Having considered the moving, opposing, and reply papers, the declarations and exhibits submitted in support thereof, the arguments of counsel, and the record in this action, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that AppFolio's Motion for Preliminary Injunction is **GRANTED**.

**IT IS FURTHER ORDERED** that, pending final resolution of this action, Plaintiffs and Counter-Defendants Beagle Labs, Inc., Beagle Technologies, Inc., Big Beagle, Inc., Rental Property Managers Association LLC, and YRIG Risk Retention Group, Inc. (collectively, "Beagle"), and their officers, directors, employees, agents, representatives, and all persons acting in concert or participation with any of them who receive actual notice of this Order, are hereby **PRELIMINARILY ENJOINED** from:

1. Accessing, or causing any third party to access, AppFolio's password-protected software platform and customer databases without AppFolio's authorization, including by inducing AppFolio customers to create user accounts for Beagle's use, whether labeled with Beagle's own domain or any other domain;
2. Altering, disabling, or otherwise modifying any data, settings, or features within AppFolio's platform, including disabling AppFolio's insurance offerings, or configuring recurring charges through AppFolio's billing systems;

///

Nothing in this Order restricts Beagle from receiving scheduled reports or interfacing with AppFolio's password-protected software platform and customer databases via AppFolio's Database API tool.

**IT IS SO ORDERED.**

Dated: ______________________ ______________________________

Hon. John F. Walter

United States District Judge