# EXHIBIT A

Message

**From:** Ergo Notifications [reporting@notifications.joinergo.com]
**Sent:** 5/19/2026 10:57:20 AM
**To:** joshualee@beagleforpm.com
**CC:** ashwin@beagleforpm.com
**Subject:** Meeting Summary: [redacted] Beagle Intro

[redacted]

# Beagle Intro

Tuesday, May 19, 2026

## Action Items

**Joshua Lee:** [redacted]

Send [redacted] the [redacted] covering the [redacted] before the scheduled 28th follow-up so she can review the proposed [redacted]

[redacted]

Review the proposed addendum [redacted] and prepare initial feedback or concerns before the 28th 3:30 PM follow-up, since the company wants to decide quickly during leasing season.

## Overview

- [redacted] was open to revisiting Beagle after AppFolio changes reduced the earlier access conflict.
- Discussion focused on **liability coverage** and the **security deposit alternative** for renters.
- [redacted]
- A follow-up conversation was tentatively set for the **28th at 3:30 PM**.

## AppFolio Access Limits

- Beagle's AppFolio access is now limited to the initial integration and scheduled reports.
- Joshua said those reports are sufficient to administer the program without full system access.
- [redacted] wanted reassurance that Beagle would not create a conflict with AppFolio.
- Joshua said most partners use AppFolio, making the current setup broadly accepted.

[redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]

[redacted]

- [redacted]
- [redacted] confirmed the company has not historically required renter insurance, but sees [redacted] as helpful.
- [redacted]
- [redacted]

---

Powered by **Ergo**

You're getting this email because someone in the meeting used Ergo's Meeting Assistant. Ergo helps revenue teams from call to close: handling CRM updates, follow-ups, and keeps deals moving.