**GREENBERG TRAURIG, LLP**
David S. Bloch (SBN 184530)
Marcelo Barros (SBN 339069)
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.590.5110
Facsimile: 415.707.2010
blochd@gtlaw.com
marcelo.barros@gtlaw.com

Jake Evans (appearing *Pro Hac Vice*)
Jordana R. Sternberg (appearing *Pro Hac Vice*)
Terminus 200 Building
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: 678.553.2100
Facsimile: 678.553.2212
jake.evans@gtlaw.com
jordana.sternberg@gtlaw.com

*Attorneys for Plaintiffs Beagle Labs, Inc., Beagle Technologies, Inc., Big Beagle, Inc., Rental Property Managers Association LLC, and YRIG Risk Retention Group, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,

Plaintiffs,

v.

APPFOLIO, INC. a California corporation,

Defendant.

CASE NO. 2:25-cv-12248-JFW-SSC

**NOTICE OF SEALED VERSIONS OF REDACTED EXHIBITS FILED AT ECFs 104-6 AND 104-7**

Judge: Hon. John F. Walter

NOTICE IS HEREBY GIVEN THAT unredacted versions of the documents filed in redacted form at ECFs 104-6 and 104-7 appear under seal on the docket as ECFs 98-3 and 98-4, respectively. *See* ECF 103 (Order Granting Administrative Motion to File Under Seal).

DATED: September 28, 2026 GREENBERG TRAURIG, LLP

By /s/ *Marcelo Barros*

Marcelo Barros

*Attorneys for Plaintiffs Beagle Labs, Inc., Beagle Technologies, Inc., Big Beagle, Inc., Rental Property Managers Association LLC, and YRIG Risk Retention Group, Inc.*