**GREENBERG TRAURIG, LLP**
David S. Bloch (SBN 184530)
Marcelo Barros (SBN 339069)
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.590.5110
Facsimile: 415.707.2010
blochd@gtlaw.com
Marcelo.Barros@gtlaw.com

Jake Evans (appearing *Pro Hac Vice*)
Jordana R. Sternberg (appearing *Pro Hac Vice*)
Terminus 200 Building
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: 678.553.2100
Facsimile: 678.553.2212
Jake.Evans@gtlaw.com
Jordana.Sternberg@gtlaw.com

*Attorneys for Plaintiffs Beagle Labs, Inc., Beagle Technologies, Inc., Big Beagle, Inc., Rental Property Managers Association LLC, and YRIG Risk Retention Group, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPFOLIO, INC. a California corporation,<br><br>Defendant. | CASE NO. 2:25-cv-12248-JFW-SSC<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. John F. Walter<br><br>[Filed concurrently with Declaration of Marcelo Barros, redacted and unredacted Documents, and [Proposed] Order Granting Administrative Motion to File Under Seal] |

Pursuant to Local Rule 79-5, Plaintiffs Beagle Labs, Inc., Beagle Technologies, Inc., Big Beagle, Inc., Rental Property Managers Association LLC, and YRIG Risk Retention Group, Inc. (collectively, "Beagle"), respectfully move for leave to file under seal three documents that AppFolio produced in this action and designated "Confidential" under the Stipulated Protective Order (ECF 93), and that Beagle seeks to file in connection with its Opposition to AppFolio, Inc.'s Motion for Preliminary Injunction: AppFolio0003985, AppFolio0003986, and AppFolio0003987. Beagle takes no position on whether these documents should be sealed and asks to permission to file under seal only because AppFolio has designated them Confidential under the applicable Protective Order, ECF 93. The proposed redacted versions of the Documents are attached as **Exhibits A-C** to the Barros Declaration, **Exhibit D** is a redacted version of the brief citing to them ,and the corresponding unredacted versions are attached as **Exhibits E-G**. Beagle respectfully requests leave to file the redacted versions on the public docket and the unredacted versions under seal.

The party seeking to seal judicial records (here, AppFolio) bears the burden of establishing compelling reasons, supported by specific factual findings, sufficient to outweigh the public's interest in access to those records. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006); *Center for Auto Safety v. Chrysler Grp.*, LLC, 809 F.3d 1092, 1097-99 (9th Cir. 2016). Beagle informed AppFolio it intended to file the Documents under seal. Barros Dec. ¶¶ 13-16. Defendant AppFolio disagrees that Beagle may file these Documents in any form because the 5 days' notice requirement under Standing Order § 9 was not satisfied. But the Documents were only produced on October 6, so providing 5 days' notice was impossible. Barros Dec. ¶¶ 13-16. AppFolio otherwise bears the burden of justifying sealing under Local Rule 79-5.

DATED: October 9, 2026

GREENBERG TRAURIG, LLP

By /s/ *Marcelo Barros*

Marcelo Barros

*Attorneys for Plaintiffs Beagle Labs, Inc., Beagle Technologies, Inc., Big Beagle, Inc., Rental Property Managers Association LLC, and YRIG Risk Retention Group, Inc.*