**GREENBERG TRAURIG, LLP**
David S. Bloch (SBN 184530)
Marcelo Barros (SBN 339069)
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.590.5110
Facsimile: 415.707.2010
blochd@gtlaw.com
Marcelo.Barros@gtlaw.com

Jake Evans (appearing *Pro Hac Vice*)
Jordana R. Sternberg (appearing *Pro Hac Vice*)
Terminus 200 Building
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: 678.553.2100
Facsimile: 678.553.2212
Jake.Evans@gtlaw.com
Jordana.Sternberg@gtlaw.com

*Attorneys for Plaintiffs Beagle Labs, Inc., Beagle Technologies, Inc., Big Beagle, Inc., Rental Property Managers Association LLC, and YRIG Risk Retention Group, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPFOLIO, INC. a California corporation,<br><br>Defendant. | CASE NO. 2:25-cv-12248-JFW-SSC<br><br>**DECLARATION OF MARCELO BARROS IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. John F. Walter<br><br>[Filed concurrently with Administrative Motion to File Under Seal, redacted and unredacted Documents, and [Proposed] Order Granting Administrative Motion to File Under Seal] |

I, Marcelo Barros, declare:

1. I am an attorney duly licensed to practice law in California, and I am counsel for Plaintiffs Beagle Labs, Inc., Beagle Technologies, Inc., Big Beagle, Inc., Rental Property Managers Association LLC, and YRIG Risk Retention Group, Inc. (collectively, "Beagle") in the above-captioned matter. I have personal knowledge of the facts set out below and if called as facts set forth below, if called as a witness, I could and would testify competently to them.

2. On October 6, 2026, Defendant AppFolio, Inc. served a chat flow chart (AppFolio0003986) and two video recordings, AppFolio0003986 and AppFolio0003987 (collectively, the "Documents").

3. Beagle provided notice on October 8, 2026 that it intended to include the Documents (or transcripts thereof) in opposition to AppFolio's motion for preliminary injunction (ECF 104).

4. On October 9, 2026, AppFolio communicated to Beagle that it objected to the use of these documents because they do not comply with the Court's five-day notice requirements.

5. **Exhibit A** is a true and correct copy of chat script AppFolio produced as AppFolio0003985, redacted in full because AppFolio designated the document CONFIDENTIAL under the Protective Order. ECF 93.

6. **Exhibit B** is a true and correct copy of the transcript of the customer service call AppFolio produced as AppFolio0003986, redacted in full because AppFolio designated the recording HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. ECF 93.

7. **Exhibit C** is a true and correct copy of the transcript of the customer service call AppFolio produced as AppFolio0003987, redacted in full because AppFolio designated that recording HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY] under the Protective Order ECF 93.

8. **Exhibit D** is a true and correct copy of Beagle's Opposition to AppFolio's

Preliminary Injunction motion, with redactions reflecting quotes to Exhibits A-C.

9. **Exhibit E** is a true and correct copy of the unredacted chat script AppFolio produced as AppFolio0003985. Beagle lodges Exhibit E conditionally under seal pursuant to Local Rule 79-5.2.2(b) and Section 9 of the Court's Standing Order.

10. **Exhibit F** is a true and correct copy of the unredacted transcript of the customer service call AppFolio produced as AppFolio0003986. Beagle lodges Exhibit F conditionally under seal pursuant to Local Rule 79-5.2.2(b) and Section 9 of the Court's Standing Order.

11. **Exhibit G** is a true and correct copy of the unredacted transcript of the customer service call AppFolio produced as AppFolio0003987. Beagle lodges Exhibit G conditionally under seal pursuant to Local Rule 79-5.2.2(b) and Section 9 of the Court's Standing Order.

12. **Exhibit H** is a true and correct copy of the unredacted Beagle opposition brief. Beagle lodges Exhibit H conditionally under seal pursuant to Local Rule 79-5.2.2(b) and Section 9 of the Court's Standing Order.

13. Exhibits F and G were prepared by Greenberg Traurig litigation support staff from the video recordings AppFolio produced on October 6, 2026. Beagle's Opposition cites the Documents by their Bates numbers, AppFolio0003986 and AppFolio0003987; the passages quoted in the Opposition appear in Exhibits C and D, respectively.

14. I personally emailed AppFolio's counsel with Beagle's position. Beagle explained that strict compliance to the five-day advance-notice sealing procedures was impossible because AppFolio only produced such documents to Beagle on October 6, 2026, three days before the opposition deadline of October 9, 2026. Beagle also reiterated that Beagle had requested such documents for the express purpose of opposing AppFolio's preliminary injunction. In that same email communication, Beagle stated that it would seek to redact two transcripts in full and requested a meet and confer.

15. There was insufficient time to satisfy the five-day notice requirements. *See* Judge Walter Standing Order § 9 (requiring five calendar days' notice before filing

documents designated confidential by another party).

16. The parties conferred regarding the proposed redactions on October 9, 2026. Defendant AppFolio disagrees with Beagle being entitled to file these documents in any form because the five-day notice requirement was not satisfied. Beagle maintains that lack of notice is solely due to AppFolio's late production, rendering satisfaction of the Standing Order § 9 impossible.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 9, 2026, at San Francisco, CA.

By: *__/s/ Marcelo Barros__*
Marcelo Barros