UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case No. 2:25-cv-12248-JFW-SSC

# EXHIBIT A

Chat Script
AppFolio0003985

*Redacted in Full*

# THIS IS A PLACEHOLDER FOR A DOCUMENT FILED ENTIRELY UNDER SEAL