UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case No. 2:25-cv-12248-JFW-SSC

# EXHIBIT B

Customer Service Call Transcript
AppFolio0003986

*Redacted in Full*

# THIS IS A PLACEHOLDER FOR A DOCUMENT FILED ENTIRELY UNDER SEAL