**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,

Plaintiffs and Counter-Defendants,

v.

APPFOLIO, INC., a California corporation,

Defendant and Counterclaimant.

Case No. 2:25-cv-12248-JFW-SSCx
Hon. John F. Walter

**ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT APPFOLIO, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**

The Court, having considered Defendant and Counterclaimant AppFolio, Inc.'s Application for Leave to File Under Seal, the Declarations of Sean Saxena and Jeremiah Levine, and Plaintiffs' Administrative Motion to File Under Seal (ECF 108) and Corrected Administrative Motion to File Under Seal (ECF 109), and compelling reasons appearing, ORDERS as follows:

1. The Application is GRANTED. The unredacted versions of the following documents, attached as Exhibits A and B to the Saxena Declaration, shall be filed under seal, and the redacted versions attached as Exhibits C and D shall be filed on the public docket:

| **Document** | **Under Seal / Public** | **Redacted Material** | **Support** |
|---|---|---|---|
| Beagle's transcript of AppFolio0003986 (Opp. Ex. 7, ECF 106-9) | Unredacted: Saxena Decl. Ex. A. Public: Ex. C. | Names identifying a non-party former customer, its personnel, and AppFolio's non-party employees; the customer's non-public business-process and vendor information. | Saxena Decl. ¶¶ 4–9 |
| Beagle's transcript of AppFolio0003987 (Opp. Ex. 8, ECF 106-10) | Unredacted: Saxena Decl. Ex. B. Public: Ex. D. | Same as above. | Saxena Decl. ¶¶ 4–9 |

2. Within two days of this Order, Plaintiffs shall file Exhibits A and B to the Saxena Declaration under seal, with the caption notation required by Local Rule 79-5.2.2(c), and shall file Exhibits C and D to the Saxena Declaration on the public docket in place of ECF 106-9 and ECF 106-10.

3. Plaintiffs' administrative motions (ECF 108, 109) are DENIED to the extent they seek leave to file portions of the Opposition under seal. Plaintiffs shall file the Opposition without redactions within two days of this Order.

IT IS SO ORDERED.

Dated: October 15, 2026

Hon. John F. Walter
United States District Judge