Brian Procel (Cal. Bar No. 218657)
Brian@ProcelLevine.com
Jeremiah Levine (Cal. Bar No. 288377)
Jeremiah@ProcelLevine.com
Marty Pritikin (Cal. Bar No. 210845)
Marty@ProcelLevine.com
**PROCEL LEVINE LLP**
401 Wilshire Blvd, Fl 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538

*Attorneys for Defendant and Counterclaimant AppFolio, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,<br><br>Plaintiffs and Counter-Defendants,<br><br>v.<br><br>APPFOLIO, INC., a California corporation,<br><br>Defendant and Counterclaimant. | Case No. 2:25-cv-12248-JFW-SSC<br><br>Hon. John F. Walter<br><br>**PROOF OF SERVICE**<br><br>Hearing date: November 2, 2026<br>Hearing time: 1:30 p.m.<br>Trial: September 28, 2027 |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is Procel Levine LLP, 401 Wilshire Blvd, Fl 12, Santa Monica, California 90401-1456.

On October 19, 2026, I served the following documents:

1. Defendant and Counterclaimant AppFolio, Inc.'s Application for Leave to File Under Seal Portions of the Supplemental Declaration of Nathaniel Delage and Exhibit A Thereto;

2. Declaration of Sean Saxena in Support of AppFolio, Inc.'s Application for Leave to File Under Seal, with Exhibits A and B (unredacted versions of documents proposed to be filed under seal, lodged conditionally under seal) and Exhibits C and D (redacted versions);

3. Declaration of Jeremiah Levine in Support of AppFolio, Inc.'s Application for Leave to File Under Seal;

4. [Proposed] Order Granting AppFolio, Inc.'s Application for Leave to File Under Seal; and

5. The Notices of Electronic Filing for the foregoing documents.

on the interested parties as follows:

David S. Bloch (blochd@gtlaw.com)
Marcelo Barros (Marcelo.Barros@gtlaw.com)
Jake Evans (Jake.Evans@gtlaw.com)
Jordana R. Sternberg (Jordana.Sternberg@gtlaw.com)
Beagle@gtlaw.com
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200, San Francisco, California 94105-3668
Attorneys for Plaintiffs and Counter-Defendants

**(BY ELECTRONIC MAIL)** Because the sealed documents are not accessible through the Notice of Electronic Filing, I caused the documents listed above to be transmitted by electronic mail to the persons at the email addresses listed above. To the best of my knowledge, the transmission was complete and without error, and I did not receive any electronic notification that it was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 19, 2026, at Santa Monica, California.

/s/ Jeremiah Levine
Jeremiah Levine