David S. Bloch (SBN 184530)
Blochd@gtlaw.com
Marcelo Barros (SBN 339069)
Marcelo.Barros@gtlaw.com
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300

Jake Evans (pro hac vice); Jordana R. Sternberg (pro hac vice)
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305; Telephone: 678.553.2100
Attorneys for Plaintiffs and Counter-Defendants

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,<br><br>Plaintiffs and Counter-Defendants,<br><br>v.<br><br>APPFOLIO, INC., a California corporation,<br><br>Defendant and Counterclaimant. | Case No. 2:25-cv-12248-JFW-SSC<br>Hon. John F. Walter<br><br>**REDACTED TRANSCRIPT OF APPFOLIO0003986 (SAXENA DECLARATION EXHIBIT C)**<br><br>PUBLIC FILING<br>Replacement for ECF 106-9<br>Opposition Exhibit 7<br>Filed pursuant to ECF 113 |

The following pages reproduce redacted Saxena Declaration Exhibit C as supplied by AppFolio by email, without changes to the approved redactions or exhibit content.

# EXHIBIT C

Beagle's transcript of AppFolio0003986 (Opposition Ex. 7, ECF 106-9)

Prepared by Beagle's counsel; not adopted by AppFolio

Proposed public version - redacted

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case No. 2:25-cv-12248-JFW-SSC

# EXHIBIT 7

Customer Service Call Transcript
AppFolio0003986

Proposed Redacted Version

[From: 00h 00m 00s - To: 00h 00m 01s] Speaker_1: Good afternoon, [redacted]

[From: 00h 00m 01s - To: 00h 00m 02s] Speaker_2: Howdy, howdy.

[From: 00h 00m 02s - To: 00h 00m 04s] Speaker_1: How are you doing?

[From: 00h 00m 04s - To: 00h 00m 06s] Speaker_2: I'm doing well. How are you, [redacted]

[From: 00h 00m 07s - To: 00h 00m 15s] Speaker_1: Good.

Oh, we've drawn the battle lines equally. Two of you and two of us.

[From: 00h 00m 15s - To: 00h 00m 17s] Speaker_3: We're on the same team. We're all here to dance.

[From: 00h 00m 18s - To: 00h 00m 21s] Speaker_1: It's 4 to nothing though. Okay, we'll kick them down while they're down.

[From: 00h 00m 22s - To: 00h 00m 23s] Speaker_4: Our team's coming. Done.

[From: 00h 00m 26s - To: 00h 00m 30s] Speaker_1: Sean, we've got two others joining from our side, [redacted] and [redacted]

[From: 00h 00m 31s - To: 00h 00m 31s] Speaker_2: Awesome.

[From: 00h 00m 32s - To: 00h 00m 34s] Speaker_1: They should be jumping up pretty quick. [redacted] on.

[From: 00h 00m 35s - To: 00h 00m 36s] Speaker_3: [redacted] on too.

[From: 00h 00m 38s - To: 00h 00m 42s] Speaker_1: Okay, now we can draw the battle lines. There's four of us and only two of you know.

[From: 00h 00m 44s - To: 00h 00m 48s] Speaker_2: It just sounds like Sean and I are going to have to do more dancing rotations than anything.

[From: 00h 00m 51s - To: 00h 00m 54s] Speaker_1: Santa Claus, I see your tree in the background. OK, you're ready.

[From: 00h 00m 54s - To: 00h 01m 00s] Speaker_2: You got it. Holly Jolly. I'm one of those people that like put up my tree after Thanksgiving.

[From: 00h 01m 00s - To: 00h 01m 03s] Speaker_1: So At least not before.

That's a good. Yeah.

[From: 00h 01m 04s - To: 00h 02m 43s] Speaker_2: Well, it's a pleasure to chat with you all. I feel like I'd love just to do a little bit of some formal introduction so we're not all strangers here joking aside. So for those of you all that I haven't had the pleasure of working personally with before, my name is [redacted] I'm part of our senior leadership team at AppFolio within our revenue organization. I report to our VP of customer experience who reports into our chief revenue officer, Marcy. So I do a lot of our executive leadership strategy and escalations in regards to our customer experiences and client services teams. And so anytime we have a highly sensitive situation that could influence our strategy, I tend to be looped into those conversations. So this is not an intention to override or undermine the wonderful relationships you've already established with your folks like [redacted] and [redacted] and [redacted] here. I'm purely here to help keep us moving along and to make sure that all parties have the best interest in play and that we strategize together. I've also brought with me my colleague, Sean, who oversees part of our product, who's going to be able to talk a little bit more, [redacted] about the nitty-gritty questions that you have. So between him and I, we feel pretty confident that we're going to be able to walk out of here with more information so that your team feels like you have what you need to move ahead. And then ultimately you have a little bit more knowledge about the decision making behind @Folio's stance.

[From: 00h 02m 44s - To: 00h 03m 15s] Speaker_3: Can I move the stage here a little bit too, [redacted] I'm [redacted] also to make sure that I don't say anything I'm not supposed to, but so she will keep me in track. But I'll say like the way I saw the message, like the framing here is we're here to help like, so I wanna make sure like my objective for this call is to understand exactly what you need [redacted] and team and make sure that we're here partnering with you every step of the

way to make sure that your business gets exactly what you need. Would it be helpful for me to kind of frame like what we're doing, why we're doing it, [redacted] or how do you want to and team?

[From: 00h 03m 16s - To: 00h 03m 22s] Speaker_1: You know, yeah, be sure that I mean, it's always good to understand, you know, motivations and impetus. So.

[From: 00h 03m 23s - To: 00h 06m 20s] Speaker_3: Yeah, so we, you know, Beagle as a company has been on our radar in the last couple of months because we've had of an escalating amount of customer complaints and support things.

And they've come in a few different variations. And so one of them is like, hey, this company is reaching out to us, telling us that you're partnered with them, saying that you have failed some audit and they're taking over to like you've hired them to take over your business, which is not true. We've also had customers who have like been very upset with Beagle, like, hey, So we signed up and they've been doing things that aren't super scrupulous in their database. And, you know, this is a partner of yours or not a partner. And so like we've had a kind of an escalating amount of those. And for those reasons, like we, you know, one of the things, you know, two values that are on our wall that I can look at is build trust every day and, you know, customer love, right? Like we're here.

a customer-centric company. And so for that reason, given the egregious nature of some of these things, we have decided we need to take a stronger stance on Beagle. And so what do I mean by that? We know that Beagle has a bunch of users that they've created in multiple databases, kind of the genesis of a lot of the escalations in the customer cases that we've seen.

