David S. Bloch (SBN 184530)
Blochd@gtlaw.com
Marcelo Barros (SBN 339069)
Marcelo.Barros@gtlaw.com
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300

Jake Evans (pro hac vice); Jordana R. Sternberg (pro hac vice)
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305; Telephone: 678.553.2100
Attorneys for Plaintiffs and Counter-Defendants

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation,

Plaintiffs and Counter-Defendants,

v.

APPFOLIO, INC., a California corporation,

Defendant and Counterclaimant.

Case No. 2:25-cv-12248-JFW-SSC
Hon. John F. Walter

**REDACTED TRANSCRIPT OF APPFOLIO0003987 (SAXENA DECLARATION EXHIBIT D)**

PUBLIC FILING
Replacement for ECF 106-10
Opposition Exhibit 8
Filed pursuant to ECF 113

The following pages reproduce redacted Saxena Declaration Exhibit D as supplied by AppFolio by email, without changes to the approved redactions or exhibit content.

# EXHIBIT D

Beagle's transcript of AppFolio0003987 (Opposition Ex. 8, ECF 106-10)

Prepared by Beagle's counsel; not adopted by AppFolio

Proposed public version - redacted

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case No. 2:25-cv-12248-JFW-SSC

# EXHIBIT 8

Customer Service Call Transcript
AppFolio0003987

Proposed Redacted Version

[From: 00h 00m 00s - To: 00h 00m 02s] Speaker_1: Good morning to anybody out there.

[From: 00h 00m 04s - To: 00h 00m 04s] Speaker_2: Good morning.

[From: 00h 00m 10s - To: 00h 00m 14s] Speaker_1: You got your Santa suit on there. Good job.

[From: 00h 00m 15s - To: 00h 00m 18s] Speaker_3: Well, I'm just getting ready for my trip to Mexico.

[From: 00h 00m 19s - To: 00h 00m 22s] Speaker_1: You know what? flight are you on?

[From: 00h 00m 23s - To: 00h 00m 24s] Speaker_3: Whichever one you're on.

[From: 00h 00m 25s - To: 00h 00m 27s] Speaker_1: We'll rendezvous at the airport, OK.

[From: 00h 00m 28s - To: 00h 00m 28s] Speaker_3: Perfect.

[From: 00h 00m 29s - To: 00h 00m 36s] Speaker_1: Yeah. Listen, I hear Mexico isn't all it's cracked up to be, so.

Yeah, you shouldn't go. Maybe save you the trouble.

[From: 00h 00m 37s - To: 00h 00m 39s] Speaker_2: Where are you guys going in Mexico again?

[From: 00h 00m 40s - To: 00h 00m 41s] Speaker_1: Puerto Vallarta.

[From: 00h 00m 41s - To: 00h 00m 42s] Speaker_2: Very nice.

[From: 00h 00m 43s - To: 00h 01m 04s] Speaker_1: We're going to be Popeye the sailor man when we come back. We're on a sailboat for five days. Well, on land at night, but the boat for, you know, during the day and supposedly be certifiable as a captain, El Capitan, when we're done. I don't know if that's going to really take place.

[From: 00h 01m 04s - To: 00h 01m 07s] Speaker_4: Well, at the very least, he'll be certifiable. How about that?

[From: 00h 01m 09s - To: 00h 01m 11s] Speaker_1: Absolutely, already am, but in other ways, right?

[From: 00h 01m 13s - To: 00h 01m 19s] Speaker_4: So funny. Hey, [redacted] is [redacted] joining too, or are we waiting for anybody else? I see you and [redacted] and [redacted]

[From: 00h 01m 19s - To: 00h 01m 24s] Speaker_1: He is, he is in [redacted] joining us.

[From: 00h 01m 25s - To: 00h 01m 30s] Speaker_4: [redacted] in her screen is off, but she's in the meeting.

[From: 00h 01m 31s - To: 00h 01m 39s] Speaker_1: OK.

I am trying to hit. OK, you have my attention. I had to hit send on an e-mail.

[From: 00h 01m 39s - To: 00h 01m 41s] Speaker_4: OK. [redacted] should be.

[From: 00h 01m 41s - To: 00h 01m 42s] Speaker_5: Is [redacted] here?

[From: 00h 01m 42s - To: 00h 01m 43s] Speaker_4: [redacted] is not here.

[From: 00h 01m 44s - To: 00h 01m 48s] Speaker_5: Du is [redacted]

He should be joining us. Hang on a second.

