**GREENBERG TRAURIG, LLP**

David S. Bloch (SBN 184530)
Marcelo Barros (SBN 339069)
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.590.5110
Blochd@gtlaw.com
Marcelo.Barros@gtlaw.com

Jake Evans (*pro hac vice*)
Jordana R. Sternberg (*pro hac vice*)
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: 678.553.2100
Jake.Evans@gtlaw.com
Jordana.Sternberg@gtlaw.com

*Attorneys for Plaintiffs and Counter-Defendants*

**PROCEL LEVINE LLP**

Brian Procel (Cal. Bar No. 218657)
Brian@Procel-Law.com
Jeremiah Levine (Cal. Bar No. 288377)
Jeremiah@ProcelLevine.com
Marty Pritikin (Cal. Bar No. 210845)
Marty@Procel-Law.com
401 Wilshire Blvd, Fl 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538

*Attorneys for Defendant and Counter-Claimant AppFolio, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BEAGLE LABS, INC., *et al.*,

Plaintiffs and Counter-Defendants,

v.

APPFOLIO, INC., a California corporation,

Defendant and Counter-Claimant.

Case No. 2:25-cv-12248-JFW-SSC

Hon. John F. Walter

**JOINT REPORT RE: RESULTS OF SETTLEMENT CONFERENCE/MEDIATION**

Complaint Filed: December 15, 2025

# JOINT REPORT

Plaintiffs and Counter-Defendants Beagle Labs, Inc., Beagle Technologies, Inc., Big Beagle, Inc., Rental Property Managers Association LLC, and YRIG Risk Retention Group, Inc. ("Beagle") and Defendant and Counter-Claimant AppFolio, Inc. ("AppFolio") submit this Joint Report re: Results of Settlement Conference/Mediation pursuant to the Court's Scheduling and Case Management Order. (ECF No. 67 at 33.)

## I. MEDIATION

The Court ordered the parties to complete a settlement conference or mediation by November 2, 2026, and to file a joint report regarding its results by November 6, 2026. (ECF No. 67 at 33.) On October 20, 2026, the parties participated in a full-day private mediation before the Honorable Dickran Tevrizian (Ret.) of JAMS. Lead trial counsel for each party (David S. Bloch for Beagle and Jeremiah Levine for AppFolio) and party representatives with final settlement authority attended.

## II. RESULT

The parties have not reached an agreement. The parties will promptly notify the Court if a resolution is reached.

In the meantime, the parties will continue to litigate this action under the schedule the Court has set.

DATED: November 6, 2026 **GREENBERG TRAURIG, LLP**

By /s/*David S. Bloch*
David S. Bloch

*Attorneys for Plaintiffs and Counter-Defendants*

**PROCEL LEVINE LLP**

By /s/*Jeremiah Levine*
Jeremiah Levine

*Attorneys for Defendant and Counter-Claimant AppFolio, Inc.*

**ATTESTATION OF FILER**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, David Bloch, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 6, 2026

/s/*David Bloch*
David Bloch