# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAGLE LABS, INC., a Delaware corporation, BEAGLE TECHNOLOGIES, INC., a Delaware corporation, BIG BEAGLE, INC., a Delaware corporation, RENTAL PROPERTY MANAGERS ASSOCIATION, LLC, an Alabama limited liability company, and YRIG RISK RETENTION GROUP, INC., an Alabama corporation, Plaintiffs and Counter-Defendants, v. | CASE NUMBER<br>2:25-cv-12248-JFW-SSCx |
| APPFOLIO, INC., a California corporation, Defendant and Counter-Claimant. | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☐ The Court hereby orders that the request of:

______________________ ☐Plaintiff ☐Defendant ☐Other ______________
Name of Party

☐ to substitute ______________________ who is
☐ Retained Counsel ☐Counsel appointed by the Court (Criminal cases only) ☐Pro Se

______________________
Street Address

______________________ ______________________
City, State, Zip E-Mail Address

______________________ ______________________ ______________________
Telephone Number Fax Number State Bar Number

As attorney of record instead of ______________________
List ***all*** attorneys from same firm or agency who are withdrawing.

______________________

______________________

**Is hereby ☐ GRANTED ☐ DENIED**

☒ The Court hereby orders that the request of: Michael Burshteyn
List ***all*** attorneys from same firm or agency who are withdrawing.

______________________

to withdraw as attorney of record for Beagle Labs, Inc.; Beagle Technologies, Inc.; Big Beagle, Inc.; Rental Property Managers Association, LLC; YRIG Risk Retention Group, Inc.

**Is hereby ☒ GRANTED ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **November 12, 2026**

______________________
U.S. District Judge