And so Because if you're in a AppFolio database, you have access to payments for rails and screening and all the KYC that goes, your customer goes into that and the. and the fair use stuff and screening. And so just there's a lot of liability and security. And so for those reasons, we're having decided just no longer feel safe to allow like one, they're not supposed to be there anyways, but generally that's not something we lean on.

We know other people are there. We're not like they're policing our system, but like just given the nature and kind of the extent of some of the things that we've seen and complaints we've gotten from so many of our customers, we are doing that. Now that being said, like Again, guiding principle for us is always, how do we make sure we're not disrupting our customers? We're not here saying you can't work with Beagle.

I'm imagining there's a lot of customers who really like Beagle. That is not my job. I'm a leader in product. My job is to build products that our customers love. And in this case, we also make sure that we're protecting our customers. That ought to say, we're not here to stop using Beagle. That's part of this call. I want to make sure I understand exactly how Beagle's you're working with Beagle and make sure we have a way for you if you want to continue to use Beagle, that you can continue using Beagle. Now, my wife has accused me of loving to talk for too long, and so I may have gone past the point of being helpful. Keep going, please.

Yeah. So I think that I mean, I'm close to like so then the question really would be like, hey, does that make sense? Do you have questions on that? And then how can we help? How can we make sure that we're supporting your company to not interrupt your business operations and make sure you have everything you need moving forward.

[From: 00h 06m 20s - To: 00h 06m 31s] Speaker_5: So I thank you and I do have a question. So if you're kicking Beagle out of the system, how do we continue to work with them?

[From: 00h 06m 32s - To: 00h 06m 38s] Speaker_3: Yeah, I might ask, like, can you give me a little bit of an idea of how you're working with them currently? And that can answer my question.

[From: 00h 06m 39s - To: 00h 06m 49s] Speaker_5: Yeah, they they monitor our compliance and then they go in and add charges for new residents and that's what they use the log.

[From: 00h 06m 52s - To: 00h 07m 05s] Speaker_3: Yeah. I mean, I think one of the ways that we've seen other customers do this with both Eagle and other third parties as you use schedule reports. So set set a set of schedule reports out to.

[From: 00h 07m 06s - To: 00h 07m 11s] Speaker_5: [redacted] But how do they add charges?

[From: 00h 07m 17s - To: 00h 07m 34s] Speaker_3: Yeah, I think that part like that's a good question.

I don't I don't have to think about that. I don't know exactly like having them in your system setting charges is something that we're that we that that we're That is a part of what we're kind of removing access for.

[From: 00h 07m 36s - To: 00h 07m 41s] Speaker_6: Are you removing them just for them or for other third parties as well?

[From: 00h 07m 42s - To: 00h 07m 43s] Speaker_5: Like Foxen?

[From: 00h 07m 43s - To: 00h 07m 44s] Speaker_6: Yeah, like Foxen, for example.

[From: 00h 07m 45s - To: 00h 08m 35s] Speaker_3: We are not, no, we right now we are just we like we're taking it. We're taking this. We don't take this action lightly.

We are. doing this specifically because of the sheer amount of customer complaints we've had. And some of the things that we've seen, like we're again, like the risk for us as a company and the risk again for our customers is like, it is a lot, there's a lot of liability and security inside like when you have access to a database, right? Again, like there are payment instruments in your database.

And so just having a third party there, I mean, When we have knowledge of things that have not been amazing from their side, is it something that we've decided we're not going to support moving forward? So, to answer your question, no, we are not taking action against Fox and our others, right? Is it nor do we intend to.

[From: 00h 08m 36s - To: 00h 09m 05s] Speaker_1: Possible to set up access controls or limiting it from your side and not to make this your issue. I mean, truly we are in this together. Right now we're under contract with them. We haven't had the negative experience that you're, you know, and God, maybe it's because we're new to them. You know, we just haven't gotten wise.

I don't know. But I mean, we're kind of in bed for the moment and we'd like to see if we can have it play out and see if it does in fact work.

[From: 00h 09m 11s - To: 00h 09m 27s] Speaker_3: I hear you. So you're basically saying, hey, we're out and so the needs that you have are, hey, they're setting up recurring charges. How do we do that without giving them user access? I have to think about it, but you can certainly think about it.

[From: 00h 09m 28s - To: 00h 09m 33s] Speaker_6: And monitoring the compliance, that's huge too, because we don't want that on our shoulders.

[From: 00h 09m 37s - To: 00h 11m 09s] Speaker_7: Yeah, Sean, if you don't mind jumping real quick, because [redacted] I know we had this conversation a couple months ago, right, [redacted] You know, there's, like Sean said, you know, there's a lot of other companies that profess integrations with us that aren't like true actual integration partners. The decision for Beagle specifically is due to some of the egregious things that we've seen and the complaints that we've gotten.

So like we're taking a little bit more of a harder stance there. What I can tell you is that there are AppFolio customers who use Beagle without this level of giving user access. So you would, if you wanna continue with Beagle, and [redacted] like There are other ways to do it. may involve a manual step for you guys to receive like the tenant that needs to have the recurring charge. You would add that recurring charge. But from a compliance standpoint, you're still receiving the same lease documents that you would today. What you're not going to be doing is giving a rep at Beagle access as if they were your employee. within your business to direct payments, to do all this other stuff.

That's the piece that is really kind of leading to a lot of this concern. So yes, there may be a workaround, but like Sean said, we want to support you in this work with them, but it is going to involve Beagle stepping up and giving you some processes that don't involve them being an active presidential user in your database.

[From: 00h 11m 09s - To: 00h 11m 36s] Speaker_5: Yeah, I think the issue with that is [redacted] There is no way she can do all of her other job tasks and [redacted] So, you know, we need, that's one of the key value drivers that these outside companies provide.

[From: 00h 11m 37s - To: 00h 11m 38s] Speaker_7: Totally.

[From: 00h 11m 38s - To: 00h 11m 41s] Speaker_5: They have to be able to do it. Right.