[From: 00h 01m 48s - To: 00h 01m 49s] Speaker_1: Are you going to text him?

[From: 00h 01m 49s - To: 00h 01m 50s] Speaker_5: Yeah, I'm doing it now.

[From: 00h 01m 52s - To: 00h 02m 04s] Speaker_1: Listen, we have a rule, no bad news Friday. So we know the only reason you set this up for Friday is because it will be good news Friday.

[From: 00h 02m 04s - To: 00h 02m 07s] Speaker_4: It's because you put us on deadlines, [redacted] You said you're leaving the country.

[From: 00h 02m 09s - To: 00h 02m 10s] Speaker_1: Yeah, sorry about that.

[From: 00h 02m 11s - To: 00h 02m 24s] Speaker_4: We, yeah, we certainly have some updates that we want to talk about.

things we found. We're interested in what your responses were from Eagle. Should we just go ahead and jump in or should we wait for [redacted] I'm not sure who is.

[From: 00h 02m 24s - To: 00h 02m 26s] Speaker_1: Let's jump in. Yeah.

[From: 00h 02m 26s - To: 00h 03m 17s] Speaker_4: Great. Well, first of all, appreciate everyone joining in. You've got the same team here as last time. And you know, I hope this continues to show that we're here to partner with you on this. And in no way are we trying to ruin your business in any regards.

And [redacted] coming in great. Last we spoke, Obviously, we discussed the notice and some of the steps we need to take. We had some action items. One of those that we're keenly interested in is, [redacted] it sounds like you guys did reach out to Beagle and got some element of response and how they're going to support you moving forward post this.

user removal. So, I'm curious, like, what were the steps that they gave you? How can we help you on our side of things there? And that's kind of my first bullet point here that I want to.

[From: 00h 03m 19s - To: 00h 04m 31s] Speaker_1: Don't you love it when everybody says total transparency, and they mean just the opposite? I do not. I mean total transparency. We actually just hung up from a call from them. And that's why we were all just a little bit late getting on. At this point, the anticipation is they will not have access. Now what we are squeezing them for is to get, there's a number of residents that are not fully, they've signed up for some of their programs, but they've not been on board. And God knows we do not want to do that. So first and foremost, if the lead time that you guys allow us, before you pull the plug on them, if that will allow them to get to a point where we're in a maintenance mode, then the scheduled report process may ultimately be the only way we can proceed. But if we have to onboard, it becomes a bit of a nightmare.

obviously we didn't bargain for that. We don't, we don't want to do it, et cetera.

[From: 00h 04m 32s - To: 00h 04m 35s] Speaker_4: How many people are pending enrollment?

[From: 00h 04m 37s - To: 00h 04m 40s] Speaker_1: [redacted] that's more a you or [redacted] question.

[From: 00h 04m 41s - To: 00h 04m 45s] Speaker_6: I would. Well, that was part of the question we didn't know the answer to with that. Correct.

[From: 00h 04m 46s - To: 00h 04m 59s] Speaker_5: Correct. And I think honestly, pure guesstimation here, I would say, what do you think, [redacted] or so? I would say that need to be put in.

And that's a guess. Pardon me.

[From: 00h 04m 59s - To: 00h 05m 00s] Speaker_1: Yeah, but it's in the [redacted]

[From: 00h 05m 01s - To: 00h 05m 01s] Speaker_6: Yeah.

[From: 00h 05m 02s - To: 00h 05m 13s] Speaker_4: So, and just so I'm clear at what you're saying, you have potentially [redacted] that are pending enrollment into a Beagle insurance product.

[From: 00h 05m 14s - To: 00h 05m 21s] Speaker_1: [redacted] so.

[From: 00h 05m 22s - To: 00h 05m 23s] Speaker_4: Understood. Okay.

[From: 00h 05m 23s - To: 00h 05m 46s] Speaker_6: And it's part of the reason for that big number is that we were kind of still spooling up with them when this whole thing happened. And so we never really got through our rollout with them. And so that's why this is also a little bit more friction than we would have if it would have been totally up and running.

[From: 00h 05m 46s - To: 00h 06m 02s] Speaker_4: And I'm just, I promise I'm not challenging anything.

I just want to get super clear. So it sounds like you have a bunch of people, tenants in your database that have like the signed waivers and or addendums, but have yet to be enrolled into any sort of program or insurance product.

[From: 00h 06m 03s - To: 00h 06m 08s] Speaker_6: Their charges are not hitting the ledgers yet. And we're sorting out the reason why.