[From: 00h 11m 41s - To: 00h 12m 43s] Speaker_7: And I know we brought this up before, but like AppFolio has an insurance enforcement tool as well. Now the comp structure and kind of the ins and outs are different than Beagle, but like we have an automated embedded solution to help you track and enforce these requirements.

So like this isn't a sales call by any means, but like if the goal at the end of this is like, we can't do this work ourselves, we can explore a solution through AppFolio and talk about some things there, but like the way that Beagle position themselves as an integration to you and how this will work is against our terms and conditions and was not in partnership with us. So they have been going around, right, essentially all the rules and protections and compliance that we set up internally to then provide this. We don't want this to be added work for you, right, but like, you know, we're at a moment in time that we do need to find, you know, another process.

Sean, sorry if I'm taking your thunder there.

[From: 00h 12m 44s - To: 00h 13m 39s] Speaker_3: No, not at all. Everything you said is correct. I'll go back to the framing of the call, which is our job here is to make sure we're here to help. That's in our DNA.

I want to make sure your business runs as smoothly as possible. Everything in the next thing is true also, which is we also want to make sure we're protecting all of our customers, and a part of doing this is taking this. How do we do that? I think what I hear you saying, [redacted] loud and clear is, hey, Beagle came in and said they would do these things.

If they don't do these things, it's going to have an incredible amount of manual work put back onto our team and our company. And so the question is like, hey, how do we, part of this, and that's not wrong, part of this is on Beagle. I would probably go back to Beagle and say, hey, how are you going to support me? I'll also say, I'm noodling to see what we can do to help you also.

The end outcome is to make sure you guys have the best experience. I think creatively.

[From: 00h 13m 40s - To: 00h 13m 45s] Speaker_5: Yeah. Well, I mean, Beagle is able to do it for us if they have access.

[From: 00h 13m 46s - To: 00h 13m 55s] Speaker_3: Yeah, but they're not, I mean, they're not, they're, but they're not supposed to have access.

And they've been representing that they're partners of ours. They're not partners of ours.

[From: 00h 13m 59s - To: 00h 14m 19s] Speaker_1: You know, I don't mean to. jump to the end, but part of this conversation needs to be, it'll be devastating if you guys pull the plug on them in like 5 days. if we can get some extension, to get wise, to get alternatives or whatever it is.

[From: 00h 14m 19s - To: 00h 14m 22s] Speaker_3: Yeah, we can work with you on that.

[From: 00h 14m 22s - To: 00h 14m 22s] Speaker_1: Okay.

[From: 00h 14m 25s - To: 00h 14m 47s] Speaker_5: Yeah, because I mean, right now it's like, what are we going to do? Are people not going to have coverage? How are we going to know? it's kind of crazy to just with three days notice, put us in breach of our contract with them, put our residents coverages at risk.

I mean, it's pretty, pretty crazy, honestly, but. And can you just?

[From: 00h 14m 48s - To: 00h 14m 50s] Speaker_3: I'm going to have the same question. Go ahead, [redacted]

[From: 00h 14m 50s - To: 00h 15m 38s] Speaker_7: Yeah, I was just going to say, can you describe like what I don't think that this would negate any policies that are in play, right? Like tenants would still be in fact paying for these, especially if you set them up as recurring charges. It would just be a more manual sending the money to Beagle for the premium payments that you're collecting, I'm assuming. But like, can you maybe just help us like understand like, what is your process today? And as far as you understand it, what is the Beagle rep in your system doing from a lease language standpoint? charge creation and what are they doing with that money? Because it's going to your accounts and then they're sending the payments somewhere else from my understanding.

So like maybe give us a little bit more of a picture of like what you're seeing as that automation and that can help us kind of pick up some pieces there.

[From: 00h 15m 38s - To: 00h 16m 51s] Speaker_5: [redacted] And so what we're missing to answer your question is anybody who moves in this month, if you pull the plug on these guys, those new move-ins, 150 or so of them are not going to have any coverages and their charges are not going to be in line with the lease.

And so that's really the issue. And what happens as far as I know, [redacted] correct me if I'm wrong, but payments The [redacted] Beagle doesn't sweep any money. We then turn around and send money to Beagle.

So as far as I know, Beagle is not sweeping any money. They should not be.

[From: 00h 16m 52s - To: 00h 17m 20s] Speaker_1: Let me clarify a bit. If honestly, Folio isn't putting the squeeze on us to leave Beagle, what the implication is, we'll have to pick up some of the administrative or handling of it. So, what, yeah, we're just trying to figure out how to have it, the simplest thing for us.

[From: 00h 17m 21s - To: 00h 17m 22s] Speaker_3: So.

[From: 00h 17m 22s - To: 00h 17m 56s] Speaker_6: One of the big things that they do as well is they make sure all residents are in compliance. [redacted]

So if they decide to not use Beagle, then Beagle monitors to make sure that if their expiration comes up and they haven't put a renewal in, they get charged. That is that would be way too much work and time consuming for our on site or for [redacted] to do.

[From: 00h 17m 56s - To: 00h 18m 29s] Speaker_3: Yeah, I think a lot of this stuff. So I'm very thanks for asking the questions.

I've been listening to [redacted] I think you can accomplish a lot of this stuff with scheduled reports. Essentially, if I'm working through like what Beagle Beagle basically needs data to understand who to have coverage with you guys need. So the one exception to this maybe this question will be helpful. [redacted] the different things. Is it true that by default everybody gets the charge or not true?

[From: 00h 18m 29s - To: 00h 18m 30s] Speaker_5: [redacted]

[From: 00h 18m 30s - To: 00h 18m 32s] Speaker_3: How does that decision get made?

[From: 00h 18m 33s - To: 00h 19m 12s] Speaker_5: It's up to the resident.

We cannot by law stick them with a renter's insurance policy. So they have to opt in. [redacted] and so scheduled reports are mostly what we use.

Most of it is done in scheduled reports. It's only then adding those charges to the ledger is what they need access for. It's what we can't do.

[From: 00h 19m 13s - To: 00h 19m 35s] Speaker_1: I think how I see it in [redacted]

It's the Beagle addendum things that would become manual to us if Beagle doesn't have access. Is that true, [redacted]

[From: 00h 19m 36s - To: 00h 19m 36s] Speaker_6: Yes.