[From: 00h 06m 09s - To: 00h 06m 13s] Speaker_2: So the residents haven't paid for anything and you haven't received any funds?

[From: 00h 06m 13s - To: 00h 06m 33s] Speaker_6: Correct.

But they're enrolled. And so that's a, so we need Beagle to go in and audit that and be like, why? And let's fix that. And so that's kind of what they're doing now, which is why they need a little bit longer access.

So that's what [redacted] was saying. So our team doesn't have to go through and complete that really long audit.

[From: 00h 06m 33s - To: 00h 07m 54s] Speaker_4: Okay. That's concerning to me, right? Because The Beagle and this situation aside, like these types of programs typically don't have any lag time, right? There's an element of you sign the document, you move them in, and that's when the charges start because that's when coverage is placed, right? You have a flow of funds from the payment of the policy to the coverage so that there's a clear paper trail for all these things, right? And again, this isn't me saying that there is shadiness here, but that is concerning for us because when we went into your database and looked at some reports, we looked at the last two months and [redacted]

And that seemed to be very different than what your expectation was. But again, we also don't know all of the ins and outs because we don't know if you're using multiple GL accounts and we can only find one that had the Beagle nomenclature on it. So I think we're also looking for some clarity there, like what your expectations have been, as far as enrollments and usage in the last couple of months compared to what we're seeing here, because this makes sense when you're saying that there's also [redacted] from previous signed addendums and that kind of stuff.

[From: 00h 07m 55s - To: 00h 08m 02s] Speaker_2: The other thing, and I can't see, sorry, maybe I should let you answer before I speak.

[From: 00h 08m 03s - To: 00h 09m 12s] Speaker_5: One of the reasons is that [redacted] So [redacted] So we had them go in or ask them to take that over. [redacted]

The addendums are there. So that all they have to do is put the charges in, if that makes any sense. [redacted] meaning because we just started implementing upon lease renewal is when we can force their hand to have liability insurance. We can't do that in the midst of a lease.

[From: 00h 09m 14s - To: 00h 09m 26s] Speaker_4: No, totally.

and we have similar products that do similar things, so I understand kind of that process. The concern for me is that those things haven't happened yet, right?

[From: 00h 09m 26s - To: 00h 09m 53s] Speaker_2: Like, from an insurance person, like I'm a licensed insurance agent for our company, like to echo [redacted] point, like to hear that there's a ton of enrollments, but that actually haven't been charged, like Again, not giving legal guidance, but like that sets off all kinds of red flags around like what your partner should have been doing if they're your insurance program manager and what you're seeing. That is certainly not like how a program should work. Go ahead, [redacted]

[From: 00h 09m 53s - To: 00h 10m 16s] Speaker_4: Yeah, and I think this is part of the larger, you can read between the lines on why AppFolio was making certain decisions because we've heard concerns from other customers in a bunch of different fashions, right in this whole kind of Ave.

What was Beagle's direction to you as far as how they're going to remedy and or catch up on these enrollments?

[From: 00h 10m 18s - To: 00h 10m 22s] Speaker_1: Did they quantify that, [redacted] or remote? Whoops.

[From: 00h 10m 22s - To: 00h 11m 03s] Speaker_6: Yeah, I mean, they're conducting an audit again. And by the way, we agree it's obviously a little concerning. That's why we're pushing them to do it too.

You know, it's obviously not the desired thing to run into with them. And so, you know, we've kind of uncovered that that wasn't happening and [redacted] been monitoring it and we've been working with them and they've just been a little slow getting it done. so, in their, I don't know exactly what their process is other than they're going through every single lease as we had. What they've told us is they're going through every single lease, looking at the addendums and then cross-referencing that with the database. So beyond that, I don't know.

[From: 00h 11m 04s - To: 00h 11m 18s] Speaker_4: And then are they doing the compliance tracking on their end? Like are you also capturing records of declaration pages in AppFolio or is Is the onus completely in your mind on Beagle for the compliance piece?

[From: 00h 11m 20s - To: 00h 11m 22s] Speaker_6: [redacted]

[From: 00h 11m 23s - To: 00h 11m 31s] Speaker_4: Right. But like when a policy is actually charged and tracked, is that happening in AppFolio in any way?

[From: 00h 11m 32s - To: 00h 11m 33s] Speaker_2: No, it's in their system.

[From: 00h 11m 34s - To: 00h 11m 38s] Speaker_4: Okay. Gotcha.