[From: 00h 19m 37s - To: 00h 19m 48s] Speaker_4: [redacted]

[From: 00h 19m 50s - To: 00h 20m 08s] Speaker_6: And obviously the reporting would go to them and they'd say, okay, this person's out of compliance. That means then it's up to the manager to get them in compliance or they have to have, [redacted]

[redacted] Yeah.

[From: 00h 20m 13s - To: 00h 20m 22s] Speaker_3: OK, so [redacted] I heard you are saying a bunch of scheduled reports. So like I think I hear I don't know. Yeah, we use a lot of scheduled reports.

[From: 00h 20m 22s - To: 00h 20m 23s] Speaker_5: That's 90% of it. OK, I don't know.

[From: 00h 20m 24s - To: 00h 20m 35s] Speaker_3: That here's I don't know that we're going to get this solved in this call, but here are the things that I feel good about.

We yeah, we will make sure you get an extension. Does 30 days seem reasonable? I think so.

[From: 00h 20m 37s - To: 00h 20m 55s] Speaker_5: 30 days, we're traveling next week, week after that's Christmas, week after that's New Year's, that's three weeks. We're not going to pick this up until January 2, you know, and it's going to be, or, you know, I don't realistically think we're going to tackle this in the next three weeks.

[From: 00h 20m 56s - To: 00h 21m 55s] Speaker_2: Can I jump in and make a recommendation? I think it would be helpful for Sean and our team to get a very detailed understanding of what exactly it is that the Beagle users are executing and the outcomes that that's creating for your internal team. That's going to help us scope out what options we have, either based on a permission setting, engineering setting, product development, extension. We can be very methodical with how we're solutioning each, let's call it line item of what Beagle is doing today.

Ultimately, we want to make sure you're not experiencing a disruption to your business while still protecting your business. And so if we have that line item, we can make very critical recommendations based upon what we can allow, can't allow for a period of time, and then what we can continue exploring.

[From: 00h 21m 56s - To: 00h 22m 05s] Speaker_1: We would be foolish not to recognize the value of what you're proposing. It's just how do we get there in my mind?

[From: 00h 22m 07s - To: 00h 22m 33s] Speaker_3: Yeah, I can't promise that there won't be extra manual work. I don't know.

I have to look into it. I can promise that we, to [redacted] point, well, as long as you give us all the things like the steps that you're doing, we will look to find every single solution we possibly can to make sure that there is as little to no manual work for you so you can continue to use this without still remaining in the place where we feel like we're not granting a party who's caused problems into our customer base.

[From: 00h 22m 34s - To: 00h 22m 46s] Speaker_1: Sure, we don't want that risk. We have masters that we answer to as well, and that's our clients. And if we aren't making good judgments on their behalf, then you know we've got issues beyond the vehicle.

[From: 00h 22m 48s - To: 00h 22m 55s] Speaker_2: [redacted] who would be the best point of contact from your team for us to continue working on to get with that line item list?

[From: 00h 22m 56s - To: 00h 22m 57s] Speaker_1: Ramon, is that you or [redacted]

[From: 00h 22m 59s - To: 00h 23m 01s] Speaker_6: Well, yeah, or [redacted]

[From: 00h 23m 01s - To: 00h 23m 18s] Speaker_5: I mean, I don't know really what we've kind of covered everything. I'm not sure what you're asking for in addition.

You know what they use their login to add charges and they use reports to monitor compliance. I don't think there's any more to it.

[From: 00h 23m 18s - To: 00h 23m 23s] Speaker_1: Yeah, let's formalize the details. You know, not a big deal.

[From: 00h 23m 24s - To: 00h 23m 36s] Speaker_4: Yeah, exactly what charges I think would be helpful, like which exact charges you're they're inputting, all of that would probably be helpful to have.

[From: 00h 23m 36s - To: 00h 23m 38s] Speaker_5: Okay, so [redacted] do you mind sending that?

[From: 00h 23m 38s - To: 00h 23m 54s] Speaker_4: Yeah, because if it was possible that we reduce their access to just being able to, can we have them just do certain charges? Is that possible? No? Okay. It's the same.

[From: 00h 23m 54s - To: 00h 23m 55s] Speaker_3: It's the same risk for us.

[From: 00h 23m 55s - To: 00h 23m 57s] Speaker_4: It's the same risk. Okay.

[From: 00h 23m 59s - To: 00h 24m 05s] Speaker_5: Well, I guess, guys, what risk do you guys have? I understand that [redacted] has risk. What risk do you guys have on that front?

[From: 00h 24m 05s - To: 00h 24m 59s] Speaker_3: Yeah, all of the payments processing, all of the screening, and like for that matter, like all the PII in there, like at Folio has like enterprise level risk for like, for example, if somebody commits fraud, if somebody embezzles, if somebody money launderers, like we are, we have full, like you have risk there too, but we have enterprises, and frankly, we're the big fish. We will be the one who, and again, we're not out here, this isn't a pretty extreme thing for us.

We don't do this. This is not like, hey, we're making sure that their parties, we're at this point specifically because of a series of action this company has taken, and because of the sheer number of customers who are upset about them. So yeah, there are other companies like Foxen, we understand that they're doing those things, but that is not technically You know, those technically violate terms of services also, but like we're here for a specific reason.

[From: 00h 25m 01s - To: 00h 25m 09s] Speaker_4: When you say payment processing, are you seeing them doing that within our system or that's something that they've done with other companies?

[From: 00h 25m 11s - To: 00h 25m 29s] Speaker_3: What do you mean? So when I say payment processing, I'm saying that like, hey, If you have access, if you're in AppFolio database and you're creating charges, and just generally in AppFolio, you have access to bank account information, you have access to customer information, you have the ability to pay people or move money. And moving money comes with a lot of risk.

[From: 00h 25m 31s - To: 00h 25m 32s] Speaker_4: Are you seeing them do that?

[From: 00h 25m 34s - To: 00h 25m 35s] Speaker_5: Yeah, good question, [redacted]

Go ahead. I'm sorry.

[From: 00h 25m 35s - To: 00h 25m 39s] Speaker_4: Are you seeing them do that in our account?

[From: 00h 25m 39s - To: 00h 25m 45s] Speaker_3: In your account, I'm not sure. I haven't seen specifically, but yes, we have. Yeah, I don't I haven't seen that in your account.