[From: 00h 11m 39s - To: 00h 12m 02s] Speaker_2: The other thing that like we've heard from customers, especially like, I don't know, the customers that have a, that are your size, like they're using the API access. So like I've talked to several and it's like, cause they can do read, write charges, everything like I'm, I'm assuming that they mentioned that to you, but like though I have not seen any customer your size who are granting user access to Beagle.

[From: 00h 12m 03s - To: 00h 12m 07s] Speaker_6: They're, they've actually told us they don't have an API with you guys.

[From: 00h 12m 09s - To: 00h 12m 14s] Speaker_4: You have an API that you can credential them for to write charges.

[From: 00h 12m 17s - To: 00h 12m 19s] Speaker_6: Right, but I don't think they've built that connection.

[From: 00h 12m 20s - To: 00h 12m 26s] Speaker_4: Gotcha. Well, we've heard from other customers that they have. And again, this is not to say he said, she said.

[From: 00h 12m 26s - To: 00h 12m 45s] Speaker_2: I mean, I can, oh, I can specifically say like I can't mention customers, but I know several customers who very explicitly are using Beagle, Beagle supporting them through their API access. They are not letting them have user access. And they, I mean, one customer has over 10,000 units doing this.

Others have like several thousands. So like I know that they support that.

[From: 00h 12m 47s - To: 00h 12m 53s] Speaker_3: I don't think we addressed that with Beagle, did we? I don't think that was ever our discussion, [redacted]

[From: 00h 12m 53s - To: 00h 12m 56s] Speaker_6: No, I've had that conversation with them, yeah. You did.

[From: 00h 12m 56s - To: 00h 12m 56s] Speaker_3: Oh, okay.

[From: 00h 12m 56s - To: 00h 13m 00s] Speaker_6: Yeah.

And they said we don't have any API connection with Hatfolio.

[From: 00h 13m 01s - To: 00h 14m 04s] Speaker_4: I don't know what they're talking about. Right. And so what they said to you is correct. They're not they're not an integrated partner of ours.

And I think that. Again, I'm not trying to get in the middle of any legal battle or whatever, but there is some obfuscation of what connection and integration means. We do not approve them as a stack partner like we do with many other companies like LeadSimple or, you know, petscreening.com.

Like of those, like we build and co-develop the connection with those partners. What we're talking about is you have access to the read-write API. which is the same type of credentialing that the stack partners use, but for bespoke reasons like this. So you would be able to give a third party access to specific endpoints, in this instance would be Beagle. So they are correct in the sense that they have not set up an API integration with us, but they are using our API with other customers to do their work.

Does that make sense?

[From: 00h 14m 06s - To: 00h 14m 25s] Speaker_1: So there. I'm no technical beagle here, but have we not already given them access? Because we are paying this fee to have read-write ability. And so, yeah, I see [redacted]

[From: 00h 14m 25s - To: 00h 14m 57s] Speaker_4: Yeah, and I know you had other partners you were going to connect with the API. [redacted] potentially [redacted] like other, like, again, non-true integrations with AppFolio. So the same process applies with Beagle. We wouldn't know necessarily if you have or have not credentialed Beagle for this. What we do know is that it is possible and other AppFolio customers are doing it. So if Beagle is telling you they can't do that, is not necessarily true.

[From: 00h 15m 02s - To: 00h 15m 05s] Speaker_2: It should also be the more scalable way to do this, right?

[From: 00h 15m 05s - To: 00h 15m 19s] Speaker_4: Correct.

Yeah, it puts security in mind and not giving a employee at their company user to access to your business, which is kind of why we're in this conversation in the 1st place.

[From: 00h 15m 20s - To: 00h 15m 27s] Speaker_5: And what you're stating is that they actually do have this with other companies? Correct.

[From: 00h 15m 28s - To: 00h 15m 28s] Speaker_4: Correct.

[From: 00h 15m 29s - To: 00h 15m 29s] Speaker_2: Yes.

[From: 00h 15m 30s - To: 00h 15m 32s] Speaker_5: So they should be able to do it for us.

[From: 00h 15m 33s - To: 00h 16m 05s] Speaker_4: And the vast majority of other companies are just using the scheduled report function. And again, [redacted] I know you kind of see there's a bigger thing at play here. And obviously I'm not trying to beat around the bush, but like we've been in a lot of these conversations recently and there have been a lot of concerning things that we're hearing from customers about how this is playing out in a case-by-case basis. Our goal is to support you with this, but we have to also have our own security in mind, right?