[From: 00h 25m 45s - To: 00h 26m 19s] Speaker_2: That would be part of the audit that we would take. So [redacted] like that detailed list of line items that you would provide us. We would then take that to go do an investigation to look at specific

transactions behaviors tasks that are being executed so that we could answer [redacted] your question more confidently. We can't divulge necessarily for compliance reasons what's happening in other individuals databases. but we would work with you to perform this audit together of your database.

[From: 00h 26m 20s - To: 00h 26m 22s] Speaker_4: And there's not, sorry.

[From: 00h 26m 22s - To: 00h 26m 35s] Speaker_1: You track every keystroke. So your audit, maybe, yeah, hopefully it's not onerous in a, you know, and it's, you know, a six-month thing. It's, okay, who the hell's doing what, you know, and you get a report. Yeah.

[From: 00h 26m 35s - To: 00h 26m 36s] Speaker_3: Correct.

[From: 00h 26m 36s - To: 00h 26m 36s] Speaker_1: Yeah.

[From: 00h 26m 37s - To: 00h 27m 11s] Speaker_3: I also just wanna like, I wanna go back.

I tell him, I sent you like I in [redacted] and [redacted] like. I hear you've given us what the scheduled reports are that you're using and the charges. I mean, when I say, we're here to go help you figure out how to continue to use Beagle. Our goal here is not to be like, hey, you have to stop using Beagle, not at all. In fact, the best case outcome here is you find a way to use Beagle without their users in affolio systems with no operational headache or interruption for Trial. I truly mean that, and we will do everything we can to try to get to that outcome.

[From: 00h 27m 16s - To: 00h 28m 54s] Speaker_8: Would it be beneficial, [redacted] would it be beneficial if you all, maybe [redacted] to your point about getting some like heftier details that we can look into to look at some of the behavior that's happening on the Beagle side, if you all shot like a video for us of here's a recent residents that's moved in.

[redacted] Like maybe you have a list of recent activities that Beagle has done and we can look into what those things are. So to [redacted] point, we can kind of work together and looking at what that picture has looked like. And that will also give us a little bit more detail into what reports We understand the line items, but what reports are they scheduled to receive? How do they use that information? How are they scrubbing the leases? How are they looking at compliance? [redacted] to your point about making sure that if something expires, just like a well-rounded picture video, if that's okay, of like, here's how [redacted] is partnering with Beagle to do this weekly thing. And maybe a lot of that is hands off, but she knows that these are the ones that have recently been touched. And I think that might give us a lot of information we can use as a spring board to better understand alternative solutions, things that will still allow you to leverage people as a solution while also maybe being able to scale back a little bit of what their responsibility in app really is.

So that's just a proposition if that's something palatable and an easier way, [redacted] to your point of providing us information we can ingest.

[From: 00h 28m 55s - To: 00h 29m 44s] Speaker_4: Yeah. I don't know. I don't. I haven't worked directly with Beagle as far as what they go in and do within the system. As far as bank accounts and things like that, they don't need access to any of that. So I'm wondering if there's a way to reduce their access to mainly just reviewing leases and their addendum, adding monthly charges. and maybe giving them limited access to certain reports that they need. But beyond that, they're not needing access to, they're not needing to process any payments or access any bank accounts, anything like that, that I can think of.

Right, [redacted] Right, [redacted]

[From: 00h 29m 45s - To: 00h 30m 19s] Speaker_5: I agree completely. Yeah, I'm actually in our AppFolio settings right now with the permissions. Yeah, and they're on lockdown. You know, they can go Look at bills. Yeah, and I'm trying to see where they can view bills, but they can't approve payables or anything. Yeah, I don't know where I don't know the accounting settings well enough where we see what they have access to actually pay or not, but I guess we do. [redacted]

[From: 00h 30m 20s - To: 00h 30m 21s] Speaker_4: Revert.

[From: 00h 30m 22s - To: 00h 30m 26s] Speaker_5: I don't think they could, I don't know.

We should ask [redacted] actually where we see these settings.

[From: 00h 30m 26s - To: 00h 30m 27s] Speaker_4: Yeah, no, I mean.

[From: 00h 30m 27s - To: 00h 30m 28s] Speaker_3: I agree with [redacted]

[From: 00h 30m 28s - To: 00h 30m 29s] Speaker_4: I think they should.

[From: 00h 30m 29s - To: 00h 30m 30s] Speaker_5: Just be pretty much on lockdown.

[From: 00h 30m 31s - To: 00h 30m 42s] Speaker_4: Yeah, I'm wondering if we can just really reduce the amount of access that they have and if that would be, I don't know, if that would work for all parties involved.

[From: 00h 30m 43s - To: 00h 31m 09s] Speaker_3: It won't in this case, although I will say. Again, this is why I'm totally confident because I've talked to another customer, very large one of our customers who also uses Deagle. And again, I don't want to over promise here because I gotta make sure your workflows are similar, but they do not have Deagle users at all and they don't have this manual effort. So they have found a way to do this with Deagle that doesn't require a bunch of manual efforts.

I think there's a solution here. I just need to make sure that it'll work for you all.

[From: 00h 31m 11s - To: 00h 31m 15s] Speaker_5: If you could get intel on how they do it, let us know. That'd be great.

[From: 00h 31m 17s - To: 00h 31m 17s] Speaker_3: You know what?

[From: 00h 31m 18s - To: 00h 31m 34s] Speaker_1: I'm wondering if the Beagle Access parallels our managers.

[redacted] which is probably moving money is maybe the single most risk egregious thing.

[From: 00h 31m 37s - To: 00h 31m 42s] Speaker_3: Right. Yeah. I'm not sure actually followed.

I agree. Yes, moving money is risky.

[From: 00h 31m 43s - To: 00h 31m 43s] Speaker_1: Yeah.

[From: 00h 31m 44s - To: 00h 33m 05s] Speaker_7: And I think that there's a larger, right, like we've noticed this across a lot of customers. This isn't a [redacted] thing. This is an app folio making a very widespread decision because of the aggregate of issues and things that we've seen. So it's very possible that every customer has different levels of access. And again, this all stems from the fact that Beagle has professed in integration that was in fact not true. And so we're having to take some safeguarded measures like removing user and that kind of stuff. So again, we want to work with you on this. We want you to continue using Beagle if that's the best thing for your business, but we're going to have to work on that. I would also just say like with this notice going out, I'm sure Beagle is going to be getting a lot of these questions from their other users.