[From: 00h 16m 06s - To: 00h 16m 31s] Speaker_1: Now, [redacted] part of our last discussion is you guys were going to delve in and see if you saw footprints, tracks of suspicious things.

And you know, maybe we go there right now. No means, okay, we buy some Yes means we've got other decisions to make. So where are you guys on that?

[From: 00h 16m 32s - To: 00h 16m 34s] Speaker_4: Yeah, so go ahead, Sean.

[From: 00h 16m 35s - To: 00h 17m 32s] Speaker_2: I mean, so I'll start with like the first thing, and maybe [redacted] is what you're gonna say. It's like, we kind of saw what it sounds like you're also saying, which is what we heard from you in the last call is you signed this partnership, you have this partnership with this company that's agreed to do all of these things. you know, track and enforce compliance, set charges. [redacted] like what we would expect, something like what you'd expect is like [redacted]

From what we can see from like Beagle, GL accounts, she's asked us to look at, [redacted] in the last like from October. And so like, yeah, that presents a lot of concerns. I think like At the minimum, it sounds like you're not getting the service level that this company expected. I think the other part is just like, yeah, they have user access. They're supposed to be doing these things.

They're not doing these things. There are a whole host of issues there. There's insurance concerns that I might have if I were you.

There are other things as well. And so I think I might start there. [redacted] what would you add?

[From: 00h 17m 34s - To: 00h 18m 45s] Speaker_4: Yeah, similar. I think, [redacted] as we were doing our due diligence and obviously, we have to, we're restricted by only what we know of how you run your business and the typical places we look in these areas, there was no consistency that we're able to find based on what your expectations of the usage of that service was. And again, like, because like if Beagle is the one creating GL accounts and they're owning the process, like, We don't know all of the pieces of the puzzle. We didn't see your onboarding, like, you know, so we're missing information. What we found in our traditional kind of like look for things that say Beagle in regards to insurance and the tracking of funds, [redacted] But again, that's because we maybe don't see the full picture, which leads to this being, again, concerning in its own right, because there is not like a clearly visible stream of processes here. [redacted] I see you're going to challenge my [redacted] so please, we'd love to, we'd love to be exposed. Tell us.

[From: 00h 18m 45s - To: 00h 19m 01s] Speaker_3: I'm, [redacted] from Beagle.

I'm looking.

[From: 00h 19m 01s - To: 00h 19m 04s] Speaker_4: Is this in-app folio with a Beagle GL account?

[From: 00h 19m 04s - To: 00h 19m 46s] Speaker_3: Yeah, [redacted] So I don't know where your number is coming from. Sorry, sir, I'll jump in real quick because I helped pull this. Those were specifically related to new move-ins, not like not recurring charges. So, yeah, there's more charges, but these are we're looking at your new new move-ins. OK, so new move-ins, that is something we addressed with them. I they are delayed in.

[From: 00h 19m 49s - To: 00h 20m 04s] Speaker_4: And so I want to pull on this thread a little bit.

[redacted] Is that how I'm understanding that?

[From: 00h 20m 04s - To: 00h 20m 09s] Speaker_3: I think there's a bit of a combo, but yes, prior. Yeah.

[From: 00h 20m 10s - To: 00h 20m 17s] Speaker_5: [redacted]

[From: 00h 20m 17s - To: 00h 20m 18s] Speaker_4: I see.

[From: 00h 20m 18s - To: 00h 20m 37s] Speaker_2: So back to like what I think [redacted] and [redacted] are saying. So like we would have expected from October to December, I think you guys had like [redacted]

Of those, we were only able to see [redacted] That does not seem to match. I mean, that to me is far off what I would, what you had mentioned you would have expected. And also not what we would expect for a program like this.

[From: 00h 20m 38s - To: 00h 20m 46s] Speaker_3: For sure.

I did my own audit of just even one of our properties and I noticed a huge discrepancy. That was something that I discussed with them this morning.

[From: 00h 20m 46s - To: 00h 20m 47s] Speaker_4: Yeah. Okay.

[From: 00h 20m 51s - To: 00h 20m 57s] Speaker_1: If you guys would call the legal dogs off, they'd have time to do our work.

I don't know. No, just a joke. Just a joke.

[From: 00h 20m 57s - To: 00h 21m 07s] Speaker_3: No, I mean, they are months behind on the charges that they should be adding. You guys are very correct.

[From: 00h 21m 10s - To: 00h 22m 17s] Speaker_4: Yeah.