So there's a lot of AppFolio customers that use them. My follow-up for you guys would be to Beagle in some Ave. of like, how are you supporting this? Because they may have a solution that involves your read-write API access or they already know what scheduled ports to run or how to limit the users. Like I don't want to put the onus on you guys, but like, you know, we're not trying to have a breach of contract with you and Beagle, but like they are the ones who have misrepresented in the 1st place to an extent. So like they should have some sort of solution to help you with this moving forward.

[From: 00h 33m 06s - To: 00h 33m 17s] Speaker_1: Yeah, guys, I'm not searching for confidential information, but are we talking hundreds? Thousands of AppFolio Beagle clients? Just out of curiosity.

[From: 00h 33m 20s - To: 00h 33m 23s] Speaker_3: I don't know if that's confidential information.

[From: 00h 33m 24s - To: 00h 33m 25s] Speaker_1: Under 500, I'm guessing.

[From: 00h 33m 28s - To: 00h 33m 30s] Speaker_3: I don't. I don't want names.

[From: 00h 33m 31s - To: 00h 33m 32s] Speaker_6: I don't want names.

[From: 00h 33m 32s - To: 00h 33m 36s] Speaker_3: Yeah, no, I don't know. It's not. It's not over. It's not in the thousands.

[From: 00h 33m 37s - To: 00h 33m 40s] Speaker_1: It's obviously significant enough for you guys to be there.

[From: 00h 33m 40s - To: 00h 33m 45s] Speaker_3: It is significant for us to be here. Certainly.

Yes. And like, yeah.

[From: 00h 33m 45s - To: 00h 33m 48s] Speaker_6: Has Beagle reached out to you? Anybody at Folio?

[From: 00h 33m 49s - To: 00h 33m 50s] Speaker_3: Not yet.

[From: 00h 33m 50s - To: 00h 33m 50s] Speaker_6: Okay.

[From: 00h 33m 51s - To: 00h 34m 09s] Speaker_3: We have reached out to them, though. We've let them know.

Like, we're again, like, yeah, we're to [redacted] point, like, yeah, if you I would reach out to them and ask them how, like, how are you supporting? I just want to check, [redacted] do they have, do they have, is there like rewrite API stuff? Do they have access to that?

[From: 00h 34m 09s - To: 00h 34m 11s] Speaker_5: Yeah, you guys have rewrite API.

[From: 00h 34m 12s - To: 00h 34m 24s] Speaker_3: Yeah. I would ask them about that. I don't exactly know how they're set up, but like I would go push them. I guess maybe the other question I have, I heard you've mentioned this a few times.

You said breach of contract. What, do you guys have performance obligations?

[From: 00h 34m 26s - To: 00h 34m 47s] Speaker_5: I mean, we. I don't know.

But I mean, I don't know off the top of my head. I haven't gone and read it, but we absolutely signed a contract with them to provide the services. And I think my concern is actually more on are the residents going to have charges, you know, in this month, you know, for everybody that moves in. I think that's the.

[From: 00h 34m 48s - To: 00h 35m 04s] Speaker_3: I will say that customer you're asking about, which I got to be careful, but not, but like that's what they have read, write API, they work with Beagle, they don't allow Beagle into their database already before all this. They have, I don't know, thousands and thousands of units, and they manage it through scheduled reports and read-write API.

So Beagle should be able to support that.

[From: 00h 35m 06s - To: 00h 35m 07s] Speaker_7: Yeah.

[From: 00h 35m 07s - To: 00h 35m 09s] Speaker_1: Without naming names, we can mention that detail.

[From: 00h 35m 10s - To: 00h 36m 35s] Speaker_7: Yeah. And that's really from a product perspective outside of this, one of the reasons we have the read-write API is because that's built off of the same framework that our stack partners use, meaning like the actual like approved integrations. So like we've created specific endpoints for these kind of bespoke one-off integrations for like this type of thing. Like obviously this is an extreme example, but that's the whole reason we have that product that you guys are signed up for. And again, like we have plenty of third-party companies that we do officially integrate with that we support on both ends of that integration.

Beagle is not one of them. So like that's what's kind of leading us to this point. And like we'll figure out the extension and what the next steps are. But like there is an element of like urgency here that we need to, and why this was like a today notice to everybody using Beagle.

We sent notice to Beagle. Like this is not, I don't know how long it's been in the works, but like all of the lawyers and all of the people, like we plan this out for a very specific purpose. And our job, me, [redacted] Sean, [redacted] is here to support you, [redacted] in moving forward in this.

And [redacted] and [redacted] we've been through this a lot in the last couple months and we want to continue showing up. This is an unfortunate hiccup right in that journey, but like we're still committed to this partnership and we want to make this piece of that puzzle work as well.

[From: 00h 36m 36s - To: 00h 36m 58s] Speaker_1: You know, I'm not the technical whiz kid in this group, I'm telling you that. But we could remove their access at any moment we want to and preempt something on your part So there's these parallel things that if we think we're at risk, we could do it, not have to call you and say, hey guys, save us. Accurate.

[From: 00h 37m 00s - To: 00h 37m 02s] Speaker_3: Yeah, you can remove users whenever you want, certainly.

[From: 00h 37m 03s - To: 00h 37m 04s] Speaker_7: Yeah. And this isn't.

[From: 00h 37m 04s - To: 00h 37m 23s] Speaker_1: So we have that safeguard in the interim while we're working through with you guys.

We just have to have our wits about us to determine if anything's going on. And that's where your audit would be really key to get us some feedback if anything looks, you know, off color.

[From: 00h 37m 23s - To: 00h 37m 32s] Speaker_7: Yeah. And I think I want to be clear, like we're not here to fear monger you. And we're not here to say that you're going to get audited by the insurance commissioner or anything like that.

[From: 00h 37m 32s - To: 00h 37m 33s] Speaker_3: No, none of that. Yeah.

[From: 00h 37m 34s - To: 00h 38m 43s] Speaker_7: But like there are things at the corporate level between our two companies, not including [redacted] that have led to this.

Right. So, you know, we want to support you how you want to move forward. There are actions that we need to take within a reasonable time frame. But yeah, like, you know, We're learning, right? As we're absorbing a lot of these conversations at the same time, right? Obviously, we have like the historical stuff that we saw that led up to this point. And you know, we're not here to dictate how you manage your compliance and all that kind of stuff moving forward, but we do want to partner with you on this and help you like build this process as you see fit. So I think we're I think we have a good next step. I don't want to keep saying the same things over and over.