And again, like this is one example of a multitude of examples that we've had with other customers that it's like there doesn't seem to be consistency in here, which is what led to this event in the 1st place. And the people on this call, our primary concern right now is helping you in this transition. And I guess, Sean, we should just advise them, like there will not be an extension for the user access. That is a decision being made above all the people on this call. And because of this larger event, we have security concerns on our side.

So there will be no user access extension. Now our response to this is we do know Beagle is working with customers in other fashions. And that's what we want to kind of force the issue on that like you have all of the necessary tools. to allow for this integration in a safe and secure way.

[From: 00h 22m 18s - To: 00h 23m 21s] Speaker_2: Yeah, and I'll speak to it. So part of this is like, there's just a legal component to this.

And so, but I wanted to take a step back. Like I, we're, to not get on too much of a soapbox here, but like one of the reasons I love working at this company and my job as a product leader is like, we're here to help customers. And so like, I hope you feel this coming through. The primary concern for [redacted] and [redacted] and [redacted] myself is like, how do we help you? But that being said, it's a little tricky because it seems like from what I hear from you all, this other company has put you in the spot and we're trying to help, but we're trying to figure out how we can do that in a way that's sustainable. I think what I would push in my recommendation is you guys have this API functionality for a reason. They're they like if they should from all accounts that we understand should be able to support that. They also have made service level promises to you that it's not that they're not meeting. I would really like I would push them to go meet them through the channel that they should be able to to meet them through the through the API access.

[From: 00h 23m 24s - To: 00h 23m 34s] Speaker_5: And [redacted] and [redacted] are you guys familiar with the API access and what they're referring to? Because I feel, I'm thinking for myself, I'm a little lost here.

[From: 00h 23m 35s - To: 00h 23m 43s] Speaker_3: Yeah, I'm sure the developer space, is that correct, guys? Yeah, OK, yeah, I gave I gave [redacted] the similar access.

[From: 00h 23m 44s - To: 00h 23m 54s] Speaker_4: Same exact process you would have with Beagle.

It involves Beagle. doing their end of the work though, which they have done before. We know that from evidence from other customers.

[From: 00h 23m 55s - To: 00h 24m 07s] Speaker_6: And you can say with, because I asked him that question and I got a flat no. And I asked him again and I got a flat no. And so I asked twice on different call.

[From: 00h 24m 08s - To: 00h 25m 06s] Speaker_4: And so you, I could take a guess that post this event, they may be changing their tune and or what they're willing and not willing to do. I can't control what Beagle does and does not do. What we do know from our data and the customers that also work with Beagle that this has been set up before via scheduled reports and with the read write API. Beagle's willingness to do that again is up to them.

And maybe they've been given guidance to not for whatever reason. Again, like there's much bigger things at play between the two companies here, but you do have all the tools to do this and we have seen it done before. So I can't talk to Beagle for you, right? That's kind of what I'm getting at.

Like we would hope that you would put pressure on them as their partner in this Ave. to like support you through this.

[From: 00h 25m 09s - To: 00h 25m 09s] Speaker_2: Okay.

[From: 00h 25m 10s - To: 00h 25m 16s] Speaker_5: Does this access, [redacted] allow them to put the charges in?

[From: 00h 25m 17s - To: 00h 25m 26s] Speaker_6: Yeah, it totally. Rewrite API is kind of like the gold standard for access, because you can write anything and push anything anywhere with that.

[From: 00h 25m 26s - To: 00h 25m 48s] Speaker_4: So you got it. And with the security in mind, right? Because it uses official kind of like data points and endpoints that you give access to and not just like, hey, come in.

to our system and figure out what you need. It's like you're giving them the very specific tools and like the whole reason we have this tool is for situations like this.

[From: 00h 25m 49s - To: 00h 25m 55s] Speaker_5: Okay, and [redacted] you had mentioned that there is no extension, which means when was the five days up? Today.

[From: 00h 25m 56s - To: 00h 25m 56s] Speaker_2: Tuesday. Tuesday.

[From: 00h 25m 57s - To: 00h 25m 57s] Speaker_4: Tuesday.

[From: 00h 25m 58s - To: 00h 26m 01s] Speaker_2: Five business, five business days. Yeah, next Tuesday.

[From: 00h 26m 01s - To: 00h 26m 06s] Speaker_6: Next Tuesday. We'll let them know and that hopefully gives them enough time to finish their steps.

[From: 00h 26m 08s - To: 00h 26m 24s] Speaker_4: I don't want to be like, they're bad, we're good. They're your partner in this.