Everyone's time is valuable here. [redacted] quick recap, I think would be, we would love from [redacted] as detailed as possible, the steps that are taken between you and Beagle to add charges, how they're managing compliance, that kind of stuff. what reports you're sending?

[From: 00h 38m 43s - To: 00h 38m 55s] Speaker_3: Yeah, guys said for a second, like our goal here is not to know how people, the real, the goal outcome there is just like, what are the things that you don't want to do that they're doing so that we can find a way so that you don't, you can remain not doing them.

[From: 00h 38m 56s - To: 00h 39m 07s] Speaker_7: Correct.

Yeah. We want to know the process so that we can help you with the existing AppFolio tools to automate that. And then we would hope that you connect with Beagle to find any other alternative solutions for their services.

[From: 00h 39m 09s - To: 00h 39m 44s] Speaker_4: I just, I'm not sure.

what kind of report. I mean, the reporting as far as coming, finding out who moved in and reporting for who's up for renewal is the only report that I can see that they specifically need as far as how and who they're charging, like for monthly charges, they need access to I mean, they need access to the lease and reports and, or not, I'm sorry, and attachments. And I don't see how that could be sent in a report.

[From: 00h 39m 45s - To: 00h 39m 54s] Speaker_7: I guess I'm curious when you onboarded with them when you started the services, like was there a, like how did you get to a point where you added them as users and like what they needed access to?

[From: 00h 39m 58s - To: 00h 40m 01s] Speaker_4: [redacted] that's a question for you. I didn't onboard them really.

[From: 00h 40m 01s - To: 00h 40m 08s] Speaker_7: Because that might lend some insight into like the. things that are quote unquote automated via their service that we could try and figure out processes for.

[From: 00h 40m 09s - To: 00h 40m 11s] Speaker_5: I'm sorry, could you say that again?

[From: 00h 40m 11s - To: 00h 40m 35s] Speaker_7: Yeah, I guess I'm just curious, like when you first started using Beagle, like I would imagine there's some onboarding process that you had with them that says we need access to X, Y, and Z to do A, B, and C. That might be a good starting point to understand like which of the quote unquote automated processes via Beagle we need to find alternate solutions for.

[From: 00h 40m 36s - To: 00h 40m 56s] Speaker_1: The one thing that I see that they might need ongoing is if somebody has chosen a third party insurance provider and that they do not keep it current, that's part of the thing we're relying on them.

But otherwise, maybe it is all, you know, physical report, you know.

[From: 00h 40m 56s - To: 00h 41m 54s] Speaker_5: Well, yeah, it's adding those charges, you know, it's the same, you know, It's the same stuff. It's making sure somebody has a third party company, they stop paying, Beagle has to add a charge for the renter's insurance. You know, new people move in, Beagle has to audit that lease file, add charges. You know, so I mean, we have, they're set up as an accountant in AppFolio. You can look at, I'm sure you guys have access to what our permissions are. for that role.

[redacted] So it's that is we have those permissions specifically tied in for the renters insurance people. But it's really adding tenant charges, adding tenant payables, you know, going back in time and adding those if they were missed, that's all it is. But we can send you that list in writing if you'd like.

[From: 00h 41m 55s - To: 00h 42m 00s] Speaker_1: Now, [redacted] what was the onboarding process? I got us off track on that question.

[From: 00h 42m 01s - To: 00h 42m 12s] Speaker_5: I mean, we had a bunch of phone calls and set up, you know, users and kind of got them going.

I don't. Not not a lot more.

[From: 00h 42m 18s - To: 00h 42m 26s] Speaker_7: I'm not the product expert. [redacted] do you know what you need moving forward? Do we have a plan? Like what's our follow up?

[From: 00h 42m 27s - To: 00h 42m 46s] Speaker_3: I'm sorry, I can answer that.

Yes, here's what I'll do. If you can send us off, it sounds like if that's hard, that's okay. We'll look into like, I'll work with support here and try to get a sense of your database and see like, I think we can go look to see what charges they have been.

[From: 00h 42m 48s - To: 00h 42m 48s] Speaker_5: Addie?

[From: 00h 42m 48s - To: 00h 42m 50s] Speaker_3: I mean, Addie. Yeah.

[From: 00h 42m 50s - To: 00h 43m 02s] Speaker_5: And I'm glad to ask him.

I will send them an email as soon as we get off. Hey guys, please outline the exact actions that you're doing with your account. And I'll see what they come back with.

[From: 00h 43m 02s - To: 00h 44m 01s] Speaker_3: Yeah. And then maybe ask them like, hey, we understand that you might have other ways to do this without being users.

We have API. How does that look like? That would be helpful. Then what we'll do on our side is we'll go look to see what they're doing to see like, hey, how do other people, how can we support you using? How can we help make sure you guys have what you need using federal reports and APIs? Again, want to be careful.

I'm not going to promise, I don't know. I have to go see, but my goal here is to make sure you guys don't have any digital manual work. The other thing that I'll commit to is we can give you an extension.

We can extend that not being turned off, and I gotta go check, but I don't think we can do more than 30 days. I understand the holidays are coming up. I understand a lot of stuff's going on. Again, this isn't a specific [redacted] issue. It is a larger issue that requires us to have a unilateral action. We want to work with you. Our intention here is to make sure that you get through this and that you do not have any extra work and it's not an impact on your business. You have my commitment that I and we are working on this to the fullest extent that we can.

[From: 00h 44m 02s - To: 00h 44m 04s] Speaker_1: We'll beg for more days if we need them.

[From: 00h 44m 06s - To: 00h 44m 47s] Speaker_4: We could offer them if we could.

I think, and maybe this would be helpful or maybe it wouldn't. I have tried to reduce as much access that they have in AppFolio. If there's anything you guys see that they have that you think for sure they do not need or we should reduce right away based on other experiences, please tell us or adjust it yourselves.

I mean, I've tried to reduce it as much as I as much as I can. But anyways, I don't know if that would be helpful, but just I don't know.

[From: 00h 44m 47s - To: 00h 44m 48s] Speaker_3: I think they're locked down, [redacted]

[From: 00h 44m 48s - To: 00h 44m 53s] Speaker_5: I mean, I looked at it. I don't think they, I don't really think we have exposure candidly, but.