We want to support you. You're telling me that [redacted] That's a red flag and that should be your messaging to them that they need to pick up the pieces there.

[From: 00h 26m 25s - To: 00h 26m 28s] Speaker_6: Oh, yeah, I mean, you don't need to ram that one home. We are certain.

[From: 00h 26m 28s - To: 00h 26m 30s] Speaker_4: Yeah, I just, I just, I would kill it.

[From: 00h 26m 31s - To: 00h 27m 06s] Speaker_2: The other thing that like strikes like, so I don't know what their messaging is, but like. If they're saying we need more than Tuesday, my messaging is like, hey, you're two months behind.

You're saying you need three days. The thing I also want to mention is to the next point, we're not here telling you not to work with Beagle. In fact, we're trying to work as hard as we possibly can. If it's your choice to work with Beagle, how can that folio help you work with Beagle? We want you to be successful.

I truly want you to be successful with Beagle if that's the partner you choose. in the ways that like we're able to do that, right?

[From: 00h 27m 11s - To: 00h 27m 22s] Speaker_1: Yeah. The immediate is how do we get out of this rat hole? And then the big picture is, do we ever want to climb back in or continue hovering around?

[From: 00h 27m 23s - To: 00h 28m 01s] Speaker_4: You know, I agree. I think you're in a spot where you have I'm saying [redacted] people who are getting charged for insurance of some regard that have not, or they have signed paperwork thinking that they're going to be getting charged for coverage when there is maybe no coverage in place.

There might be, but you at least don't have a record of it. From a business standpoint, I think that should be your primary focus of like rectifying that piece of the puzzle. And then You get to make decisions on what you do next, but.

[From: 00h 28m 02s - To: 00h 28m 19s] Speaker_1: What that message was given to them was if it was Monday or Tuesday and again today, so certainly that has been uppermost in ours, if we've promised something to a client and a resident, we've sure as hell better deliver.

[From: 00h 28m 20s - To: 00h 29m 07s] Speaker_4: Yeah, and there's right, you have signed leases that are saying one thing and whether that's a reality or not. Like that's something that you guys will need to address. And again, like if you need help in the scheduling reports, like [redacted] and [redacted] are here to make sure that those are buttoned up, we can give you additional access to the API, right? Sounds like you guys have set it up before, but if we need a refresher on like how to create credentialing, that's what we're here for. That's our product, right? We want to support you in that.

But like the larger concern about like the service that you are using and how it's currently being deployed, like the onus is on you to an extent there to make sure that that's buttoned up to your liking. And like we're here to support you as much as we're able to.

[From: 00h 29m 09s - To: 00h 29m 10s] Speaker_1: Sure. So.

[From: 00h 29m 11s - To: 00h 29m 11s] Speaker_3: Okay.

[From: 00h 29m 13s - To: 00h 29m 19s] Speaker_1: Anything else to cover? I mean, we've got the gist of it without a doubt, so.

[From: 00h 29m 20s - To: 00h 29m 29s] Speaker_4: Yeah. Just so I'm buttoning up on this, do you guys need help with scheduled reports or rewrite API? I don't want to like have to wait for a response. Like if you need that, like let's give that to you proactively.

[From: 00h 29m 30s - To: 00h 29m 33s] Speaker_5: I don't think [redacted] I don't think so, correct.

[From: 00h 29m 33s - To: 00h 30m 06s] Speaker_3: I mean, I think it was [redacted] that actually helped me with the API for [redacted]

[redacted] was the one that gave us all the instructions. So I guess we have to go back to that, to Beagle and say, are you gonna, you know, is there something you can do? And we need to get information from them. Yeah, and then if I need assistance, I guess at that point I can reach out. Is it [redacted] Is [redacted] the best one? I think you're the one that helped me before.

[From: 00h 30m 06s - To: 00h 30m 49s] Speaker_4: Go to go to [redacted] first.

She's kind of your quarterback for a lot of this stuff. But yes, the way you understand it is correct. We will, if they say yes, we'll do that, we would provision them credentials. And then you are identifying which data endpoints to have via that connection, right? So they'll say we need write charges and read reports, you know, whatever the things are, so that you're only giving them the access to those things, right? And that is the safe and secure way and the whole reason that type of product exists. So please let us know when you need that.

If they I know anecdotally they know which scheduled reports they need. So if you need help setting those up as well, like they can tell you, but like we will certainly help you with that as well.

[From: 00h 30m 49s - To: 00h 30m 51s] Speaker_3: Yeah, I can set up reports as well. So that's fine.