[From: 00h 44m 54s - To: 00h 46m 07s] Speaker_3: Again, this is not a [redacted] yeah, but it's not a, I think it's really helpful. I just be clear, it's not a [redacted] issue specifically.

It is like a Beagle in all of that folio's databases. And so the actions we're taking have to be unilateral. They're not like, hey, we're here. It's again, I hear what you're saying and it's very, I understand and appreciate. they're trying to be helpful here in this particular front, that's not gonna work. That being said, I think like I do, I am optimistic that like, it sounds like [redacted] you're gonna go to Beagle and ask them like, hey, how can we work with the API access that we have with Folio? How do other customers do it? Like, what are you guys specifically doing? Folio is trying to work, make sure where they work with us to, you know, support this. Ultimately, I also say like, they should be supporting you also and not, well, in any event, I would press on them on that front. Well, on our front, we will look into your database and see exactly like we'll look into your account and see exactly as much as we can see. And I'll work with our support team to go figure out what we can do to help support you. And then we will make sure that your database is not going to have people users remove next week.

So I will come back. I can't give you a definitive time. I'm fairly confident 30 days is the most. I might not be able to give 30, but I owe you an answer for what that date will be and we'll come back and give you that.

[From: 00h 46m 08s - To: 00h 46m 15s] Speaker_1: Now, [redacted] Was that right now or did you do it before this call?

[From: 00h 46m 16s - To: 00h 47m 04s] Speaker_4: I mean, I had reduced it [redacted] trying to give them just the information that they need access to and not the entire everything possible.

I mean, [redacted] I mean, I'd rather all of us have, take some precautions if necessary. So that's why I'm saying if there's anything that you guys are seeing that they have access to that you think that they should not for sure, I mean, I [redacted] they really shouldn't be doing a whole lot of other.

[From: 00h 47m 05s - To: 00h 47m 05s] Speaker_6: Correct.

[From: 00h 47m 06s - To: 00h 47m 06s] Speaker_4: What?

[From: 00h 47m 06s - To: 00h 47m 08s] Speaker_6: They shouldn't be doing anything else.

[From: 00h 47m 08s - To: 00h 47m 19s] Speaker_4: No, they shouldn't be doing anything else. So if you're seeing that or they have access to it, I would say we need to reduce that as much as possible now. Might as well not wait that month. Oh,

[From: 00h 47m 19s - To: 00h 47m 20s] Speaker_3: I see what you're saying.

[From: 00h 47m 20s - To: 00h 47m 24s] Speaker_4: Yeah, that's all I meant. It's just, yeah.

[From: 00h 47m 24s - To: 00h 47m 24s] Speaker_3: I get it. Yeah.

[From: 00h 47m 25s - To: 00h 47m 38s] Speaker_4: Yeah.

I'm not saying you're going to let us keep them. I'm just saying even just for the time being, if we can reduce, then that would be great. But yeah, so I'm reducing what I can now even.

[From: 00h 47m 38s - To: 00h 48m 40s] Speaker_2: So.

And I think, and [redacted] that's probably a good just rule of thumb to take just in like security and precautionary measures. Again, what we'll do is we will, I feel like we've captured in essence what Beagle is doing. I'd recommend that we take the next day or two as you're going through your standard workflow. If you've noticed anything else like, oh yeah, I forgot that they can do this or I forgot we do this for this instances, let's take the next 24 to 48 hours to document that all. Between myself, Sean, and [redacted] will primarily be the folks that will continue to talk with you to reconcile that list. We will then take that list and see what we can do. We can walk away from this meeting today confirming that you have beyond five days, but we will get that down in writing so you have an accurate day on the calendar that we can plan on.

[From: 00h 48m 42s - To: 00h 48m 50s] Speaker_1: Just kind of for informational, [redacted] and I are MIA all next week.

We're in Mexico. Not that we can still receive things.

[From: 00h 48m 51s - To: 00h 48m 54s] Speaker_2: I must have missed my invite in the mail. Are we going on vacation?

[From: 00h 48m 54s - To: 00h 48m 57s] Speaker_1: Listen, I sent it to [redacted] at Beagle.

[From: 00h 49m 01s - To: 00h 49m 01s] Speaker_3: Nice.

[From: 00h 49m 02s - To: 00h 49m 12s] Speaker_1: How did you miss it? No, but this needs to keep moving forward with or without our input. And there's enough bodies on both sides to make that happen.

[From: 00h 49m 12s - To: 00h 49m 33s] Speaker_8: So [redacted] as you hear back, so the only other ask is as you hear back from the vehicle, if you can circle back with us on what options they're able to present to you for the capabilities you already have. I think that would just be helpful as we think about timetables, which will firm up to [redacted] point. So that's the only other item I would add.

[From: 00h 49m 34s - To: 00h 49m 41s] Speaker_5: I've already sent the email, so we're literally just forward it along as soon as we get it.

[From: 00h 49m 41s - To: 00h 49m 46s] Speaker_8: I don't care what [redacted] says. You're really good. Don't ask him that.

[From: 00h 49m 46s - To: 00h 49m 49s] Speaker_1: We're supposed to be doing these sort of things based on these hand gestures.

[From: 00h 49m 51s - To: 00h 49m 54s] Speaker_8: Y'all are fun.

Okay, good deal. Thank you for doing that.

[From: 00h 49m 55s - To: 00h 49m 55s] Speaker_1: Yeah.

[From: 00h 49m 56s - To: 00h 49m 59s] Speaker_3: We appreciate the partnership here.

[From: 00h 50m 00s - To: 00h 50m 02s] Speaker_8: And thank you for the conversation team.

[From: 00h 50m 02s - To: 00h 50m 53s] Speaker_2: Happy holidays. I appreciate what everyone's doing here to work towards [redacted] We just request that [redacted] y'all understand that this is a very unique strategy we are taking with your company. And so we request that you protect the confidentiality of this conversation and not disclose this to any other AppFolio contacts that you may have. We understand that you are talking to Beagle about this and that is absolutely okay and we encourage you to do it. But in terms of what AppFolio is offering to work with you on, we request that you keep that private. OKOK, we'll talk to you soon. Take care and enjoy Mexico if I don't get to talk to you before then.