[From: 00h 30m 52s - To: 00h 31m 22s] Speaker_4: And like, I think also like again, going back to the partnership, like please tell us if this continues to be a struggle for you so that we can try and find creative ways to support you.

I've been talking to these four other people in AppFolio way too much this week about you guys. So I hope you understand that like we are committed to this. We obviously have restraints, but like we are here to help you. So like please continue to like be transparent with like the struggles you're facing in this and we will help you every step of the way as much as we're possible.

[From: 00h 31m 23s - To: 00h 31m 28s] Speaker_1: Well, thank you, [redacted]

Yeah, my guess is we find out on Wednesday.

[From: 00h 31m 32s - To: 00h 31m 33s] Speaker_4: They're shutting down on Tuesday.

[From: 00h 31m 34s - To: 00h 32m 04s] Speaker_1: Yeah. So anyway, guys, thank you. We don't question your motives whatsoever. So don't feel like you need to apologize.

I just don't like the position that we're in. And sometimes you'll buy off on something because it's less painful in the short run, knowing that it is only a short run thing. So, you can read between the lines there.

[From: 00h 32m 04s - To: 00h 32m 19s] Speaker_4: Yeah. And we're here to support your business. Like the last time we talked in June, like we want to come to your office, we want to sit down and talk about every piece of your business and build that partner. Yeah, you're getting an ore, don't worry.

[From: 00h 32m 19s - To: 00h 32m 22s] Speaker_1: Yeah, I mean, I was promised an aura. Yeah, baby.

[From: 00h 32m 23s - To: 00h 32m 25s] Speaker_4: It's the holidays, all right? Etsy's backed up.

[From: 00h 32m 27s - To: 00h 32m 29s] Speaker_1: Oh, man, what a power of suggestion. Wow.

[From: 00h 32m 30s - To: 00h 33m 09s] Speaker_4: But that is very much like when [redacted] said, like, we're going to make this right, we're going to show up.

Like, that is still the truth. Like, it's unfortunate that we have to put a band-aid on this thing right now. But like, we are your partners. Let us let us like talk about every single process and like help you find safe ways with our software, with our partners to run each part of your business.

Okay. So like let's put that for Q1 next year that like we show up and we sit down and we buy lunch and we talk about things for a while. But again, in the next couple of weeks, I know you guys are going on vacation. So [redacted] and [redacted] might be more on you. Let us know what's working, what's not working, and we'll kind of adjust as it sees.

[From: 00h 33m 10s - To: 00h 33m 10s] Speaker_7: Okay.

[From: 00h 33m 11s - To: 00h 33m 15s] Speaker_1: Thank you. I do remember [redacted] wants to go to Victoria's Mexican food.

[From: 00h 33m 16s - To: 00h 33m 19s] Speaker_7: I thought that was an Italian food place.

[From: 00h 33m 19s - To: 00h 33m 44s] Speaker_4: Hold on, let's set the record straight. I called Victoria's to pay for your dinner, not knowing that it was a one.

They said there's no, there's no reservation for [redacted] So I then called [redacted] and I said, what the hell? I thought you guys were going to dinner. And he's like, oh no, we're going to this more expensive steak place tonight. So what did I do? I called the steak restaurant and I paid for your dinner, [redacted] So that will continue to happen.

[From: 00h 33m 44s - To: 00h 33m 52s] Speaker_1: Listen, I have not, I didn't forget that.

I just remember talking Mexican food and [redacted] said she likes real Mexican food, not Tex-Mex.

[From: 00h 33m 52s - To: 00h 34m 53s] Speaker_7: We can go to both, [redacted] I'm not, I'm not. I'm good going to dinner twice. Like you give me the landscape. But no, thank you for allowing this kind of follow up conversation.

Let's see where we land next week. Thank you. Thank you for allowing us to partner with the constraints that we have, understanding what our partnership needs to look like to make it move forward. And you know, that's why we're here.

It's not the same situation as it was back in June, but we're certainly showing We very much believe in this partnership, even when things aren't simple. And this one is not simple, but we're here for it. So. Good luck in Mexico. Have a great time. I expect a skipper cap. I don't know, [redacted] if that makes you Gilligan. I certainly hope not. But we'll see if [redacted] can pass his test. I'm confident in my ability. I can't wait to hear about it. That'll be great.

[From: 00h 34m 54s - To: 00h 34m 58s] Speaker_4: All right, guys. Thank you very much. Appreciate the time, guys. Have a good weekend.